UNITED STATES DISTRICT COURT

for the

Northern District of California

Court File # 5:24-cv-00425-VKD

Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,

    Plaintiff(s),

vs.

Government Employees Insurance Company, United Healthcare Services, Inc., UnitedHealth Group Incorporated, and DOES 1 through 10, inclusive,

    Defendant(s).

**AFFIDAVIT OF SERVICE**

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Jim Sands, state that on February 2, 2024, at 11:40 am, I served a copy of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Damages and Restitution with Exhibit A; Certification of Conflicts and Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; and Notice of Appearance of Counsel in the above-captioned case upon Government Employees Insurance Company therein named, at 330 N Brand Blvd, Glendale, CA 91203, in the County of Los Angeles, by handing to and leaving with John Montijo (Business Agent and person who stated he is authorized to accept service of process on behalf of Government Employees Insurance Company) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: California
In the county of: Los Angeles

Dated: February 4, 2024

_____
Jim Sands
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com