GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517
  HRichardson@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  LBlas@gibsondunn.com
ANGELA REID, SBN 323057
  AReid@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JENNAFER M. TRYCK, SBN 291088
  JTryck@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants
United Healthcare Services, Inc., and
UnitedHealth Group Incorporated*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Government Employees Insurance Company, United Healthcare Services, Inc., UnitedHealth Group Incorporated, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00425-EJD<br><br>ASSIGNED TO THE HON. EDWARD J. DAVILA<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1]** |

Plaintiff Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public ("Plaintiff") and Defendants United Healthcare Services, Inc. ("UHC") and UnitedHealth Group Incorporated ("UHG") (together, the "United Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Court on January 24, 2024;

WHEREAS, on February 2, 2024, Plaintiff served Defendant UHC with the Complaint;

WHEREAS, on February 14, 2024, Defendant UHG accepted service of the Complaint via email;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant UHC's deadline to file a responsive pleading to Plaintiff's Complaint is February 23, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant UHG's deadline to file a responsive pleading to Plaintiff's Complaint is March 6, 2024;

WHEREAS, the United Defendants are represented by the same counsel;

WHEREAS, counsel for Plaintiff and the United Defendants have conferred, and the parties agree that the deadline for the United Defendants to answer or otherwise respond to the Complaint be extended to March 25, 2024;

WHEREAS, the parties will benefit from this extension of time, as it will enable the parties to investigate and meet and confer regarding Plaintiff's allegations;

WHEREAS, this extension of time will not affect any other deadlines on the Court's calendar;

NOW, THEREFORE, pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed, that the United Defendants shall have until March 25, 2024 to file their response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: February 22, 2024 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Heather L. Richardson* |
| | Heather L. Richardson |
| | Attorneys for Defendants<br>United Healthcare Services, Inc. and<br>UnitedHealth Group Incorporated |
| DATED: February 22, 2024 | NICHOLS KASTER, LLP |
| | By: */s/ Matthew Helland* |
| | Matthew Helland |
| | Attorneys for Plaintiff Reyna Dempsey |

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Heather Richardson, hereby attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel Matthew Helland.

DATED: February 22, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Heather L. Richardson*
    Heather L. Richardson

Attorneys for Defendants
United Healthcare Services, Inc. and
UnitedHealth Group Incorporated