1  BRIAN D. BERRY (SBN 229893)
   brian.berry@morganlewis.com
2  MORGAN, LEWIS, & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Telephone:   (415) 442-1000
4  Fax:         (415) 442-1001

5  *Attorneys for Defendant*
   *Government Employees Insurance Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>Government Employees Insurance Company, United Healthcare Services, Inc., UnitedHealth Group Incorporate, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00425-EJD<br><br>**LOCAL RULE 6-1(A) STIPULATION EXTENDING DEFENDANT GEICO'S DEADLINE TO RESPOND TO COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

DB2/ 47558059.2

Plaintiff Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public ("Plaintiff") and Defendant Government Employees Insurance Company ("GEICO"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Court on January 24, 2024;

WHEREAS, on February 2, 2024, Plaintiff served GEICO with the Complaint;

WHEREAS, after meeting and conferring, Plaintiff and GEICO agreed on February 14, 2024, to continue GEICO's deadline to respond to the complaint from February 23, 2024 to March 15, 2024;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Local Rule 6-1(a) of the Northern District of California, it is hereby stipulated and agreed, that GEICO shall have until March 15, 2024 to file their response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: February 27, 2024                    Respectfully submitted,

                                            MORGAN, LEWIS, & BOCKIUS, LLP

                                            By: /s/ *Brian D. Berry*
                                                Brian D. Berry
                                            Attorneys for Defendant
                                            Government Employees Insurance Company

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

DB2/ 47558059.2

| | |
|---|---|
| Dated: February 27, 2024 | Respectfully submitted, |
| | NICHOLS KASTER, LLP |
| | By: /s/ *Matthew Helland* |
| | Matthew Helland |
| | Attorneys for Plaintiff Reyna Dempsey |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 47558059.2

3
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT