MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
J.P. Schreiber, Bar No. 317829
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001
brian.berry@morganlewis.com
jp.schreiber@morganlewis.com

Attorneys for Defendant
GOVERNMENT EMPLOYEES
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA DEMPSEY, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INCORPORATED, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00425-EJD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>Date:  July 11, 2024<br>Time:  9:00 a.m.<br>Courtroom:  2, Fifth Floor<br>Hon. Edward J. Davila<br><br>Action Filed: January 24, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 5:24-cv-00425-EJD

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GEICO'S MOTION TO DISMISS

## REQUEST FOR JUDICIAL NOTICE

Defendant Government Employees Insurance Company ("GEICO") respectfully requests that this Court, when evaluating GEICO's Motion to Dismiss Plaintiff's Complaint, take judicial notice of the materials identified below.

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) ("Courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("A court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." (quoting *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001)). The Court "must take judicial notice if a party request it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

On a Rule 12 motion, a court may take judicial notice of a document that the complaint incorporates by reference. *See, e.g., Tellabs, Inc.*, 551 U.S. at 322; *Alexander v. Citigroup Glob. Markets. Inc.*, 2013 WL 12077818, at *1 (C.D. Cal. Apr. 10, 2013), *aff'd sub nom.*, *Alexander v. Citigroup Glob. Markets Inc.*, 607 F. App'x 696 (9th Cir. 2015) ("The Court takes judicial notice of the 1999, 2001, and 2009 Client Agreements; account statements—particularly those from 2012; and other documents Plaintiff refers to in the TAC and incorporates by reference."); *Somers v. Bank of Am., N.A.*, 2019 WL 6618973, at *3 (C.D. Cal. Sept. 17, 2019) ("Exhibit 2 of the RJN is comprised of account statements referenced in letters attached to the FAC by Plaintiff … [t]herefore, the Court may consider the account statements under the incorporation by reference doctrine….").

Under the incorporation by reference doctrine, the Court may take judicial notice of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. 5:24-cv-00425-EJD

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GEICO'S MOTION TO DISMISS

following Exhibits attached to the Declaration of Brian D. Berry, filed concurrently herewith:

- Ex. A:  the Summary Plan Description of GEICO's Medical, Dental and Vision Care Plan

- Ex. B: GEICO's Medical, Dental and Vision Care Plan

Dated: April 25, 2024                    **MORGAN, LEWIS & BOCKIUS LLP**


By:  _/s/ Brian D. Berry_
                                         Brian D. Berry

Attorneys for Defendant
GOVERNMENT EMPLOYEES
INSURANCE COMPANY

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

2                              Case No. 5:24-cv-00425-EJD
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GEICO'S MOTION TO DISMISS