UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REYNA DEMPSEY, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.  24-cv-00425-EJD<br><br>**ORDER REGARDING FIRST AMENDED COMPLAINT; TERMINATING AS MOOT MOTIONS TO DISMISS COMPLAINT**<br><br>Re: ECF Nos. 26, 30, 42 |

Plaintiff initiated this civil rights class action on January 24, 2024. On April 25, 2024, following multiple stipulations extending their deadline to respond to the complaint, Defendants filed motions to dismiss the complaint on grounds including failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *See* ECF Nos. 26, 30. The Court subsequently granted the parties' stipulation to extend the related opposition and reply deadlines, and Plaintiff's opposition became due on June 6, 2024. *See* ECF No. 38.

On June 6, 2024, Plaintiff filed a First Amended Class Action Complaint ("FAC"). *See* ECF No. 42. In general, a party "may amend a pleading . . . to which a responsive pleading is required" "once as a matter of course no later than[] . . . 21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B). Although Plaintiff did not seek leave to file the FAC[1]

---

[1] The parties' May 3, 2024 Joint Case Management Statement discussed potential amendments, but the statement was filed within the 21-day window and the subsequent stipulation to extend Plaintiff's deadline to file her oppositions did not mention amendment. *See* ECF Nos. 35, 36.

Case No.: 24-cv-00425-EJD
ORDER RE FAC; TERMINATING AS MOOT DEFTS.' MOTS. TO DISMISS
1

and filed it more than 21 days after Defendants served their motions to dismiss, the Court finds that striking the FAC and requiring that Plaintiff request leave to file it—which the Court would grant—would be inefficient.

The Court therefore accepts the FAC as filed, and accordingly terminates as moot Defendants' pending motions to dismiss and the related briefing deadlines and hearing date. Defendants' 21-day deadline to respond to the FAC falls on June 27, 2024.  *See* Fed. R. Civ. P. 12.

**IT IS SO ORDERED.**

Dated: June 6, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 24-cv-00425-EJD
ORDER RE FAC; TERMINATING AS MOOT DEFTS.' MOTS. TO DISMISS
2