GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517
   HRichardson@gibsondunn.com
LAUREN M. BLAS, SBN 296823
   LBlas@gibsondunn.com
ANGELA REID, SBN 323057
   AReid@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JENNAFER M. TRYCK, SBN 291088
   JTryck@gibsondunn.com
MARCUS CURTIS, SBN 307726
   MCurtis@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612
Telephone:   949.451.3800
Facsimile:   949.451.4220

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>        Plaintiff,<br><br>    v.<br><br>Government Employees Insurance Company, United HealthCare Services, Inc., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:24-cv-00425-EJD-VKD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT UNITED HEALTHCARE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:   October 10, 2024<br>Time:   9:00 a.m.<br>Place:   Courtroom 4<br><br>Hon. Edward J. Davila |

Gibson, Dunn & Crutcher LLP

UNITED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 5:24-CV-00425-EJD-VKD

## I. INTRODUCTION

Defendant United HealthCare Services, Inc. ("United") respectfully requests that the Court consider the following documents, attached to the Declaration of Lauren M. Blas, in connection with United's Motion to Dismiss Plaintiff's First Amended Class Action Complaint:

- **Exhibit 1**, a true and correct copy of the article *Definitions of Infertility and Recurrent Pregnancy Loss: A Committee Opinion*, 99 Fertility and Sterility 1 (2013), available at https://www.fertstert.org/article/S0015-0282(12)02242-X/fulltext.

- **Exhibit 2**, a true and correct copy of the article *Definitions of Infertility and Recurrent Pregnancy Loss: A Committee Opinion*, 113 Fertility and Sterility 3 (2020), available at https://www.fertstert.org/article/S0015-0282(19)32594-4/fulltext.

These documents—articles authored by the Practice Committee of the American Society for Reproductive Medicine and published in the journal *Fertility and Sterility*—may be properly considered by the Court because they are subject to judicial notice under Federal Rule of Evidence 201.

## II. ARGUMENT

In evaluating a Rule 12(b)(6) motion to dismiss, the court considers "the complaint, materials incorporated into the complaint by reference, and matters of which the court may take judicial notice." *In re Google Assistant Privacy Litig.*, 546 F. Supp. 3d 945, 955 (N.D. Cal. 2021) (citation omitted). Under Federal Rule of Evidence 201, a court may judicially notice a fact "that is not subject to reasonable dispute" because it is "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201 (b)(1)-(2). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Here, Exhibits 1 and 2 are judicially noticeable because they are "not subject to reasonable dispute." Fed. R. Evid. 201(b). Both documents are "publicly available from a source whose accuracy cannot reasonably be questioned"—namely, the online website of the scientific journal *Fertility and Sterility*—and the "contents can be accurately determined." *In re Meta Pixel Tax Filing Cases*, --- F. Supp. 3d ----, 2024 WL 1251350, at *3 (N.D. Cal. Mar. 25, 2024). That is sufficient to permit the

Gibson, Dunn & Crutcher LLP

1

UNITED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 5:24-CV-00425-EJD-VKD

Court to judicially notice "the existence and contents" of the articles. *Id.*; *Abdin v. CBS Broad. Inc.*, 971 F.3d 57, 60 n.2 (2d Cir. 2020) (taking judicial notice of scientific publications "for the publication of such information and relevant discussion in the scientific community"); *In re Nuvelo, Inc. Sec. Litig.*, 668 F. Supp. 2d 1217, 1219-20 (N.D. Cal. 2009) (taking judicial notice of an article from the journal *Pharmaceutical Statistics*). In particular, the Court should judicially notice the fact that the Practice Committee of the American Society for Reproductive Medicine described "infertility" in Exhibits 1 and 2 as:

- "[A] disease defined by the failure to achieve a successful pregnancy after 12 months or more of appropriate, timed unprotected intercourse or therapeutic donor insemination" (Exhibit 1), and

- "[A] disease historically defined by the failure to achieve a successful pregnancy after 12 months or more of regular, unprotected sexual intercourse or due to an impairment of a person's capacity to reproduce either as an individual or with her/his partner" (Exhibit 2).

The existence of these definitions "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," making judicial notice appropriate. Fed. R. Evid. 201(b)(2); *see Vizcarra v. Michaels Stores, Inc.*, --- F. Supp. 3d ----, 2024 WL 64747, at *5 n.2 (N.D. Cal. Jan. 5, 2024) ("The Court takes judicial notice of the existence and contents of the webpages Michaels has submitted which show certain Michaels private brand products for sale on Amazon.com and Walmart.com."); *Rieckborn v. Jefferies LLC*, 81 F. Supp. 3d 902, 913 (N.D. Cal. 2015) (taking judicial notice of documents for "the existence of their contents, not the truth of their contents").

### III. CONCLUSION

For the foregoing reasons, the Court should take judicial notice of Exhibits 1 and 2, including the definitions of "infertility" contained therein.

///

///

///

Gibson, Dunn & Crutcher LLP

2

UNITED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 5:24-CV-00425-EJD-VKD

| | |
|---|---|
| DATED: June 27, 2024 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Heather L. Richardson* |
| | Heather L. Richardson |
| | Attorneys for Defendant |
| | United HealthCare Services, Inc. |

Gibson, Dunn & Crutcher LLP

3

UNITED'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 5:24-CV-00425-EJD-VKD