1    MORGAN, LEWIS & BOCKIUS LLP
     Brian D. Berry, Bar No. 229893
2    J.P. Schreiber, Bar No. 317829
     One Market
3    Spear Street Tower
     San Francisco, CA  94105-1596
4    Tel:    +1.415.442.1000
     Fax:    +1.415.442.1001
5    brian.berry@morganlewis.com
     jp.schreiber@morganlewis.com
6
     Attorneys for Defendant
7    GOVERNMENT EMPLOYEES
     INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12   REYNA DEMPSEY, individually, on behalf of     Case No. 5:24-cv-00425-EJD
     others similarly situated, and on behalf of the
13   general public,                               **DECLARATION OF BRIAN D. BERRY
                                                   IN SUPPORT OF DEFENDANT
14                 Plaintiff,                       GOVERNMENT EMPLOYEES
                                                   INSURANCE COMPANY'S MOTION
15        v.                                        TO DISMISS PLAINTIFF'S FIRST
                                                   AMENDED COMPLAINT**
16
     GOVERNMENT EMPLOYEES INSURANCE     Date:  October 10, 2024
17   COMPANY, UNITED HEALTHCARE          Time:  9:00 a.m.
     SERVICES, INC., and DOES 1 through 10,   Courtroom:  4, Fifth Floor
18   inclusive,                          Hon. Edward J. Davila

19                                       Action Filed: January 24, 2024
                   Defendants.
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF BRIAN D. BERRY**

I, Brian D. Berry, hereby declare and state:

1.      I am an attorney duly licensed to practice law in the State of California as well as in the United States District Court for the Northern District of California.  I am a partner at Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Government Employees Insurance Company ("GEICO").  I make this declaration in support of GEICO's Motion to Dismiss Plaintiff's First Amended Complaint.  I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to these facts if called upon to do so.

2.      Attached as **Exhibit A** is a true and correct copy of the 2021 Summary Plan Description of GEICO's Medical, Dental and Vision Care Plan.

3.      Attached as **Exhibit B** is a true and correct copy of GEICO's Medical, Dental and Vision Care Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of June, 2024, in Rome, Italy.

 */s/ Brian D. Berry*
Brian Berry

1

Case No. 5:24-cv-00425-EJD

# EXHIBIT A

# Summary Plan Description

**GEICO Corporation**
**Choice/In-Network Only**

Effective: January 1, 2021
Group Number: 755393



# TABLE OF CONTENTS

**SECTION 1 - HOW THE PLAN WORKS** ....................................................................................5

Summary Plan Description (SPD) ...................................................................5

In-Network and Out-of-Network Benefits ......................................................5

Eligible Expense ................................................................................................7

Annual Deductible ...........................................................................................7

Copayment........................................................................................................7

Coinsurance ......................................................................................................8

Out-of-Pocket Maximum..................................................................................8

**SECTION 2 - PERSONAL HEALTH SUPPORT and PRIOR AUTHORIZATION** ...............................9

Care Management.............................................................................................9

Prior Authorization .........................................................................................10

Special Note Regarding Medicare ..................................................................11

**SECTION 3 - PLAN HIGHLIGHTS** ......................................................................................12

**SECTION 4 - ADDITIONAL COVERAGE DETAILS** .................................................................24

Acupuncture Services .....................................................................................24

Ambulance Services ........................................................................................24

Cellular and Gene Therapy.............................................................................25

Clinical Trials ..................................................................................................25

Congenital Heart Disease (CHD) Surgeries ...................................................27

Dental Services ................................................................................................28

Diabetic Services .............................................................................................31

Durable Medical Equipment (DME) ..............................................................31

Emergency Health Services - Outpatient........................................................33

Enteral Nutrition .............................................................................................33

Gender Dysphoria...........................................................................................34

Genetic Testing ...............................................................................................36

Home Health Care ..........................................................................................36

Hospice Care....................................................................................................36

Hospital - Inpatient Stay.................................................................................36

Infertility Services ...........................................................................................37

Lab, X-Ray and Diagnostics - Outpatient ......................................................39

Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient ................................................................................................................40

Mental Health Services ...........................................................................................40

Morbid Obesity Surgery .........................................................................................41

Neurobiological Disorders - Autism Spectrum Disorder Services .........................42

Nutrition..................................................................................................................43

Nutritional Counseling............................................................................................43

Ostomy Supplies......................................................................................................44

Pharmaceutical Products - Outpatient....................................................................44

Physician Fees for Surgical and Medical Services ...................................................45

Physician's Office Services - Sickness and Injury ...................................................45

Pregnancy - Maternity Services ..............................................................................45

Preventive Care Services .........................................................................................46

Private Duty Nursing - Outpatient .........................................................................47

Prosthetic Devices ...................................................................................................47

Reconstructive Procedures ......................................................................................48

Rehabilitation Services and Habilitative - Outpatient Therapy and Manipulative Treatment................................................................................................................49

Scopic Procedures - Outpatient Diagnostic and Therapeutic ................................51

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ........................52

Substance-Related and Addictive Disorders Services .............................................53

Surgery - Outpatient ...............................................................................................54

Temporomandibular Joint (TMJ) Services ..............................................................54

Therapeutic Treatments - Outpatient .....................................................................54

Transplantation Services..........................................................................................55

Urgent Care Center Services ...................................................................................56

Urinary Catheters....................................................................................................56

Virtual Visits............................................................................................................56

Vision Examinations ................................................................................................57

Vision Rehabilitation ...............................................................................................57

Vision Therapy ........................................................................................................57

Wigs ........................................................................................................................58

**SECTION 5 - CLINICAL PROGRAMS AND RESOURCES** ..................................................**59**

Consumer Solutions and Self-Service Tools ............................................................59

Complex Medical Conditions Programs and Services ................................................61

Women's Health/Reproductive ...........................................................................65

## SECTION 6 - EXCLUSIONS: WHAT THE MEDICAL PLAN WILL NOT COVER ...........................68

Alternative Treatments ...................................................................................68

Dental ...................................................................................................68

Devices, Appliances and Prosthetics.....................................................................69

Drugs (See Prescription Drug Services for additional information) ..........................................70

Experimental or Investigational or Unproven Services ....................................................71

Foot Care ...............................................................................................71

Gender Dysphoria........................................................................................72

Hospice .................................................................................................73

Medical Supplies and Equipment.........................................................................73

Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-
Related and Addictive Disorders Services ................................................................73

Nutrition................................................................................................74

Personal Care, Comfort or Convenience .................................................................75

Physical Appearance ....................................................................................75

Procedures and Treatments..............................................................................76

Providers ...............................................................................................77

Reproduction ...........................................................................................78

Services Provided under Another Plan....................................................................79

Transplants..............................................................................................79

Travel...................................................................................................79

Types of Care...........................................................................................80

Vision and Hearing......................................................................................80

All Other Exclusions ....................................................................................80

## SECTION 7 - CLAIMS PROCEDURES .........................................................................83

In-Network Benefits.....................................................................................83

Out-of-Network Benefits.................................................................................83

If Your Provider Does Not File Your Claim ...............................................................83

Health Statements ......................................................................................85

Explanation of Benefits (EOB) ..........................................................................85

Claim Denials and Appeals..............................................................................85

Federal External Review Program ................................................................................87

Limitation of Action ......................................................................................................93

**SECTION 8 - COORDINATION OF BENEFITS (COB) ...............................................94**

Determining Which Plan is Primary ............................................................................94

When This Plan is Secondary .......................................................................................96

When a Covered Person Qualifies for Medicare .........................................................96

Medicare Crossover Program .......................................................................................97

Right to Receive and Release Needed Information......................................................98

Overpayment and Underpayment of Benefits ............................................................98

**SECTION 9 - SUBROGATION AND REIMBURSEMENT ........................................ 100**

Right of Recovery........................................................................................................ 104

**SECTION 10 - GLOSSARY ......................................................................................... 105**

**SECTION 11 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA ............. 122**

**ATTACHMENT I - HEALTH CARE REFORM NOTICES ........................................... 126**

Patient Protection and Affordable Care Act ("PPACA") ......................................... 126

**ATTACHMENT II - LEGAL NOTICES...................................................................... 127**

Women's Health and Cancer Rights Act of 1998...................................................... 127

Statement of Rights under the Newborns' and Mothers' Health Protection Act ........... 127

## SECTION 1 - HOW THE PLAN WORKS

**What this section includes:**
- Summary Plan Description;
- In-Network and Out-of-Network Benefits;
- Eligible Expenses;
- Annual Deductible;
- Copayment;
- Coinsurance; and
- Out-of-Pocket Maximum.

### Summary Plan Description (SPD)

The Summary Plan Description (SPD) describes the health Benefits available to you and your covered family members under the GEICO Corporation Medical, Dental and Vision Care Plan ("Plan"). It includes summaries of:

- who is eligible;
- services that are covered, called Covered Health Services;
- services that are not covered, called Exclusions;
- how Benefits are paid; and
- your rights and responsibilities under the Plan.

### In-Network and Out-of-Network Benefits

As a participant in this Plan, you have the freedom to choose the In-Network Physician or health care professional you prefer each time you need to receive Covered Health Services.

You are eligible for Benefits under this Plan when you receive Covered Health Services from Physicians and other health care professionals who have contracted with UnitedHealthcare to provide those services. Except as specifically described within this Summary Plan Description (SPD), benefits are not available for services provided by an Out-of-Network provider.

Benefits apply to Covered Health Services that are provided by an In-Network Physician or other In-Network provider. Benefits for facility services apply when Covered Health Services are provided at an In-Network facility. Benefits include Physician services provided in an In-Network facility by an In-Network or an Out-of-Network anesthesiologist, Emergency Room Physician, consulting Physician, pathologist and radiologist. Emergency Health Services for a Qualified Emergency and Covered Health Services received at an Urgent Care Center outside your geographic area are always paid as In-Network Benefits.

You may have access through UnitedHealthcare's Shared Savings Program to Out-of-Network providers who have agreed to discounts negotiated from their charges on certain claims for Covered Health Services. Refer to the definition of Shared Savings Program in Section 10, *Glossary*, of the SPD for details about how the Shared Savings Program applies.

UnitedHealthcare is the Plan's Claims Administrator for medical benefit services. CVS/caremark is the claims administrator for prescription drug benefits. GEICO Corporation is the Plan Sponsor and has appointed the Benefits Administrative Committee as the Plan Administrator.

### In-Network Providers

UnitedHealthcare or its affiliates arrange for health care providers to participate in In-Network. At your request, UnitedHealthcare will send you a directory of providers who participate in its Network free of charge. Keep in mind, a provider's In-Network status may change. To verify a provider's status or request a provider directory, you can call UnitedHealthcare at the telephone number on your ID card or log onto **www.myuhc.com**.

In-Network providers are independent practitioners and are not employees of GEICO Corporation or UnitedHealthcare.

Routine services are available in the United States only. Members living outside of the United States are eligible for emergency services only.

---

**Looking for an In-Network Provider?**
In addition to other helpful information, **www.myuhc.com,** UnitedHealthcare's consumer website, contains a directory of health care professionals and facilities in UnitedHealthcare's Network. While In-Network status may change from time to time, **www.myuhc.com** has the most current source of Network information. Use **www.myuhc.com** to search for Physicians available in your Plan.

---

### Health Services from Out-of-Network Providers Paid as In-Network Benefits

In the event Covered Health Services is not available from an In-Network provider, you may be eligible to receive In-Network Benefits from an Out-of-Network provider. In this situation, your In-Network Physician will notify Personal Health Support, and they will work with you and your In-Network Physician to coordinate care through an Out-of-Network provider.

When you receive Covered Health Services coordinated by an In-Network Physician, the Plan will pay In-Network Benefits for those Covered Health Services, even if one or more of those Covered Health Services is received from an Out-of-Network provider.

### Possible Limitations on Provider Use

If UnitedHealthcare determines that you are using health care services in a manner that may be harmful to you or appear to be inappropriate use of the healthcare services, you may be required to select an In-Network Physician to coordinate all of your future Covered Health Services. If you don't make a selection within 31 days of the date you are notified, UnitedHealthcare has the right to select an In-Network Physician for you. In the event that

you do not use the In-Network Physician to coordinate all of your care, the Plan has the right to decline payment of any Covered Health Services you receive.

## Eligible Expense

The Plan Sponsor has appointed UnitedHealthcare as Claims Administrator to adjudicate claims for benefits under the Plan.

Eligible Expenses are the amounts UnitedHealthcare, as Claims Administrator, determines that the Plan will pay for Benefits. For In-Network Benefits, you are not responsible for any difference between Eligible Expenses and the amount the provider bills. For Covered Health Services provided by an Out-of-Network provider (other than services otherwise arranged by UnitedHealthcare), payment for the Eligible Expense will be made to the Associate, and it is your responsibility to pay the provider for any amount billed that is greater than the amount UnitedHealthcare determines to be an Eligible Expense as described below. Eligible Expenses are determined solely in accordance with the Plan's reimbursement policy guidelines, as administered by UnitedHealthcare and described in this SPD.

**For In-Network Benefits**, Eligible Expenses are based on the following:

- When Covered Health Services are received from an In-Network provider, Eligible Expenses are UnitedHealthcare's contracted fee(s) with that provider.

- When Covered Health Services are received from an Out-of-Network provider as a result of an Emergency or as arranged by UnitedHealthcare, Eligible Expenses are negotiated by UnitedHealthcare or an amount permitted by law.

> **Don't Forget Your ID Card**
> Remember to show your UnitedHealthcare ID card every time you receive health care services from a provider. If you lose your UnitedHealthcare card or need additional cards, call UnitedHealthcare at 1-855-434-2684.

## Annual Deductible

The Annual Deductible is the amount of Eligible Expenses you must pay each calendar year for Covered Health Services before you are eligible to begin receiving Benefits. The amounts you pay toward your Annual Deductible accumulate over the course of the calendar year.

Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum benefit limit. As a result, the limited benefit will be reduced by the number of days or visits you used toward meeting the Annual Deductible.

## Copayment

A Copayment (Copay) is the amount you pay each time you receive certain Covered Health Services. The Copay is a flat dollar amount and is paid at the time of service or when billed by the provider. Copays for medical services count toward the medical Out-of-Pocket-Maximum. Copays for prescription drugs do not count toward the medical Out-of-Pocket Maximum; there is a separate prescription drug Out-of-Pocket Maximum. Copays do not

count toward the Annual Deductible. If the Eligible Expense for a medical service is less than the Copay, you are only responsible for paying the Eligible Expense and not the Copay.

## Coinsurance

Coinsurance is the percentage of Eligible Expenses that you are responsible for paying. Coinsurance is a fixed percentage that applies to certain Covered Health Services after you meet the Annual Deductible. Coinsurance for medical services counts toward the medical Out-of-Pocket Maximum; however, coinsurance for prescription drugs does not count toward the medical Out-of-Pocket Maximum; there is a separate prescription drug Out-of-Pocket Maximum.

> **Coinsurance – Example**
> Let's assume that you receive Plan Benefits for outpatient surgery from an In-Network provider. Since the Plan pays 90% after you meet any Annual Deductible, you are responsible for paying the other 10%. This 10% is your Coinsurance.

## Out-of-Pocket Maximum

The medical annual Out-of-Pocket Maximum is the most you pay each calendar year for Covered Health Services. If your eligible out-of-pocket expenses in a calendar year exceed the annual maximum, the Plan pays 100% of Eligible Expenses for Covered Health Services through the end of the calendar year.

The following table identifies what does and does not apply toward your medical Out-of-Pocket Maximum:

| Plan Features | Applies to the Medical Out-of-Pocket Maximum? |
|---|---|
| Copays for medical services or supplies | Yes |
| Copays for prescription drugs obtained through CVS/caremark | No |
| Payments toward any Annual Deductible | Yes |
| Coinsurance Payments for medical services or supplies | Yes |
| Coinsurance payments for prescription drugs obtained through CVS/caremark | No |
| Charges for non-Covered Health Services | No |
| Charges that Exceed Eligible Expenses | No |

## SECTION 2 - PERSONAL HEALTH SUPPORT AND PRIOR AUTHORIZATION

> **What this section includes:**
> ■ An overview of the Personal Health Support program; and
> ■ Covered Health Services which Require Prior Authorization.

### Care Management

When you seek prior authorization as required, the Claims Administrator will work with you to implement the care management process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

UnitedHealthcare provides a program called Personal Health Support designed to encourage personalized, efficient care for you and your covered Dependents.

Personal Health Support Nurses focus their efforts on prevention, education, and closing any gaps in your care. The goal of the program is to ensure you receive the most appropriate and cost-effective services available.

If you are living with a chronic condition or dealing with complex health care needs, UnitedHealthcare may assign to you a primary nurse, referred to as a Personal Health Support Nurse to guide you through your treatment. This assigned nurse will answer questions, explain options, identify your needs, and may refer you to specialized care programs. The Personal Health Support Nurse will provide you with a direct telephone number so you can call with questions about your condition, or your overall health and well-being.

Personal Health Support Nurses will provide a variety of different services to help you and your covered family members receive appropriate medical care. Program components are subject to change without notice. As of the publication of this SPD, the Personal Health Support Nurse program includes:

■ **Admission counseling** - Personal Health Support Nurses are available to help you prepare for a successful surgical admission and recovery. Call the number on your ID card for support.

■ **Inpatient care management** - If you are hospitalized, a nurse will work with your Physician to make sure you are getting the care you need and that your Physician's treatment plan is being carried out effectively.

■ **Readmission Management** - This program serves as a bridge between the Hospital and your home if you are at high risk of being readmitted. After leaving the Hospital, if you have a certain chronic or complex condition, you may receive a phone call from a Personal Health Support Nurse to confirm that medications, needed equipment, or follow-up services are in place. The Personal Health Support Nurse will also share important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

- **Risk Management** - Designed for participants with certain chronic or complex conditions, this program addresses such health care needs as access to medical specialists, medication information, and coordination of equipment and supplies. Participants may receive a phone call from a Personal Health Support Nurse to discuss and share important health care information related to the participant's specific chronic or complex condition.

- **Cancer Management** - You have the opportunity to engage with a nurse that specializes in cancer, education and guidance throughout your care path.

- **Kidney Management** - You have the opportunity to engage with a nurse that specializes in kidney disease, education and guidance with CKD stage 4/5 or ESRD throughout your care path.

If you do not receive a call from a Personal Health Support Nurse but feel you could benefit from any of these programs, please call the telephone number on your ID card.

## Prior Authorization

> UnitedHealthcare requires prior authorization for certain Covered Health Services. Physicians and other health care professionals who participate in a Network are responsible for obtaining prior authorization.

Before receiving these services from an In-Network provider, you may want to contact UnitedHealthcare to verify that the Hospital, Physician and other providers are In-Network providers and that they have obtained the required prior authorization. In-Network facilities and In-Network providers cannot require you to pay for services that are not prior authorized as required.

To obtain prior authorization, call the telephone number on your ID card. This call starts the utilization review process. The utilization review process is a set of formal techniques designed to monitor the use of, or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of, health care services, procedures or settings. Such techniques may include ambulatory review, prospective review, second opinion, certification, concurrent review, case management, discharge planning, retrospective review or similar programs. Once you have obtained the authorization, please review it carefully so that you understand which services have been authorized and what providers are authorized to deliver the services that are subject to the authorization.

> **Contacting the Claims Administrator or Personal Health Support is easy.**
> Simply call the telephone number on your ID card.

If you request a coverage determination at the time prior authorization is provided, the determination will be made based on the services you report you will be receiving. If the reported services differ from those actually received, the Claims Administrator's final coverage determination will be modified to account for those differences, and the Plan will only pay Benefits based on the services actually delivered to you.

If you choose to receive a service that has been determined not to be a Medically Necessary Covered Health Service, you will be responsible for paying all charges and no Benefits will be paid.

## Special Note Regarding Medicare

If you are eligible for Medicare on a primary basis and Medicare pays benefits before the Plan, you are not required to receive prior authorization from the Claims Administrator before receiving Covered Health Services. Since Medicare pays benefits first, the Plan will pay Benefits second as described in Section 8, *Coordination of Benefits (COB)*. You will be responsible for any Copay, Coinsurance or Deductible payments as part of the COB payment. The maximum combined payment you can receive from all plans may be less than 100% of the total allowable expense.

# SECTION 3 - PLAN HIGHLIGHTS

The table below provides an overview of Copays that apply when you receive certain Covered Health Services, and outlines the Plan's Annual Deductible and Out-of-Pocket Maximum.

| Plan Features | In-Network |
|---|---|
| **Copays**[1] | |
| ■  Emergency Health Services | $280 |
| ■  Physician's Office Services - Primary Physician | $35 |
| ■  Physician's Office Services - Specialist | $70 |
| ■  Urgent Care Center Services | $80 |
| ■  Virtual Visits | $20 |
| **Annual Deductible**[2] | |
| ■  Individual | $700 |
| ■  Individual plus Spouse | $1,400 |
| ■  Individual plus Child(ren) | $1,400 |
| ■  Family (not to exceed $700 per Covered Person up to a maximum of $1,400) | $1,400 |
| **Annual Out-of-Pocket Maximum**[2] | |
| ■  Individual | $4,200 |
| ■  Individual plus Spouse | $8,400 |
| ■  Individual plus Child(ren) | $8,400 |
| ■  Family (not to exceed $4,200 per Covered Person up to a maximum of $8,400) | $8,400 |
| **Lifetime Maximum Benefit**[3] There is no dollar limit to the amount the Plan will pay for essential Benefits during the entire period you are enrolled in this Plan. | Unlimited |

[1]In addition to these Copays, you may be responsible for meeting the Annual Deductible for the Covered Health Services described in the chart on the following pages.

[2]Copays and coinsurance for medical services and supplies do not apply toward the Annual Deductible but do apply to the medical Out-of-Pocket Maximum. Copays and coinsurance for prescription drugs do not apply toward the medical Annual Deductible or the Out-of-Pocket Maximum. The Annual Deductible applies toward the Out-of-Pocket Maximum for all Covered Health Services. There is a separate annual Out-of-Pocket Maximum for prescription drugs obtained through CVS/caremark.  See *Prescription Drugs* section for information.

[3]Generally the following are considered to be essential benefits under the Patient Protection and Affordable Care Act:  Ambulatory patient services; emergency services, hospitalization; maternity and newborn care, mental health and substance-related and addictive disorders services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

This table provides an overview of the Plan's coverage levels. For detailed descriptions of your Benefits, refer to Section 4, *Additional Coverage Details*.

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | **In-Network** |
| **Acupuncture Services**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>Your provider must provide a treatment plan that indicates the frequency and duration of your visits for your condition. | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |
| **Allergy Injections**<br><br>■ Primary Physician or Specialist Physician (Copay is per visit) | 100% after you pay a $10 Copay |
| **Ambulance Services**<br><br>■ Emergency Ambulance<br><br>■ Non-Emergency Ambulance (Prior Authorization Required) | 100%<br><br>100% |
| **Cellular and Gene Therapy**<br>Cellular and Gene Therapy services must be received at a Designated Provider. | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |
| **Chiropractic Care**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>Spinal Manipulations require a Specialist Physician copay and are limited to 60 visits per calendar year as noted under Section 4, *Rehabilitation and Habilitative Services - Outpatient Therapy and Manipulative Treatment.* | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
| --- | --- |
| | **In-Network** |
| **Clinical Trials** | Depending upon where the Covered Health Service is provided, Benefits for Clinical Trials will be the same as those stated under each Covered Health Service category in this section. |
| **Congenital Heart Disease (CHD) Surgeries**<br><br>■ Hospital - Inpatient Stay and Professional Charges | 90% after you meet the Annual Deductible |
| **Dental Services**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>See Section 4, *Additional Coverage Details* for more information. | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |
| **Diabetic Services**<br><br>Diabetes Self-Management and Training/ Diabetic Eye Examinations/Foot Care<br><br><br><br><br>■ Insulin pumps and supplies and blood glucose meters including continuous glucose monitors<br><br>■ Diabetes supplies | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be paid the same as those stated under each Covered Health Service category in this section.<br><br>Benefits for diabetes equipment will be the same as those stated under *Durable Medical Equipment* in this section.<br><br>Benefits for diabetes supplies are covered through Prescription Drug Services through the Pharmacy Benefit Manager. |
| **Durable Medical Equipment (DME)**<br>See Section 4, *Additional Coverage Details* for more information. | 90% after you meet the Annual Deductible |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | **In-Network** |
| **Emergency Health Services - Outpatient**<br><br>Emergency services received at an Out-of-Network Hospital are covered at the In-Network level.<br><br>■ Emergency<br><br>If you are admitted as an inpatient to a Hospital directly from the Emergency Room, you will not have to pay this Copay. The Benefits for an Inpatient Stay in a Hospital will apply instead.<br>■ Non-Emergency<br><br>See Section 4, *Additional Coverage Details* for more information. | 100% after you pay a $280 Copay<br><br><br><br>60% after you meet the Annual Deductible |
| **Enteral Nutrition**<br><br>■ Outpatient or Alternate Facility Services<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit) | 100%<br><br>100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |
| **Gender Dysphoria** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. |
| **Home Health Care**<br><br>Up to 100 visits per calendar year<br><br>See Section 4, *Additional Coverage Details* for more information. | 90% after you meet the Annual Deductible |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | **In-Network** |
| **Hospice Care**<br>■ Hospital - Inpatient Stay and Professional Charges<br><br>■ Outpatient or Alternate Facility Services<br><br>See Section 4, *Additional Coverage Details* for more information. | 90% after you meet the Annual Deductible<br><br>90% after you meet the Annual Deductible |
| **Hospital - Inpatient Stay** | 90% after you meet the Annual Deductible |
| **Infertility Services and Fertility Solutions (FS) Program**<br>Infertility services must be received at a Designated Provider.<br>See Section 4, *Additional Coverage Details*, for limits. This limit does not include Physician office visits for the treatment of infertility for which Benefits are described under *Physician's Office Services - Sickness and Injury* below. | Depending upon where the Covered Health Service is provided, Benefits for Infertility Services will be the same as those stated under each Covered Health Service category in this section. |
| **Lab, X-Ray and Diagnostics - Outpatient** | 90% after you meet the Annual Deductible |
| **Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine – Outpatient (Prior Authorization Required)** | 90% after you meet the Annual Deductible |
| **Mental Health Services**<br>■ Hospital - Inpatient Stay and Professional Charges<br><br>■ Outpatient Provider's Office Services (Copay is per visit) | 90% after you meet the Annual Deductible<br><br>100% after you pay a $35 Copay<br><br>90% for Partial Hospitalization/Intensive Outpatient Treatment after you meet the Annual Deductible |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | In-Network |
| **Morbid Obesity Surgery** | |
| ■ Primary Physician (Copay is per visit) | 100% after you pay a $35 Copay |
| ■ Specialist Physician (Copay is per visit) | 100% after you pay a $70 Copay |
| ■ Hospital - Inpatient Stay and Professional Charges | 90% after you meet the Annual Deductible |
| ■ Outpatient Physician Fees for Surgical and Medical Services | 90% after you meet the Annual Deductible |
| ■ Inpatient Services rendered at a Designated Provider | 90% after you meet the Annual Deductible |
| ■ Lab and x-ray | 90% after you meet the Annual Deductible |
| See Section 4, *Additional Coverage Details* for more information. | |
| **Neurobiological Disorders - Autism Spectrum Disorder Services** | |
| ■ Hospital - Inpatient Stay and Professional Charges | 90% after you meet the Annual Deductible |
| ■ Outpatient Provider's Office Services (Copay is per visit) | 100% after you pay a $35 Copay |
| | 90% for Partial Hospitalization/Intensive Outpatient Treatment after you meet the Annual Deductible |
| **Nutrition** | |
| ■ Primary Physician (Copay is per visit) | 100% after you pay a $35 Copay |
| ■ Specialist Physician (Copay is per visit) | 100% after you pay a $70 Copay |
| ■ Outpatient Professional Charges | 90% after you meet the Annual Deductible |
| ■ Nutritional Supplies | 90% after you meet the Annual Deductible |
| See Section 4, *Additional Coverage Details* for more information. | |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | In-Network |
| **Nutritional Counseling**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>Up to three visits per condition per lifetime.<br><br>See Section 4, *Additional Coverage Details* for covered medical conditions. | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |
| **Ostomy Supplies**<br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>■ Outpatient Professional Charges | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay<br><br>90% after you meet the Annual Deductible |
| **Pharmaceutical Products Administered by a Physician - Outpatient**<br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>■ Outpatient Professional | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay<br><br>90% after you meet the Annual Deductible |
| **Physician Fees for Surgical and Medical Services**<br>■ Hospital - Inpatient Stay and Professional Charges<br><br>■ Primary Physician, includes OB/GYN physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>■ Outpatient Professional Charges | 90% after you meet the Annual Deductible<br><br>100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay<br><br>90% after you meet the Annual Deductible |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | In-Network |
| **Physician's Office Services - Sickness and Injury** | |
| ■ Primary Physician (Copay is per visit) | 100% after you pay a $35 Copay |
| ■ Specialist Physician (Copay is per visit) | 100% after you pay a $70 Copay |
| ■ Allergy Injections (Copay is per visit) | 100% after you pay a $10 Copay |
| **Pregnancy - Maternity Services** | |
| ■ Physician's Office Services (No Copay applies for prenatal visits after the first visit) | 100% after you pay a $35 Copay |
| ■ Hospital - Inpatient Stay and Professional Charges | 90% after you meet the Annual Deductible |
| ■ Outpatient Physician Fees for Surgical and Medical Services | 90% after you meet the Annual Deductible |
| ■ Sonogram and X-Rays | 90% after you meet the Annual Deductible |
| A Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | |
| **Preventive Care Services** | |
| ■ Physician Office Services | 100% |
| ■ Lab, X-ray or Other Preventive Tests (one vision screening and one hearing screening per calendar year limited to Dependent Children only under age 18 as part of a well-child visit) | 100% |
| ■ Breast Pumps | 100% |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | In-Network |
| **Private Duty Nursing - Outpatient**<br>Up to 100 visits per calendar year<br><br>See Section 4, *Additional Coverage Details* for more information. | 90% after you meet the Annual Deductible |
| **Prosthetic Devices**<br><br>See Section 4, *Additional Coverage Details*, for limits. | 90% after you meet the Annual Deductible |
| **Reconstructive Procedures**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>■ Hospital - Inpatient Stay and Professional Charges<br><br>■ Outpatient Physician Fees for Surgical and Medical Services<br><br>■ Prosthetic Devices - Outpatient<br><br>■ Surgery - Outpatient | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay<br><br>90% after you meet the Annual Deductible<br><br>90% after you meet the Annual Deductible<br><br>90% after you meet the Annual Deductible<br><br>90% after you meet the Annual Deductible |
| **Rehabilitation and Habilitative Services - Outpatient Therapy and Manipulative Treatment**<br><br>■ Provider's Office Services (Copay is per visit)<br><br>■ Outpatient Professional Charges<br><br>See Section 4, *Additional Coverage Details*, for visit limits for visit limits and Chiropractic Care. | 100% after you pay a $35 Copay<br><br>90% after you meet the Annual Deductible |
| **Scopic Procedures - Outpatient Diagnostic and Therapeutic** | 90% after you meet the Annual Deductible |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
|---|---|
| | In-Network |
| **Skilled Nursing Facility/Inpatient Rehabilitation Facility Services**<br><br>Up to 60 days per calendar year<br><br>See Section 4, *Additional Coverage Details* for more information. | 90% after you meet the Annual Deductible |
| **Substance-Related and Addictive Disorders Services**<br><br>■ Hospital - Inpatient Stay and Professional Charges<br><br>■ Outpatient Provider's Office Services (Copay is per visit) | 90% after you meet the Annual Deductible<br><br>100% after you pay a $35 Copay<br><br>90% for Partial Hospitalization/Intensive Outpatient Treatment after you meet the Annual Deductible |
| **Surgery - Outpatient**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit)<br><br>■ Outpatient Professional Charges | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay<br><br>90% after you meet the Annual Deductible |
| **Temporomandibular Joint (TMJ) Services**<br><br>(Copay is per visit) | Depending upon where the Covered Health Services is provided, Benefits for temporomandibular joint (TMJ) services will be the same as those stated under each Covered Health Services category in this section. |
| **Therapeutic Treatments – Outpatient (Prior Authorization Required)**<br><br>**Chemotherapy, Radiation and Kidney Dialysis**<br><br>■ Primary Physician (Copay is per visit)<br><br>■ Specialist Physician (Copay is per visit) | 100% after you pay a $35 Copay<br><br>100% after you pay a $70 Copay |

| Covered Health Services | Percentage of Eligible Expenses Payable by the Plan: |
| --- | --- |
| | **In-Network** |
| ■ Hospital - Inpatient Stay and Professional Charges | 90% after you meet the Annual Deductible |
| **Transplantation Services** <br><br> (If services rendered by a Designated Provider) | Depending upon where the Covered Health Services is provided, Benefits for transplantation services will be the same as those stated under each Covered Health Services category in this section. |
| **Urgent Care Center Services** <br><br> (Copay is per visit) | 100% after you pay a $80 Copay |
| **Urinary Catheters** | 90% after you meet the Annual Deductible |
| **Virtual Visits** <br><br> Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by going to **www.myuhc.com** or by calling the telephone number on your ID card. | 100% after you pay a $20 Copay |
| **Vision Therapy and Rehabilitation** <br><br> ■ Provider's Office Services (Copay is per visit) <br><br> ■ Outpatient Professional Charges | 100% after you pay a $35 Copay <br><br> 90% after you meet the Annual Deductible |
| **Wigs** <br><br> Charges for a Physician's office visit are described under *Physician's Office Services - Sickness and Injury* in this section. | 100% |

# SECTION 4 - ADDITIONAL COVERAGE DETAILS

> **What this section includes:**
> ■ Covered Health Services for which the Plan pays Benefits.

This section supplements the second table in Section 3, *Plan Highlights*.

While the table provides you with Benefit limitations along with Copayment, Coinsurance and Annual Deductible information for each Covered Health Service, this section includes descriptions of the Benefits. These descriptions include any additional limitations that may apply. The Covered Health Services in this section appear in the same order as they do in the table for easy reference. Services that are not covered are described in Section 6, *Exclusions*.

## Acupuncture Services

The Plan pays for acupuncture services when used as a general anesthetic for pain therapy, and or nausea provided that the service is performed in an office setting by a provider who is one of the following, either practicing within the scope of his/her license (if state license is available) or who is certified by a national accrediting body:

■ Doctor of Medicine;

■ Doctor of Osteopathy;

■ Chiropractor; or

■ Acupuncturist.

Covered Health Services include treatment of nausea as a result of:

■ chemotherapy;

■ pregnancy; and

■ post-operative procedures.

Your provider must provide a treatment plan that indicates the frequency and duration of your condition.

## Ambulance Services

The Plan covers Emergency ambulance services and transportation provided by a licensed ambulance service to the nearest Hospital that offers Emergency Health Services. See Section 10, *Glossary* for the definition of Emergency.

Ambulance service by air is covered in an Emergency if ground transportation is impossible, or would put your life or health in serious jeopardy. If special circumstances exist, UnitedHealthcare may pay Benefits for Emergency air transportation to a Hospital that is not the closest facility to provide Emergency Health Services.

The Plan also covers transportation provided by a licensed professional ambulance (either ground or air ambulance, as UnitedHealthcare determines appropriate) between facilities when the transport is:

- from an Out-of-Network Hospital to an In-Network Hospital;

- to a Hospital that provides a higher level of care that was not available at the original Hospital;

- to a more cost-effective acute care facility; or

- from an acute facility to a sub-acute setting.

## Cellular and Gene Therapy

Cellular Therapy and Gene Therapy received on an inpatient or outpatient basis at a Hospital or on an outpatient basis at an Alternate Facility or in a Physician's office.

Cellular Therapy and Gene Therapy services must be received at a Designated Provider.

Benefits for CAR-T therapy for malignancies are provided as described under *Transplantation Services*.

## Clinical Trials

Benefits are available for routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

- cancer or other life-threatening disease or condition. For purposes of this benefit, a life-threatening disease or condition is one from which the likelihood of death is probable unless the course of the disease or condition is interrupted;

- cardiovascular disease (cardiac/stroke) which is not life threatening, for which, as we determine, a clinical trial meets the qualifying clinical trial criteria stated below;

- surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, for which, as we determine, a clinical trial meets the qualifying clinical trial criteria stated below; and

- other diseases or disorders which are not life threatening for which, as we determine, a clinical trial meets the qualifying clinical trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the qualifying clinical trial as defined by the researcher.

Routine patient care costs for qualifying clinical trials include:

- Covered Health Services for which Benefits are typically provided absent a clinical trial;

- Covered Health Services required solely for the provision of the investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications; and

- Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

- the Experimental or Investigational Service or item. The only exceptions to this are:
  - certain *Category B* devices;
  - certain promising interventions for patients with terminal illnesses; and
  - other items and services that meet specified criteria in accordance with our medical and drug policies;

- items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient;

- a service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis; and

- items and services provided by the research sponsors free of charge for any person enrolled in the trial.

With respect to cancer or other life-threatening diseases or conditions, a qualifying clinical trial is a Phase I, Phase II, Phase III, or Phase IV clinical trial that is conducted in relation to the prevention, detection or treatment of cancer or other life-threatening disease or condition and which meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease or musculoskeletal disorders of the spine and hip and knees and other diseases or disorders which are not life-threatening, a qualifying clinical trial is a Phase I, Phase II, or Phase III clinical trial that is conducted in relation to the detection or treatment of such non-life-threatening disease or disorder and which meets any of the following criteria in the bulleted list below.

- Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:
  - *National Institutes of Health (NIH). (Includes National Cancer Institute (NCI))*;
  - *Centers for Disease Control and Prevention (CDC)*;
  - *Agency for Healthcare Research and Quality (AHRQ)*;
  - *Centers for Medicare and Medicaid Services (CMS)*;
  - a cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA)*;
  - a qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants; or
  - *The Department of Veterans Affairs, the Department of Defense or the Department of Energy* as long as the study or investigation has been reviewed and approved through a system of peer review that is determined by the *Secretary of Health and Human*

*Services* to meet both of the following criteria:

♦ comparable to the system of peer review of studies and investigations used by the *National Institutes of Health*; and

♦ ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

■ the study or investigation is conducted under an investigational new drug application reviewed by the *U.S. Food and Drug Administration*;

■ the study or investigation is a drug trial that is exempt from having such an investigational new drug application;

■ the clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards *(IRBs)* before participants are enrolled in the trial. We may, at any time, request documentation about the trial; or

■ the subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Plan.

## Congenital Heart Disease (CHD) Surgeries

The Plan pays Benefits for Congenital Heart Disease (CHD) surgeries which are ordered by a Physician. CHD surgical procedures include surgeries to treat conditions such as coarctation of the aorta, aortic stenosis, tetralogy of fallot, transposition of the great vessels and hypoplastic left or right heart syndrome.

UnitedHealthcare has specific guidelines regarding Benefits for CHD services. Contact UnitedHealthcare at the toll-free number on your ID card for information about these guidelines.

The Plan pays Benefits for Congenital Heart Disease (CHD) services ordered by a Physician and received at a CHD Resource Services program. Benefits include the facility charge and the charge for supplies and equipment. Benefits are available for the following CHD services:

■ outpatient diagnostic testing;

■ evaluation;

■ surgical interventions;

■ interventional cardiac catheterizations (insertion of a tubular device in the heart);

■ fetal echocardiograms (examination, measurement and diagnosis of the heart using ultrasound technology); and

■ approved fetal interventions.

CHD services other than those listed above are excluded from coverage, unless determined by the Claims Administrator to be proven procedures for the involved diagnoses. Contact CHD Resource Services at 1-888-936-7246 before receiving care for information about CHD services. More information is also available at **www.myoptumhealthcomplexmedical.com**.

If you receive Congenital Heart Disease services from a facility that is not a Designated Provider, the Plan pays Benefits as described under:

- *Physician's Office Services - Sickness and Injury;*

- *Physician Fees for Surgical and Medical Services;*

- *Scopic Procedures - Outpatient Diagnostic and Therapeutic;*

- *Therapeutic Treatments - Outpatient;*

- *Hospital - Inpatient Stay; and*

- *Surgery - Outpatient.*

---

To receive Benefits under the CHD program, you must contact the Claims Administrator at (888) 936-7246 prior to obtaining Covered Health Services. The Plan will only pay Benefits under the CHD program if CHD provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

---

**Note:** The services described under the *Travel and Lodging Assistance Program* are Covered Health Services only in connection with CHD services received by a Designated Provider.

## Dental Services

Dental services are covered by the Plan when all of the following are true:

- treatment is necessary because of accidental damage;

- dental services are received from a Doctor of Dental Surgery or a Doctor of Medical Dentistry; and

- the dental damage is severe enough that initial contact with a Physician or dentist occurs within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident and is not considered an accidental injury. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

The Plan also covers dental care (oral examination, X-rays, extractions and non-surgical elimination of of oral infection) required for the direct treatment of a medical condition limited to:

- dental services related to medical transplant procedures;

- initiation of immunosuppressives (medication used to reduce inflammation and suppress the immune system); and

- direct treatment of acute traumatic Injury, cancer or cleft palate.

Dental services for final treatment to repair the damage caused by accidental Injury must be started within three months of the accident, or if not a Covered Person at the time of the accident, within the first three months of coverage under the Plan, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care) and completed within 12 months of the accident, or if not a Covered Person at the time of the accident, within the first 12 months of coverage under the Plan.

The Plan pays for treatment of accidental Injury only for:

- emergency examination;

- necessary diagnostic x-rays;

- endodontic (root canal) treatment;

- temporary splinting of teeth;

- prefabricated post and core;

- simple minimal restorative procedures (fillings);

- extractions;

- post-traumatic crowns if such are the only clinically acceptable treatment; and

- replacement of lost teeth due to the Injury by implant, dentures or bridges.

Coverage will be provided under the medical program only for the following dental services if determined to be medically necessary:

- Repair or replacement of sound natural teeth that have been damaged or lost due to injury or a specific disease process affecting the mouth, cheeks, lips, jaw, or chin (excluding periodontal disease) if:
  - The injury or disease did not arise while, or as a result of, biting or chewing; and
  - Treatment starts within six months of the injury or disease. However, if due to the nature of the injury or disease, treatment could not begin within six months of the injury or disease, treatment began within six (6) months of the earliest date that it would be medically appropriate to begin such treatment.

Coverage is limited to restoration of the tooth or teeth or the initial placement of a bridge or denture to replace the tooth or teeth injured or lost as a direct and sole result of the accidental bodily injury or disease and use of implants if medically necessary to replace the

tooth and teeth injured or lost as a direct and sole result of the accidental bodily injury or disease.

- ■ Treatment, including orthodontic treatment, of cleft lip and/or cleft palate as described above.

- ■ Oral surgery limited to:
  - non-dental surgical procedures for congenital defects, such as cleft lip and/or cleft palate;
  - medically necessary diagnostic and surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, procedures to correct accidental injuries of the jaw, cheeks, lips, tongue, roof and floor of the mouth when such injuries occurred while covered under the Medical Program;
  - the reduction of, dislocation of, or excision of temporomandibular joints;
  - procedures involving accessory sinuses, salivary glands or ducts;
  - excision of tumors and cysts of the jaw, cheeks, roof and floor of the mouth when pathological examination is required;
  - excision of exostosis of the jaw and hard palate when not related to the fitting of dentures; and
  - extraoral incision and drainage of abscesses with cellulitis.

### General Anesthesia for Dental Care

Benefits for general anesthesia and associated Hospital or ambulatory facility charges in conjunction with dental care will be provided to a member under the following circumstances if the member is:

- ■ seven (7) years of age or younger or developmentally disabled;
  - o an individual for whom a successful result cannot be expected from dental care provided under local anesthesia because of a physical, intellectual or other medically compromising condition; and

  - o an individual for whom a superior result can be expected from dental care provided under general anesthesia; or

- ■ 17 years of age or younger;
  - o an extremely uncooperative, fearful or uncommunicative individual;

  - o an individual with dental needs of such magnitude that treatment should not be delayed or deferred; and

  - o an individual for whom lack of treatment can be expected to result in oral pain, infection, loss of teeth or other increased oral or dental morbidity.

Benefits for general anesthesia and associated Hospital or ambulatory facility charges are restricted to dental care that is provided by:

- ■ a fully accredited specialist in pediatric dentistry;

- a fully accredited specialist in oral and maxillofacial surgery; and

- a dentist to whom hospital privileges have been granted.

The Plan does not provide Benefits for general anesthesia and associated Hospital or ambulatory facility charges for dental care rendered for Temporomandibular Joint Disorders.

The Plan does not cover the extraction of and impacted teeth.

## Diabetic Services

### Diabetes Self-Management and Training/Diabetic Eye Exams/Foot Care

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Services must be ordered by a Physician and provided by appropriately licensed or registered health care professionals.

Benefits also include medical eye exams (dilated retinal exams) and preventive foot care for diabetes.

### Diabetic Self-Management Items

Insulin pumps and supplies and blood glucose meters including continuous glucose monitors for the management and treatment of diabetes, based upon your medical needs. An insulin pump is subject to all the conditions of coverage stated under Durable Medical Equipment (DME).

Diabetic supplies for which Benefits are covered through Prescription Drug Services through the Pharmacy Benefit Manager include insulin syringes with needles, blood glucose and urine test strips, ketone test strips and tablets, lancets and lancet devices, NovoPen, BD Pen, pen needle, alcohol wipes and injectables other than insulin.

## Durable Medical Equipment (DME)

The Plan pays for Durable Medical Equipment (DME) that is:

- ordered or provided by a Physician for outpatient use;

- used for medical purposes;

- not consumable or disposable;

- not of use to a person in the absence of a Sickness, Injury or disability;

- durable enough to withstand repeated use; and

- appropriate for use in the home.

If more than one piece of DME can meet your functional needs, you will receive Benefits only for the most Cost-Effective piece of equipment. Benefits are provided for a single unit of DME (example: one insulin pump) and for repairs of that unit.

Examples of DME include but are not limited to:

- continuous positive airway pressure (CPAP) device and supplies;

- equipment to assist mobility, such as a standard wheelchair;

- hospital beds and medical specialty beds;

- delivery pumps for tube feedings;

- negative pressure wound therapy pumps (wound vacuums);

- burn garments;

- insulin pumps and all related necessary supplies as described under *Diabetes Services* in this section;

- external cochlear devices and systems. Surgery to place a cochlear implant is also covered by the Plan. Cochlear implantation can either be an inpatient or outpatient procedure. See *Hospital - Inpatient Stay*, *Rehabilitation Services - Outpatient Therapy* and *Surgery - Outpatient* in this section;

- shoe inserts, arch supports, shoes (standard or custom), lifts and wedges and shoe orthotics when prescribed by a Physician;

- braces that stabilize an injured body part, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices and are excluded from coverage. Dental braces are also excluded from coverage;

- externally worn braces which support, align or correct deformities to, or improve the function of, a limb or other moving body part, including soft or rigid gas permeable contact lenses or sclera shells for use in the treatment of a condition other than correction of vision. Corrective braces, casts and slings are examples of covered corrective appliances;

- custom molded cranial orthotics (helmets) and foot orthotics are covered, when prescribed by Physician;

- equipment for the treatment of chronic or acute respiratory failure or conditions; and

- ostomy supplies.

The Plan also covers tubings, nasal cannulas, connectors and masks used in connection with DME.

Benefits also include dedicated speech generating devices and tracheo-esophageal voice devices required for treatment of severe speech impediment or lack of speech directly attributed to Sickness or Injury. Benefits for the purchase of these devices are available only after completing a required three-month rental period.

**Note:** DME is different from prosthetic devices – see *Prosthetic Devices* in this section.

Benefits for dedicated speech generating devices and tracheo-esophageal voice devices are limited to the purchase of one device during the entire period of time a Covered Person is enrolled under the Plan.

Benefits are provided for the repair/replacement of a type of Durable Medical Equipment once every three calendar years.

At UnitedHealthcare's discretion, replacements are covered for damage beyond repair with normal wear and tear, when repair costs exceed new purchase price, or when a change in the Covered Person's medical condition occurs sooner than the three year timeframe. Repairs, including the replacement of essential accessories, such as hoses, tubes, mouth pieces, etc., for necessary DME are only covered when required to make the item/device serviceable and the estimated repair expense does not exceed the cost of purchasing or renting another item/device. Requests for repairs may be made at any time and are not subject to the three year time frame for replacement.

## Emergency Health Services - Outpatient

The Plan's Emergency services Benefit pays for outpatient treatment at a Hospital or Alternate Facility when required to stabilize a patient or initiate treatment.

If you are admitted as an inpatient to a Hospital directly from the Emergency Room, you will not have to pay the Copay for Emergency Health Services. The Benefits for an Inpatient Stay in an In-Network Hospital will apply instead.

In-Network Benefits will be paid for an Emergency admission to an Out-of-Network Hospital. If you continue your stay in an Out-of-Network Hospital after the date your Physician determines that it is medically appropriate to transfer you to an In-Network Hospital, no Benefits will be paid.

Benefits under this section are available for services at an In-Network facility or hospital to treat a condition that does not meet the definition of an Emergency as shown in the *Covered Health Services* section.

A facility or hospital that is Out-of-Network and its Emergency room facilities are used for Non-Emergency services is not covered.

## Enteral Nutrition

Benefits are provided for enteral formulas and low protein modified food products, administered either orally or by tube feeding as the primary source of nutrition, for certain conditions which require specialized nutrients or formulas. Examples of conditions include:

- Metabolic diseases such as phenylketonuria (PKU) and maple syrup urine disease.

- Severe food allergies.

- Impaired absorption of nutrients caused by disorders affecting the gastrointestinal tract.

Benefits for prescription or over-the-counter formula are available when a Physician issues a prescription or written order stating the formula or product is Medically Necessary for the therapeutic treatment of a condition requiring specialized nutrients and specifying the quantity and the duration of the prescription or order. The formula or product must be administered under the direction of a Physician or registered dietitian.

For the purpose of this Benefit, "enteral formulas" include:

- Amino acid-based elemental formulas.

- Extensively hydrolyzed protein formulas.

- Modified nutrient content formulas.

For the purpose of this Benefit, "severe food allergies" mean allergies which if left untreated will result in:

- Malnourishment.

- Chronic physical disability.

- Intellectual disability; or

- Loss of life.

## Gender Dysphoria

Benefits for the treatment of Gender Dysphoria limited to the following services:

- Psychotherapy for Gender Dysphoria and associated co-morbid psychiatric diagnoses are provided as described under *Mental Health Services* in your SPD.

- Cross-sex hormone therapy:
  - Cross-sex hormone therapy administered by a medical provider (for example during an office visit) is provided as described under *Pharmaceutical Products – Outpatient* in your SPD.

- Puberty suppressing medication injected or implanted by a medical provider in a clinical setting.

- Laboratory testing to monitor the safety of continuous cross-sex hormone therapy.

- Surgery for the treatment for Gender Dysphoria, including the surgeries listed below:

  *Male to Female:*

  - Clitoroplasty (creation of clitoris)
  - Labiaplasty (creation of labia)
  - Orchiectomy (removal of testicles)
  - Penectomy (removal of penis)
  - Urethroplasty (reconstruction of female urethra)
  - Vaginoplasty (creation of vagina)

*Female to Male:*

- Bilateral mastectomy or breast reduction
- Hysterectomy (removal of uterus)
- Metoidioplasty (creation of penis, using clitoris)
- Penile prosthesis
- Phalloplasty (creation of penis)
- Salpingo-oophorectomy (removal of fallopian tubes and ovaries)
- Scrotoplasty (creation of scrotum)
- Testicular prosthesis
- Urethroplasty (reconstruction of male urethra)
- Vaginectomy (removal of vagina)
- Vulvectomy (removal of vulva)

**Genital Surgery and Bilateral Mastectomy or Breast Reduction Surgery Documentation Requirements:**

The Covered Person must provide documentation of the following for breast surgery:

■ A written psychological assessment from at least one qualified behavioral health provider experienced in treating Gender Dysphoria. The assessment must document that the Covered Person meets all of the following criteria:

- Persistent, well-documented Gender Dysphoria.
- Capacity to make a fully informed decision and to consent for treatment.
- Must be 18 years or older.
- If significant medical or mental health concerns are present, they must be reasonably well controlled.

The Covered Person must provide documentation of the following for genital surgery:

■ A written psychological assessment from at least two qualified behavioral health providers experienced in treating Gender Dysphoria, who have independently assessed the Covered Person. The assessment must document that the Covered Person meets all of the following criteria.

- Persistent, well-documented Gender Dysphoria.
- Capacity to make a fully informed decision and to consent for treatment.
- Must 18 years or older.
- If significant medical or mental health concerns are present, they must be reasonably well controlled.
- Complete at least 12 months of successful continuous full-time real-life experience in the desired gender.
- Complete 12 months of continuous cross-sex hormone therapy appropriate for the desired gender (unless medically contraindicated).

■ The treatment plan is based on identifiable external sources including the *World Professional Association for Transgender Health (WPATH)* standards, and/or evidence-based professional society guidance.

### Genetic Testing

Covered Health Services include genetic counseling. Benefits are available for Genetic Testing which is determined to be Medically Necessary following genetic counseling when ordered by the Physician and authorized in advance by UnitedHealthcare.

### Home Health Care

Covered Health Services are services that a Home Health Agency provides if you need care in your home due to the nature of your condition. Services must be:

- ordered by a Physician;

- provided by or supervised by a registered nurse in your home, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse;

- not considered Custodial Care, as defined in Section 10, *Glossary*; and

- provided on a part-time, Intermittent Care schedule when Skilled Care is required. Refer to Section 10, *Glossary* for the definition of Skilled Care.

The Claims Administrator will determine if Skilled Care is needed by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are limited to 100 visits per calendar year. One visit equals four hours of Skilled Care services. Additional visits may be granted based on medical necessity with documentation requirements to qualify for additional visits.

Custodial Care is not covered.

### Hospice Care

Hospice care is an integrated program recommended by a Physician which provides comfort and support services for the terminally ill. Hospice care can be provided on an inpatient or outpatient basis and includes physical, psychological, social, spiritual and respite care for the terminally ill person and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available only when hospice care is received from a licensed hospice agency, which can include a Hospital.

Respite Care will be limited to an annual benefit of 14 days. "Respite Care" means temporary care provided to the terminally ill Member to relieve the Family Caregiver from the daily care of the Member.

Custodial Care is not covered.

### Hospital - Inpatient Stay

Hospital Benefits are available for:

- non-Physician services and supplies received during an Inpatient Stay;

- room and board in a Semi-private Room (a room with two or more beds); and

- Physician services for radiologists, anesthesiologists, pathologists and Emergency Room Physicians.

The Plan will pay the difference in cost between a Semi-private Room and a private room only if a private room is necessary according to generally accepted medical practice.

Benefits for an Inpatient Stay in a Hospital are available only when the Inpatient Stay is necessary to prevent, diagnose or treat a Sickness or Injury. Benefits for other Hospital-based Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Benefits for Emergency admissions and admissions of less than 24 hours are described under *Emergency Health Services* and *Surgery - Outpatient, Scopic Procedures - Diagnostic and Therapeutic*, and *Therapeutic Treatments - Outpatient*, respectively.

> **Did you know?**
> All services performed at an In-Network hospital are covered by the inpatient hospitalization Coinsurance, regardless of the provider's network status, including physician services for radiologists, anesthesiologists, pathologists, attending Physicians assigned by the hospital and Emergency Room Physicians. If a provider submits a claim before the hospital submits its claim, the provider's claim may be processed as Out-of-Network and no benefits will be paid because UnitedHealthcare cannot determine that the service was performed at an In-Network facility. You should contact UnitedHealthcare and request that the claim be reprocessed as an In-Network benefit.
>
> After you are discharged from the hospital, claims for any follow-up visits or services will be processed based on the provider's network status. For example, a follow-up visit to an Out-of-Network attending Physician will be processed as an Out-of-Network claim and no benefits will be paid.

## Infertility Services

Therapeutic services for the treatment of Infertility when provided by or under the direction of a Physician. Benefits under this section are limited to the following procedures:

- Ovulation induction (or controlled ovarian stimulation).

- Insemination procedures (artificial insemination (AI) and intrauterine insemination (IUI)).

- Assisted Reproductive Technologies (ART).

- Testicular Sperm Aspiration/Microsurgical Epididymal Sperm Aspiration (TESA/MESA) - male factor associated surgical procedures for retrieval of sperm.

- Pre-implantation Genetic Diagnosis (PGD) - when the genetic parents carry a gene mutation to determine whether that mutation has been transmitted to the embryo.

- Embryo transportation related network disruption.

- Frozen Embryo Transfer cycle including the associated cryopreservation and storage of embryos.

- ICSI - (intracytoplasmic sperm injection).

- Surgical Procedures: Laparoscopy, Lysis of adhesions, tubotubal anastomosis, fimbrioplasty, salpingostomy, transcervical catheterization, cystoplasty and ovarian cystectomy.

- Electroejaculation.

- Pre-implantation Genetic Testing for a Monogenic Disorder (PGT-M) or Structural Rearrangement (PGT-SR) - when the genetic parents carry a gene mutation to determine whether that mutation has been transmitted to the embryo.

Treatment for the diagnosis and treatment of the underlying cause of Infertility is covered as described in the SPD. Benefits for diagnostic tests are described under, *Scopic Procedures - Outpatient Diagnostic and Therapeutic, Office Visits*.

Benefits for certain Pharmaceutical Products, including specialty Pharmaceutical Products, for the treatment of Infertility that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in your home are described under *Pharmaceutical Products*.

**Criteria to be eligible for Benefits**

To be eligible for the Infertility services Benefit you must have a diagnosis of infertility.

- To meet the definition of Infertility you must meet one of the following:

  - You are not able to become pregnant after the following periods of time of regular unprotected intercourse or Therapeutic Donor Insemination:

    ♦ One year, if you are a female under age 35.
    ♦ Six months, if you are a female age 35 or older.

  - You are female and have failed to achieve or maintain a Pregnancy due to impotence/sexual dysfunction;
  - You are female and have infertility that is not related to voluntary sterilization or failed reversal of voluntary sterilization.
  - You are male and have a diagnosis of a male factor causing infertility (e.g. treatment of sperm abnormalities including the surgical recovery of sperm).

- You have infertility that is not related to voluntary sterilization.

- You are a female:

  - under age 44 and using own oocytes (eggs).
  - under age 55 and using donor oocytes (eggs).

*Note:* For treatment initiated prior to pertinent birthday, services will be covered to completion of initiated cycle.

■  Not a Child Dependent.

Benefits are limited to $25,000 per Covered Person during the entire period you are covered under the Plan. There are separate medical and prescription drug lifetime maximum Benefits. Your Prescription Drug Services through the Pharmacy Benefit Manager is limited to $10,000 per Covered Person during the entire period you are covered under your pharmacy plan. Please see the Pharmacy Benefit Manager for details. This limit does not include Physician office visits for the treatment of Infertility for which Benefits are described under *Physician's Office Services - Sickness and Injury* below.

Only charges for the following apply toward the infertility lifetime maximum:

■  Surgeon.

■  Assistant surgeon.

■  Anesthesia.

■  Lab tests.

■  Specific injections.

## Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility include:

■  lab and radiology/x-ray;

■  sonograms; and

■  mammography.

Benefits under this section include:

■  the facility charge and the charge for supplies and equipment; and

■  Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under Physician Fees for Surgical and Medical Services.)

■  Presumptive Drug Tests and Definitive Drug Tests.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*. Lab, x-ray and diagnostic services for preventive care are described under *Preventive Care Services* in this section. CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient* in this section.

### Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include:

- the facility charge and the charge for supplies and equipment; and
- Physician services for radiologists, anesthesiologists and pathologists.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

## Mental Health Services

Mental Health Services include those received on an inpatient or outpatient basis in a Hospital and Alternate Facility or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.
- Residential Treatment.
- Partial Hospitalization/Day Treatment.
- Intensive Outpatient Treatment.
- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.
- Treatment and/or procedures.
- Medication management and other associated treatments.
- Individual, family and group therapy.
- Provider-based case management services.
- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator at 1-855-434-2684 for referrals to providers and coordination of care.

## Morbid Obesity Surgery

The Plan covers surgical treatment of morbid obesity provided by or under the direction of a Physician provided either of the following is true:

■ you have a minimum Body Mass Index (BMI) of 40; or

■ you have a minimum BMI of 35 with complicating co-morbidities (such as sleep apnea or diabetes) directly related to, or exacerbated by morbid obesity.

In addition to meeting the above criteria the following must also be true:

■ you have documentation from a Physician of a diagnosis of morbid obesity;

■ you are over the age of 18 (adolescents are not covered);

■ you have completed a 6-month Physician supervised weight loss program within the past two years;

■ you have completed a pre-surgical psychological evaluation within the last 12 months; and

■ the surgery is performed at a Bariatric Resource Service (BRS) Designated Provider by an In-Network surgeon even if there are no BRS Designated Providers near you.

> Benefits are available for morbid obesity surgery services that meet the definition of a Covered Health Service, as defined in Section 10, *Glossary* and are not Experimental or Investigational or Unproven Services.

Benefits are limited to one surgery per lifetime unless there are complications to the covered surgery.

Excess skin removal is not covered, unless medically necessary.

You will have access to a certain Network of Designated Providers participating in the Bariatric Resource Services (BRS) program, as defined in Section 10, *Glossary*, for morbid obesity surgery services.

For morbid obesity surgery services to be considered Covered Health Services under the BRS program, you must contact Bariatric Resource Services and speak with a nurse consultant prior to receiving services. You can contact Bariatric Resource Services by calling toll-free at (888) 936-7246. If you receive morbid obesity surgery that is not performed as part of the Bariatric Resource Services program, no Plan benefits are available.

***Note:*** The services described under the *Travel and Lodging Assistance Program* are Covered Health Services only in connection with obesity-related services received by a Designated Provider.

## Neurobiological Disorders - Autism Spectrum Disorder Services

The Plan pays Benefits for behavioral services for Autism Spectrum Disorders including Intensive Behavioral Therapies such as Applied Behavior Analysis (ABA) that are the following:

- Focused on the treatment of core deficits of Autism Spectrum Disorder.

- Provided by a Board Certified Applied Behavior Analyst (BCBA) or other qualified provider under the appropriate supervision.

- Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property, and impairment in daily functioning.

These Benefits describe only the behavioral component of treatment for Autism Spectrum Disorders. Medical treatment of Autism Spectrum Disorders is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories as described in this section.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family and group therapy.

- Provider-based case management services.

- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator at 1-855-434-2684 for referrals to providers and coordination of care.

## Nutrition

The Plan pays Benefits for low protein modified food products for therapeutic treatment, under the direction of a physician, for inherited metabolic diseases. A Low Protein Modified Food Product means a food product that is specially formulated to have less than one (1) gram of protein per serving (excluding a natural food that is naturally low in protein); or is specifically created to treat inborn errors of metabolism such as phenylketonuria (PKU). The Plan pays Benefits for donor breast milk, provided it is the sole source of nutrition.

The Plan pays Benefits for formula under the direction of a physician when administered through a feeding tube for:

- malabsorption caused by disorders affecting the absorptive surface, functional length, gastrointestinal tract motility (including but not limited to Crohn's disease, ulcerative colitis, gastroesophageal reflux, chronic intestinal pseudo-obstruction, inherited diseases of amino and/or organic acids.

- central nervous system/neuromuscular condition that significantly impairs the ability to safely ingest oral nutrition.

In addition, the Plan pays Benefits for food thickeners when Medically Necessary to safely ingest oral nutrition.

## Nutritional Counseling

The Plan will pay for Covered Health Services for medical education services provided in a Physician's office by an appropriately licensed or healthcare professional when:

- education is required for a disease in which patient self-management is an important component of treatment; and

- there exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Examples of such medical conditions include but are not limited to:

- Congestive heart failure;

- Coronary artery disease;

- Crohn's disease;

- Chronic obstructive pulmonary disease;

- Diabetes mellitus;

- Gout (a form of arthritis);

- Hyperlipidemia (excess of fatty substances in the blood);

- Phenylketonuria (a genetic disorder diagnosed at infancy); and

- Renal failure.

Benefits are limited to three individual sessions in your lifetime for each medical condition. This limit applies to non-preventive nutritional counseling services only.

When nutritional counseling services are billed as a preventive care service, these services will be paid as described under *Preventive Care Services* in this section.

## Ostomy Supplies

Benefits for ostomy supplies are limited to:

- pouches, face plates and belts;
- irrigation sleeves, bags and ostomy irrigation catheters; and
- skin barriers.

## Pharmaceutical Products - Outpatient

The Plan pays for Pharmaceutical Products that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in a Covered Person's home. Examples of what would be included under this category are antibiotic injections in the Physician's office or inhaled medication in an Urgent Care Center for treatment of an asthma attack.

Benefits under this section are provided only for Pharmaceutical Products which, due to their characteristics (as determined by UnitedHealthcare), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional. Depending on where the Pharmaceutical Product is administered, Benefits will be provided for administration of the Pharmaceutical Product under the corresponding Benefit category in this SPD. Benefits under this section do not include medications that are typically available by prescription order or refill at a pharmacy. Benefits under this section do not include medications for the treatment of infertility.

If you require certain Pharmaceutical Products, including specialty Pharmaceutical Products, UnitedHealthcare may direct you to a designated dispensing entity with whom UnitedHealthcare has an arrangement to provide those Pharmaceutical Products. Such Dispensing Entities may include an outpatient pharmacy, specialty pharmacy, Home Health Agency provider, Hospital-affiliated pharmacy or hemophilia treatment center contracted pharmacy.

If you/your provider are directed to a designated dispensing entity and you/your provider choose not to obtain your Pharmaceutical Product from a designated dispensing entity, Benefits are not available for that Pharmaceutical Product.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you must use a different Pharmaceutical Product and/or prescription drug product first. You may find out whether a particular Pharmaceutical Product is subject to step therapy requirements by contacting UnitedHealthcare at **www.myuhc.com** or by calling the telephone number on your ID card.

### Physician Fees for Surgical and Medical Services

The Plan pays Physician fees for surgical procedures and other medical care received from a Physician in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility, Alternate Facility, or for Physician house calls.

### Physician's Office Services - Sickness and Injury

Benefits are paid by the Plan for Covered Health Services received in a Physician's office for the evaluation and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital. Benefits under this section include allergy injections and hearing exams in case of Injury or Sickness. The Plan also pays Benefits for travel immunizations.

Benefits for preventive services are described under *Preventive Care Services* in this section.

Benefits under this section include lab, radiology/x-ray or other diagnostic services performed in the Physician's office.

> **Please Note**
> Your Physician does not have a copy of your Summary Plan Description, and is not responsible for knowing or communicating your Benefits.

### Pregnancy - Maternity Services

Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications. This Plan covers a Child Dependent's obstetrical care, including any services incident to or resulting from pregnancy.

The Plan will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a vaginal delivery; or
- 96 hours for the mother and newborn child following a cesarean section delivery.

These are federally mandated requirements under the Newborns' and Mothers' Health Protection Act of 1996 which apply to this Plan. The Hospital or other provider is not required to get authorization for the time periods stated above. Authorizations are required for longer lengths of stay. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

***Newborn Process:*** A newborn who is eligible as a child Dependent automatically covered for a 31-day period under the associate's Social Security Number as "Baby Boy or Baby Girl." Claims incurred/submitted during this period of time will be paid. Any claims received

more than 31-days after the child's birth or adoption will be denied unless the child has already been added as a Dependent through the Employer's enrollment process. This Plan does not provide coverage for the newborn child of the Dependent. For example, a grandchild, who is not otherwise covered as a Dependent, will not receive coverage.

**Note:** No Copayment applies to Physician office visits for prenatal care after the first visit.

> **Healthy Moms and Babies**
> The Plan provides a special prenatal program to help during Pregnancy. Participation is voluntary and free of charge. See Section 5, *Clinical Programs and Resources*, for details.

## Preventive Care Services

The Plan pays Benefits for Preventive care services provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital. Preventive care services encompass medical services that have been demonstrated by clinical evidence to be safe and effective in either the early detection of disease or in the prevention of disease, have been proven to have a beneficial effect on health outcomes and include the following as required under applicable law:

- evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*;

- immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*;

- with respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*; and

- with respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

Preventive care Benefits defined under the *Health Resources and Services Administration (HRSA)* requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. Benefits for breast pumps also include the cost of purchasing one breast pump per Pregnancy in conjunction with childbirth. These Benefits are described under Section 3, *Plan Highlights*, under *Covered Health Services*.

Benefits are only available if breast pumps are obtained from a DME provider or Physician.

If more than one breast pump can meet your needs, Benefits are available only for the least expensive pump. The Claims Administrator will determine the following:

- Which pump is the least expensive;

- Whether the pump should be purchased or rented;

- Duration of a rental;

- Timing of an acquisition;

In addition to the services listed above, this preventive care benefit includes:

- routine lab tests;

- diagnostic consults to prevent disease and detect abnormalities;

- diagnostic radiology and nuclear imaging procedures to screen for abnormalities;

- breast cancer screening and genetic testing;

- tests to support cardiovascular health; and

- prostrate exam after age 50.

The Plan pays Benefits for Digital Breast Tomosynthesis (DBT) for breast cancer screening and diagnostic testing. DBT is also called a 3-D mammogram.

These additional services are paid under the preventive care benefit when billed by your provider with a wellness diagnosis.

For questions about your preventive care Benefits under this Plan call the telephone number on your ID card.

## Private Duty Nursing - Outpatient

The Plan covers Private Duty Nursing care given on an outpatient basis by a licensed nurse such as a Registered Nurse (R.N.), Licensed Practical Nurse (L.P.N.), or Licensed Vocational Nurse (L.V.N.).

For Private Duty Nursing to be covered it must be provided by a contracted home health care provider. There must be a treatment plan in place by the physician for In-Network care.

Benefits are limited to 100 visits per calendar year. One visit equals eight hours of Private Duty Nursing services. Additional visits may be allowed based on medical information.

UnitedHealthcare does not contract with individual nurses.

Custodial Care is not covered.

## Prosthetic Devices

Benefits are paid by the Plan for prosthetic devices and appliances that replace a limb or body part, or help an impaired limb or body part work. Examples include, but are not limited to:

- artificial arms, legs, feet and hands;

- artificial face, eyes, ears and nose; and

- breast prosthesis following mastectomy as required by the Women's Health and Cancer Rights Act of 1998, including mastectomy bras and lymphedema stockings for the arm.

Benefits are provided for members that are aphakic due to intraocular surgery or as a result of an accidental injury. The Plan will cover one (1) pair of eyeglasses or contact lenses used to replace the natural lens and subsequent changes required due to changes in the Member's prescription.

Benefits under this section are provided only for external prosthetic devices and do not include any device that is fully implanted into the body.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the most Cost-Effective prosthetic device. The device must be ordered or provided either by a Physician, or under a Physician's direction. If you purchase a prosthetic device that exceeds these minimum specifications, the Plan may pay only the amount that it would have paid for the prosthetic that meets the minimum specifications, and you may be responsible for paying any difference in cost.

Benefits are provided for the replacement of a type of prosthetic device once every three calendar years.

At UnitedHealthcare's discretion, prosthetic devices may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the Covered Person's medical condition occurs sooner than the three year timeframe. Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part.

**Note:** Prosthetic devices are different from DME - see *Durable Medical Equipment (DME)* in this section.

## Reconstructive Procedures

Reconstructive Procedures are services performed when the primary purpose of the procedure is either to treat a medical condition or to improve or restore physiologic function for an organ or body part. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly and the primary result of the procedure is not a changed or improved physical appearance.

Improving or restoring physiologic function means that the organ or body part is made to work better. An example of a Reconstructive Procedure is surgery on the inside of the nose so that a person's breathing can be improved or restored.

Benefits for Reconstructive Procedures include breast reconstruction following a mastectomy and reconstruction of the non-affected breast to achieve symmetry. Replacement of an existing breast implant is covered by the Plan if the initial breast implant followed mastectomy. Other services required by the Women's Health and Cancer Rights Act of 1998, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact UnitedHealthcare at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

There may be times when the primary purpose of a procedure is to make a body part work better. However, in other situations, the purpose of the same procedure is to improve the appearance of a body part. Cosmetic procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. A good example is upper eyelid surgery. At times, this procedure will be done to improve vision, which is considered a Reconstructive Procedure. In other cases, improvement in appearance is the primary intended purpose, which is considered a Cosmetic Procedure. This Plan does not provide Benefits for Cosmetic Procedures, as defined in Section 10, *Glossary*.

The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a Reconstructive Procedure.

## Rehabilitation Services and Habilitative - Outpatient Therapy and Manipulative Treatment

The Plan provides short-term outpatient rehabilitation services (including habilitative services) for the following types of therapy:

- physical therapy;

- occupational therapy;

- manipulative treatment;

- speech therapy;

- post-cochlear implant aural therapy;

- cognitive rehabilitation therapy following a post-traumatic brain Injury or stroke;

- pulmonary rehabilitation; and

- cardiac rehabilitation.

For all rehabilitation services, a licensed therapy provider, under the direction of a Physician (when required by state law), must perform the services. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility. Rehabilitative services provided in a Covered Person's home by a Home Health Agency are provided as described under Home Health Care. Rehabilitative services provided in a Covered Person's home other than by a Home Health Agency are provided as described under this section.

The Plan will pay Benefits for speech therapy only when the speech impediment or dysfunction results from Injury, Sickness, stroke, cancer, Autism Spectrum Disorders or a Congenital Anomaly, or is needed following the placement of a cochlear implant.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed

Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

The Plan gives UnitedHealthcare the right to exclude from coverage rehabilitation services that are not expected to result in significant physical improvement in your condition within two months of the start of treatment. In addition, UnitedHealthcare has the right to deny Benefits if treatment ceases to be therapeutic and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or recurring.

### *Habilitative Services*

For the purpose of this Benefit, "habilitative services" means Medically Necessary skilled health care services that help a person keep, learn or improve skills and functioning for daily living. Habilitative services are skilled when all of the following are true:

- The services are part of a prescribed plan of treatment or maintenance program that is Medically Necessary to maintain a Covered Person's current condition or to prevent or slow further decline.

- It is ordered by a Physician and provided and administered by a licensed provider.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

The Claims Administrator will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. Therapies provided for the purpose of general well-being or conditioning in the absence of a disabling condition are not considered habilitative services. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are provided for habilitative services provided for Covered Persons with a disabling condition when both of the following conditions are met:

- The treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist or Physician.

- The initial or continued treatment must be proven and not Experimental or Investigational.

Benefits for habilitative services do not apply to those services that are solely educational in nature or otherwise paid under state or federal law for purely educational services. Custodial Care, respite care, day care, therapeutic recreation, vocational training and Residential Treatment are not habilitative services. A service that does not help the Covered Person to meet functional goals in a treatment plan within a prescribed time frame is not a habilitative service.

The Plan may require that a treatment plan be provided, request medical records, clinical notes, or other necessary data to allow the Plan to substantiate that initial or continued medical treatment is needed. When the treating provider anticipates that continued treatment is or will be required to permit the Covered Person to achieve demonstrable progress, we may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment, and how frequently the treatment plan will be updated.

Benefits for Durable Medical Equipment and prosthetic devices, when used as a component of habilitative services, are described under *Durable Medical Equipment* and *Prosthetic Devices* in this section.

Other than as described under *Habilitative Services* above, please note that the Plan will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or Autism Spectrum Disorders. We will pay Benefits for cognitive rehabilitation therapy only when Medically Necessary following a post-traumatic brain Injury or stroke.

Benefits are limited to:

- 90 visits per calendar year for physical, occupational and speech therapy combined; and

- 60 visits per calendar year for Manipulative Treatment.

Additional visits beyond the annual limit for manipulative treatments, physical, occupational and speech therapy are only covered if determined to be Medically Necessary.

No visit limitation applies to pulmonary rehabilitation therapy, cardiac rehabilitation therapy, and post-cochlear implant aural therapy.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

## Scopic Procedures - Outpatient Diagnostic and Therapeutic

The Plan pays for diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy, and endoscopy.

Benefits under this section include:

- the facility charge and the charge for supplies and equipment; and

■ Physician services for anesthesiologists, pathologists and radiologists.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy.

When these services are performed for preventive screening purposes, Benefits are described in this section under *Preventive Care Services*.

## Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Facility services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility are covered by the Plan. Benefits include:

■ non-Physician services and supplies received during the Inpatient Stay;

■ room and board in a Semi-private Room (a room with two or more beds); and

■ Physician services for radiologists, anesthesiologists and pathologists.

Benefits are available when skilled nursing and/or Inpatient Rehabilitation Facility services are needed on a daily basis. Benefits are also available in a Skilled Nursing Facility or Inpatient Rehabilitation Facility for treatment of a Sickness or Injury that would have otherwise required an Inpatient Stay in a Hospital.

Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

UnitedHealthcare will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are available only if:

■ the initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a Cost Effective alternative to an Inpatient Stay in a Hospital; and

■ you will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when:

■ it is delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient;

■ it is ordered by a Physician;

- it is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair; and

- it requires clinical training in order to be delivered safely and effectively.

You are expected to improve to a predictable level of recovery. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if discharge rehabilitation goals have previously been met.

*Note:* The Plan does not pay Benefits for Custodial Care or Domiciliary Care, even if ordered by a Physician, as defined in Section 10, *Glossary.*

Benefits are limited to 60 days per calendar year. Additional visits beyond the annual limit are only covered if determined to be medically necessary.

Custodial Care is not covered.

## Substance-Related and Addictive Disorders Services

Substance-Related and Addictive Disorders Services include those received on an inpatient basis in a Hospital, Alternate Facility, or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family and group therapy.

- Provider-based case management services.

- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator at 1-855-434-2684 for referrals to providers and coordination of care.

## Surgery - Outpatient

The Plan pays for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include:

- the facility charge and the charge for supplies and equipment;

- certain surgical scopic procedures (examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy); and

- physician services for radiologists, anesthesiologists and pathologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury* in this section.

## Temporomandibular Joint (TMJ) Services

The Plan covers diagnostic and surgical and non-surgical treatment of conditions affecting the temporomandibular joint (TMJ) when provided by or under the direction of a Physician. Coverage includes necessary treatment required as a result of accident, trauma, a Congenital Anomaly, developmental defect, or pathology.

Diagnostic treatment includes examination, radiographs and applicable imaging studies and consultation. Non-surgical treatment includes clinical examinations, oral appliances (orthotic splints), arthrocentesis and trigger-point injections.

Benefits are provided for surgical treatment if:

- there is clearly demonstrated radiographic evidence of significant joint abnormality;

- non-surgical treatment has failed to adequately resolve the symptoms; and

- pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthroplasty, arthrotomy and open or closed reduction of dislocations.

Benefits for an Inpatient Stay in a Hospital and Hospital-based Physician services are described in this section under *Hospital – Inpatient Stay* and *Physician Fees for Surgical and Medical Services,* respectively.

## Therapeutic Treatments - Outpatient

The Plan pays Benefits for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when:

■ education is required for a disease in which patient self-management is an important component of treatment; and

■ there exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include:

■ the facility charge and the charge for related supplies and equipment; and

■ physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described in this section under *Physician Fees for Surgical and Medical Services*.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services*.

## Transplantation Services

Inpatient facility services (including evaluation for transplant, organ procurement and donor searches) for transplantation procedures including CAR-T cell therapy for malignancies must be ordered by an In-Network provider and received at a Designated Provider. Benefits are available to the donor and the recipient when the recipient is covered under this Plan. The transplant must meet the definition of a Covered Health Service and cannot be Experimental or Investigational, or Unproven. Examples of transplants for which Benefits are available include but are not limited to:

■ heart;

■ heart/lung;

■ lung;

■ kidney;

■ kidney/pancreas;

■ liver;

■ liver/kidney;

■ liver/intestinal;

■ pancreas;

■ intestinal; and

■ bone marrow including CAR-T cell therapy for malignancies (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high dose chemotherapy. Not all bone marrow transplants meet the definition of a Covered Health Service.

Benefits are also available for cornea transplants. You are not required to obtain prior authorization from the Claims Administrator or Personal Health Support for a cornea transplant nor is the cornea transplant required to be performed at a Designated Provider.

Donor costs that are directly related to organ removal are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Plan.

The Plan has specific guidelines regarding Benefits for transplant services. Contact the Claims Administrator at (888) 936-7246 or Personal Health Support at the telephone number on your ID card for information about these guidelines.

> **Support in the event of serious illness**
> If you or a covered family member has cancer or needs an organ or bone marrow transplant, UnitedHealthcare can put you in touch with quality treatment centers around the country.

## Urgent Care Center Services

The Plan provides Benefits for services, including professional services, received at an Urgent Care Center, as defined in Section 10, *Glossary*. When Urgent Care services are provided in a Physician's office, the Plan pays Benefits as described under *Physician's Office Services - Sickness and Injury* earlier in this section.

## Urinary Catheters

Benefits for indwelling and intermittent urinary catheters for incontinence or retention.

Benefits include related urologic supplies for indwelling catheters limited to:

- Urinary drainage bag and insertion tray (kit).

- Anchoring device.

- Irrigation tubing set.

## Virtual Visits

Virtual visits for Covered Health Services that include the diagnosis and treatment of low acuity medical conditions for Covered Persons, through live audio with video technology or audio only. Virtual visits provide communication of medical information in real-time between the patient and a distant Physician or health care specialist, through use of interactive audio and video communications or audio only equipment outside of a medical facility (for example, from home or from work).

Benefits are available only when services are delivered through a Designated Virtual Network Provider. You can find a Designated Virtual Network Provider by going to **www.myuhc.com** or by calling the telephone number on your ID card.

**Please Note**: Not all medical conditions can be appropriately treated through virtual visits. The Designated Virtual Network Provider will identify any condition for which treatment by in-person Physician contact is necessary.

Benefits under this section do not include email, fax and standard telephone calls, or for telehealth/telemedicine visits that occur within medical facilities (*CMS* defined originating facilities).

## Vision Examinations

The Plan pays Benefits for:

- vision screenings, which could be performed as part of an annual physical examination in a provider's office or outpatient facility (vision screenings do not include refractive examinations to detect vision impairment).

## Vision Rehabilitation

Vision rehabilitation services will be covered for members with a diagnosis of moderate or severe vision impairment including blindness that is not correctable by conventional methods, such as glasses or surgery. Rehabilitation may be conducted under general supervision of a qualified physician or optometrist, in appropriate settings including in the home of the beneficiary receiving the services. Rehabilitation must be prescribed by a qualified physician and administered under an individualized, written plan of care developed by a qualified physician or qualified occupational therapist in private practice (OTPP). The plan of care must contain a specific diagnosis of visual impairment and must assure that vision rehabilitation services are medically necessary and the beneficiary receiving vision rehabilitation is capable of deriving benefit from the rehabilitation. Services will be covered when provided by a qualified occupational therapist, or by a low vision therapist, orientation and mobility specialist, or vision rehabilitation therapists (aka rehabilitation teachers) who is certified by the Academy for Certification of Vision Rehabilitation Professionals (ACVREP).

Rehabilitation will be completed when the treatment goals have been attained or maximum progress toward them has been reached. Any subsequent services would be for maintenance of a level of functional ability (maintenance services are not covered). All services are covered on an individual basis. Group services are not covered.

## Vision Therapy

Visual therapy services are rendered by an optometrist to correct convergence insufficiency, amblyopia (lazy eye), and eye muscle imbalances resulting in a diagnosis of diplopia, heterotopia or esotropia, are eligible for coverage. Eligible charges for optometric services include:

- therapy directed at restoring eye muscle tone and movement after surgery; and
- therapy for faulty optical fusion to correct muscle imbalances.

No visit limitation applies to vision therapy.

## Wigs

The Plan pays Benefits for wigs and other scalp hair prosthesis only for loss of hair resulting from chemotherapy or radiation therapy for cancer treatment.

# SECTION 5 - CLINICAL PROGRAMS AND RESOURCES

**What this section includes:**
Health and well-being resources available to you, including:

■ Consumer Solutions and Self-Service Tools;

■ Disease Management Services;

■ Complex Medical Conditions Programs and Services; and

■ Women's Health/Reproductive.

GEICO Corporation believes in giving you the tools you need to be an educated health care consumer. To that end, GEICO Corporation has made available several convenient educational and support services, accessible by phone and the Internet, which can help you to:

■ take care of yourself and your family members;

■ manage a chronic health condition; and

■ navigate the complexities of the health care system.

***NOTE:***
Information obtained through the services identified in this section is based on current medical literature and on Physician review. It is not intended to replace the advice of a doctor. The information is intended to help you make better health care decisions and take a greater responsibility for your own health. UnitedHealthcare and GEICO Corporation are not responsible for the results of your decisions from the use of the information, including, but not limited to, your choosing to seek or not to seek professional medical care, or your choosing or not choosing specific treatment based on the text.

## Consumer Solutions and Self-Service Tools

### Health Survey

You are invited to learn more about your health and wellness at **www.myuhc.com** and are encouraged to participate in the online health survey. The health survey is an interactive questionnaire designed to help you identify your healthy habits as well as potential health risks.

Your health survey is kept confidential. Completing the survey will not impact your Benefits or eligibility for Benefits in any way. If you need any assistance with the online survey, please call the telephone number on your ID card.

### Reminder Programs

To help you stay healthy, UnitedHealthcare may send you and your covered Dependents reminders to schedule recommended screening exams. Examples of reminders include:

■ mammograms for women between the ages of 40 and 68;

- pediatric and adolescent immunizations;

- cervical cancer screenings for women between the ages of 20 and 64;

- comprehensive screenings for individuals with diabetes; and

- influenza/pneumonia immunizations for enrollees age 65 and older.

There is no need to enroll in this program. You will receive a reminder automatically if you have not had a recommended screening exam.

### Decision Support

In order to help you make informed decisions about your health care, UnitedHealthcare has a program called Decision Support. This program targets specific conditions as well as the treatments and procedures for those conditions.

This program offers:

- access to accurate, objective and relevant health care information;

- coaching by a nurse through decisions in your treatment and care;

- expectations of treatment; and

- information on high quality providers and programs.

Conditions for which this program is available include:

- back pain;

- knee & hip replacement;

- prostate disease;

- prostate cancer;

- benign uterine conditions;

- breast cancer;

- coronary disease and

- bariatric surgery.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the telephone number on your ID card.

### www.myuhc.com

UnitedHealthcare's member website, **www.myuhc.com**, provides information at your fingertips anywhere and anytime you have access to the Internet. **www.myuhc.com** opens the door to a wealth of health information and convenient self-service tools to meet your needs.

With **www.myuhc.com** you can:

- receive personalized messages that are posted to your own website;

- research a health condition and treatment options to get ready for a discussion with your Physician;

- search for In-Network providers available in your Plan through the online provider directory;

- complete a health risk assessment to identify health habits you can improve, learn about healthy lifestyle techniques and access health improvement resources;

- use the treatment cost estimator to obtain an estimate of the costs of various procedures in your area; and

- use the Hospital comparison tool to compare Hospitals in your area on various patient safety and quality measures.

> **Registering on www.myuhc.com**
> If you have not already registered as a **www.myuhc.com** subscriber, simply go to **www.myuhc.com** and click on "Register Now." Have your UnitedHealthcare ID card handy. The enrollment process is quick and easy.

Visit **www.myuhc.com** and:

- make real-time inquiries into the status and history of your claims;

- view eligibility and Plan Benefit information, including Copays and Annual Deductibles;

- view and print all of your Explanation of Benefits (EOBs) online; and

- order a new or replacement ID card or, print a temporary ID card.

> **Want to learn more about a condition or treatment?**
> Log on to **www.myuhc.com** and research health topics that are of interest to you. Learn about a specific condition, what the symptoms are, how it is diagnosed, how common it is, and what to ask your Physician.

## Complex Medical Conditions Programs and Services

### *Bariatric Resource Services (BRS)*

Your Plan offers Bariatric Resource Services (BRS) program. The BRS program provides you with:

- Specialized clinical consulting services to Employees and Enrolled Dependents to educate on obesity treatment options.

- Access to specialized Network facilities and Physicians for obesity surgery services.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Cancer Resource Services (CRS) Program

Your Plan offers Cancer Resource Services (CRS) program to provide you with access to information and member assistance through a team of specialized cancer nurse consultants and access to one of the nation's leading cancer programs.

To learn more about *CRS*, visit **www.myoptumhealthcomplexmedical.com** or call the number on your ID card or call the program directly at 1-866-936-6002.

Coverage for oncology services and oncology-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Cancer Support Program

UnitedHealthcare provides a program that identifies and supports a Covered Person who has cancer. You have the opportunity to engage with a nurse that specializes in cancer, education and guidance throughout your care path. You may also call the program and speak with a nurse whenever you need to. This nurse will be a resource and advocate to help you manage your condition. This program will work with you and your Physicians, as appropriate, to offer support and education on cancer, and self-care strategies and treatment options.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please call the number on your ID card or call the program directly at 1-866 936-6002.

### Congenital Heart Disease (CHD) Resource Services

UnitedHealthcare provides a program that identifies and supports a Covered Person who has Congenital Heart Disease (CHD) through all stages of treatment and recovery. This program will work with you and your Physicians, as appropriate, to offer support and education on CHD. Program features include clinical management by specialized CHD Nurses, support from specialized Social Workers, assistance with choosing Physicians and Facilities, and access to Designated Providers.

To learn more about CHD Resource Services program, visit **www.myoptumhealthcomplexmedical.com** or call UnitedHealthcare at the number on your ID card or you can call the CHD Resource Services Nurse Team at 888-936-7246.

Coverage for CHD surgeries and related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary. If you are considering any CHD surgeries you must contact CHD Resource Services prior to surgery to enroll in the program in order for the surgery to be a considered a Covered Health Service under the Plan.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Kidney Disease Programs
### Comprehensive Kidney Solution (CKS) program

For participants diagnosed with Kidney Disease, your Plan offers the Comprehensive Kidney Solution (CKS) program to help you manage the effects of advanced Chronic Kidney Disease (CKD) through End-stage Renal Disease (ESRD).

Should the disease progress to the point of needing dialysis, CKS provides access to top-performing dialysis centers. That means you will receive treatment based on a "best practices" approach from health care professionals with demonstrated expertise.

There are hundreds of contracted dialysis centers across the country, but in situations where you cannot conveniently access a contracted dialysis center, CKS will work to negotiate patient-specific agreements on your behalf.

To learn more about Comprehensive Kidney Solutions, visit **www.myoptumhealthcomplexmedical.com** or call the number on your ID card.

Coverage for dialysis and kidney-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary. If you decide to no longer participate in the program, please contact CKS of your decision.

### Kidney Resource Services (KRS) program
### End-Stage Renal Disease (ESRD)

The Kidney Resource Services program provides Covered Persons with access to a registered nurse advocate who specializes in helping individuals live with kidney disease. As a participant in the KRS program, you'll work with a nurse who will provide you with support and information. The nurse can help you manage other conditions, such as diabetes and high blood pressure. He or she can also help you find doctors, specialists and dialysis centers. This program is available at no extra cost to you.

With KRS, you have access to a registered nurse who specializes in kidney health. This program is designed to help you be your own best advocate for your health. You may have been referred to the KRS program by your medical provider or from past claim information. As part of your health insurance benefits, it's available at no extra cost to you.

KRS nurse advocates are available, Monday through Friday toll-free at 1-866-561-7518 (TTY: 711).

Coverage for dialysis and kidney-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary.

### Transplant Resource Services (TRS) Program

Your Plan offers Transplant Resource Services (TRS) program to provide you with access to one of the nation's leading transplant programs. Receiving transplant services through this program means your transplant treatment is based on a "best practices" approach from health care professionals with extensive expertise in transplantation.

To learn more about Transplant Resource Services, visit **www.myoptumhealthcomplexmedical.com** or call the number on your ID card.

Coverage for transplant and transplant-related services are based on your health plan's terms, exclusions, limitations and conditions, including the plan's eligibility requirements and coverage guidelines. Participation in this program is voluntary.

Your Plan Sponsor is providing you with Travel and Lodging assistance. For more information on the *Travel and Lodging Assistance Program*, refer to the provision below.

### Travel and Lodging Assistance Program

Your Plan Sponsor may provide you with Travel and Lodging assistance. Travel and Lodging assistance is only available for you or your eligible family member if you meet the qualifications for the benefit, including receiving care at a Designated Provider and the distance from your home address to the facility. Eligible Expenses are reimbursed after the expense forms have been completed and submitted with the appropriate receipts.

If you have specific questions regarding the Travel and Lodging Assistance Program, please call the Travel and Lodging office at 1-800-842-0843.

### Travel and Lodging Expenses

The Plan covers expenses for travel and lodging for the patient, provided he or she is not covered by Medicare, and a companion as follows:

- Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the qualified procedure provided by a Designated Provider for the purposes of an evaluation, the procedure or necessary post-discharge follow-up.

- The Eligible Expenses for lodging for the patient (while not a Hospital inpatient) and one companion.

- If the patient is an enrolled Dependent minor child, the transportation expenses of two companions will be covered.

- Travel and lodging expenses are only available if the patient resides more than 50 miles from the Designated Provider.

- Reimbursement for certain lodging expenses for the patient and his/her companion(s) may be included in the taxable income of the Plan participant if the reimbursement exceeds the per diem rate.

- The bariatric, cancer, congenital heart disease and transplant programs offer a combined overall lifetime maximum of $10,000 per Covered Person for all transportation and lodging expenses incurred by you and reimbursed under the Plan in connection with all qualified procedures.

The Claims Administrator must receive valid receipts for such charges before you will be reimbursed. Reimbursement is as follows:

### Lodging

- A per diem rate, up to $50.00 per day, for the patient or the caregiver if the patient is in the Hospital.

- A per diem, up to $100.00 per day, for the patient and one caregiver. When a child is the patient, two persons may accompany the child.

Examples of items that are not covered:

- Groceries.
- Alcoholic beverages.
- Personal or cleaning supplies.
- Meals.
- Over-the-counter dressings or medical supplies.
- Deposits.
- Utilities and furniture rental, when billed separate from the rent payment.
- Phone calls, newspapers, or movie rentals.

### Transportation

- Automobile mileage (reimbursed at the IRS medical rate) for the most direct route between the patient's home and the Designated Provider.

- Taxi fares (not including limos or car services).

- Economy or coach airfare.

- Parking.

- Trains.

- Boat.

- Bus.

- Tolls.

## Women's Health/Reproductive

### Fertility Solutions program

Fertility Solutions is a program administered by UnitedHealthcare or its affiliates made available to you by the Plan Sponsor. The Fertility Solutions program provides:

- Specialized clinical consulting services to Employees and Enrolled Dependents to educate on infertility treatment options.

- Access to specialized Network facilities and Physicians for infertility services.

The Plan pays Benefits for the infertility services described above when provided by Designated Providers participating in the Fertility Solutions program. The Fertility Solutions program provides education, counseling, infertility management and access to a national Network of premier infertility treatment clinics.

Covered Persons who do not live within a 60 mile radius of a Fertility Solutions Designated Provider will need to contact a Fertility Solutions case manager to determine a Network Provider prior to starting treatment. For infertility services and supplies to be considered Covered Health Services through this program, contact Fertility Solutions and enroll with a nurse consultant prior to receiving services.

You or a covered Dependent may:

- Be referred to Fertility Solutions by the Claims Administrator.

- Call the telephone number on your ID card.

- Call Fertility Solutions directly at 1-866-774-4626.

To take part in the Fertility Solutions program, call a nurse at 1-866-774-4626. The Plan will only pay Benefits under the Fertility Solutions program if Fertility Solutions provides the proper notification to the Designated Provider performing the services (even if you self-refer to a provider in that Network).

### *Maternity Support Program*

If you are pregnant or thinking about becoming pregnant, and you are enrolled in the medical Plan, you can get valuable educational information, advice and comprehensive case management by calling the number on your ID card. Your enrollment in the program will be handled by an obstetrics nurse who is assigned to you.

This program offers:

- Enrollment by an obstetrics nurse.

- Pre-conception health coaching.

- Written and online educational resources covering a wide range of topics.

- First and second trimester risk screenings.

- Identification and management of at- or high-risk conditions that may impact pregnancy.

- Pre-delivery consultation.

- Coordination with and referrals to other benefits and programs available under the medical plan.

- A phone call from a nurse approximately two weeks postpartum to provide information on postpartum and newborn care, feeding, nutrition, immunizations and more.

- Post-partum depression screening.

Participation is completely voluntary and without extra charge. To take full advantage of the program, you are encouraged to enroll within the first trimester of Pregnancy. You can enroll any time, up to your 34th week. To enroll, call the number on your ID card.

As a program participant, you can always call your nurse with any questions or concerns you might have.

### Neonatal Resource Services (NRS) program

NRS is a program administered by the Claims Administrator or its affiliates made available to you by the Plan Sponsor. NRS provides a dedicated team of experienced Neonatologists, Neonatal Intensive Care Unit (NICU) nurse case managers and social workers who can provide support and assistance to you and your family during your infant's admission to the NICU. The case manager will also provide discharge planning assistance and ongoing support post-discharge based on your infant's needs.

To take part in the NRS program you or a covered Dependent can call the Claims Administrator at the telephone number on your ID card or call NRS directly at 1-866-534-7209.

## SECTION 6 - EXCLUSIONS: WHAT THE MEDICAL PLAN WILL NOT COVER

> **What this section includes:**
> ■ Services, supplies and treatments that are not Covered Health Services, except as may be specifically provided for in Section 4, *Additional Coverage Details*.

The Plan does not pay Benefits for the following services, treatments or supplies even if they are recommended or prescribed by a provider or are the only available treatment for your condition.

When Benefits are limited within any of the Covered Health Services categories described in Section 4, *Additional Coverage Details*, those limits are stated in the corresponding Covered Health Service category in Section 3, *Plan Highlights*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in Section 3, *Plan Highlights*. Please review all limits carefully, as the Plan will not pay Benefits for any of the services, treatments, items or supplies that exceed these benefit limits.

**Please note that in listing services or examples, when the SPD says "this includes," or "including but not limiting to", it is not UnitedHealthcare's intent to limit the description to that specific list. When the Plan does intend to limit a list of services or examples, the SPD specifically states that the list "is limited to."**

### Alternative Treatments

■ acupressure;

■ aromatherapy;

■ hypnotism;

■ massage therapy;

■ rolfing (holistic tissue massage); and

■ art therapy, music therapy, dance therapy, horseback therapy, dolphin therapy, and other forms of alternative treatment as defined by the *National Center for Complementary and Alternative Medicine (NCCAM) of the National Institutes of Health*. This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in Section 4, *Additional Coverage Details*.

### Dental

■ dental care, except as identified under *Dental Services* in Section 4, *Additional Coverage Details*;

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication or tooth extraction as a result of disease state, such as Sjorgren's Syndrome.

Endodontics, periodontal surgery, and restorative treatment are excluded.

■ diagnosis or treatment of or related to the teeth, jawbones or gums. Examples include:

- extractions of any impacted teeth (including wisdom teeth);
- restoration and replacement of teeth;
- medical or surgical treatments of dental conditions; and
- services to improve dental clinical outcomes;

This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement or the *Health Resources and Services Administration (HRSA)* requirement. This exclusion also does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services* in Section 4, *Additional Coverage Details*.

■ dental implants, bone grafts, and other implant-related procedures, including if the procedure resulted from a disease state, such as Sjorgren's Syndrome;

■ This exclusion does not apply to accident-related dental services for which Benefits are provided as described under Dental Services in Section 4, *Additional Coverage Details*.

■ dental braces (orthodontics);

■ dental X-rays, supplies, and appliances and all associated expenses, including hospitalizations and anesthesia; and

This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Plan, as identified in Section 4, *Additional Coverage Details*.

■ treatment of congenitally missing (when the cells responsible for the formation of the tooth are absent from birth), malpositioned or supernumerary (extra) teeth, even if part of a Congenital Anomaly such as cleft lip or cleft palate.

## Devices, Appliances and Prosthetics

■ devices used specifically as safety items or to affect performance in sports-related activities;

■ orthotic appliances and devices that straighten or re-shape a body part, except as described under *Durable Medical Equipment (DME)* in Section 4, *Additional Coverage Details*:

Examples of excluded orthotic appliances and devices include but are not limited to, any orthotic braces available over-the-counter. This exclusion does not include diabetic footwear which may be covered for a Covered Person with diabetic foot disease.

■ the following items are excluded, even if prescribed by a Physician:

- blood pressure cuff/monitor;

- enuresis alarm;
- non-wearable external defibrillator;
- trusses;
- ultrasonic nebulizers;

■ repairs to prosthetic devices due to misuse, malicious damage or gross neglect;

■ replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items;

■ devices and computers to assist in communication and speech except for dedicated speech generating devices and tracheo-esophageal voice devices for which Benefits are provided as described under *Durable Medical Equipment* in Section 4, *Additional Coverage Details*;

■ oral appliances for snoring.

### Drugs (See Prescription Drug Services for additional information)

■ prescription drugs for outpatient use that are filled by a prescription order or refill;

■ self-administered or self-infused medications. This exclusion does not apply to medications which, due to their characteristics, (as determined by UnitedHealthcare), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting. This exclusion does not apply to hemophilia treatment centers contracted to dispense hemophilia factor medications directly to Covered Persons for self-infusion;

■ growth hormone therapy;

■ non-injectable medications given in a Physician's office except as required in an Emergency and consumed in the Physician's office;

■ over the counter drugs and treatments;

■ certain New Pharmaceutical Products and/or new dosage forms until the date as determined by the Claims Administrator or the Claims Administrator's designee, but no later than December 31st of the following calendar year.

This exclusion does not apply if you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment). If you have a life-threatening Sickness or condition, under such circumstances, Benefits may be available for the New Pharmaceutical Product to the extent provided for in Section 4, *Additional Coverage Details*;

■ a Pharmaceutical Product that contains (an) active ingredient(s) available in and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year;

- a Pharmaceutical Product that contains (an) active ingredient(s) which is (are) a modified version of and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. Such determinations may be made up to six times during a calendar year;

- benefits for Pharmaceutical Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit;

- a Pharmaceutical Product with an approved biosimilar or a biosimilar and therapeutically equivalent (having essentially the same efficacy and adverse effect profile) to another covered Pharmaceutical Product. For the purpose of this exclusion a "biosimilar" is a biological Pharmaceutical Product approved based on showing that it is highly similar to a reference product (a biological Pharmaceutical Product) and has no clinically meaningful differences in terms of safety and effectiveness from the reference product. Such determinations may be made up to six times per calendar year;

- certain Pharmaceutical Products for which there are therapeutically equivalent (having essentially the same efficacy and adverse effect profile) alternatives available, unless otherwise required by law or approved by us. Such determinations may be made up to six times during a calendar year; and

- compounded drugs that contain certain bulk chemicals. Compounded drugs that are available as a similar commercially available Pharmaceutical Product.

## Experimental or Investigational or Unproven Services

- Experimental or Investigational Services and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

  This exclusion does not apply to Covered Health Services provided during a Clinical Trial for which Benefits are provided as described under *Clinical Trials* in Section 4, *Additional Coverage Details*.

## Foot Care

- routine foot care. Examples include the cutting or removal of corns and calluses.

  This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in Section 4, *Additional Coverage Details*.

- nail trimming, cutting, or debriding (removal of dead skin or underlying tissue);

- hygienic and preventive maintenance foot care. Examples include:

  - cleaning and soaking the feet; and
  - applying skin creams in order to maintain skin tone.

- treatment of flat feet, fallen arches, weak feet, chronic foot strain, symptomatic complaints of the feet or partial removal of a nail without the removal of its matrix;

- treatment of subluxation of the foot; and

- corrective shoes (unless required to be attached to a leg brace).

This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

## Gender Dysphoria

Cosmetic Procedures, including the following:

- abdominoplasty;

- blepharoplasty;

- breast enlargement, including augmentation mammoplasty and breast implants;

- body contouring, such as lipoplasty;

- brow lift;

- calf implants;

- cheek, chin, and nose implants;

- injection of fillers or neurotoxins;

- face lift, forehead lift, or neck tightening;

- facial bone remodeling for facial feminizations;

- hair removal;

- hair transplantation;

- lip augmentation;

- lip reduction;

- liposuction;

- mastopexy;

- pectoral implants for chest masculinization;

- rhinoplasty;

- skin resurfacing;

- thyroid cartilage reduction; reduction thyroid chondroplasty; trachea shave (removal or reduction of the Adam's Apple);

- voice modification surgery; and

- voice lessons and voice therapy.

## Hospice

- services, visits, medical equipment or supplies that are not required to maintain the comfort and manage the pain of the terminally ill Member;

- financial and legal counseling;

- any service for which a qualified hospice care program does not customarily charge the patient or the Member's family;

- reimbursement for volunteer services;

- chemotherapy or radiation therapy, unless used for symptom control; and

- funeral services.

## Medical Supplies and Equipment

- prescribed or non-prescribed medical supplies. Examples of supplies that are not covered include, but are not limited to:

  - compression stockings;
  - ace bandages;
  - diabetic strips; and
  - syringes.

  This exclusion does not apply to:

  - disposable supplies necessary for the effective use of Durable Medical Equipment for which Benefits are provided as described under *Durable Medical Equipment* in Section 4, *Additional Coverage Details*;
  - diabetic supplies for which Benefits are covered through Prescription Drug Services;
  - ostomy supplies for which Benefits are provided as described under *Ostomy Supplies* in Section 4, *Additional Coverage Details*;
  - oxygen;
  - dressings required in connection with a covered injury, surgical procedure or condition; or
  - urinary catheters for which Benefits are provided as described under *Urinary Catheters* in Section 4, *Additional Coverage Details*.

- tubings and masks except when used with Durable Medical Equipment as described under *Durable Medical Equipment* in Section 4, *Additional Coverage Details*.

## Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-Related and Addictive Disorders Services

In addition to all other exclusions listed in this Section 6, *Exclusions*, the exclusions listed directly below apply to services described under *Mental Health Services, Neurobiological Disorders - Autism Spectrum Disorder Services* and/or *Substance-Related and Addictive Disorders Services* in Section 4, *Additional Coverage Details*.

- services performed in connection with conditions not classified in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*;

- outside of an initial assessment, services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*;

- outside of initial assessment, services as treatments for the primary diagnoses of learning disabilities, conduct and disruptive impulse control and conduct disorders, gambling disorder and paraphilic disorders;

- services that are solely educational in nature or otherwise paid under state or federal law for purely educational purposes;

- tuition for or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the *Individuals with Disabilities Education Act*;

- outside of initial assessment, unspecified disorders for which the provider is not obligated to provide clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*;

- methadone treatment as maintenance, L.A.A.M. (L-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents for drug addiction;

- Transitional Living services;

- Non-Medical 24-Hour Withdrawal Management; and

- high intensity residential treatment including *American Society of Addiction Medicine (ASAM)* criteria for Covered Persons with substance-related and addictive disorders who are unable to participate in their care due to significant cognitive impairment.

## Nutrition

- nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition based therapy;

- nutritional counseling for either individuals or groups, except as identified under Diabetes Services, and except as defined under *Nutritional Counseling* in Section 4, *Additional Coverage Details*;

- food of any kind, infant formula, standard milk-based formula, and donor breast milk. This exclusion does not apply to enteral formula and other modified food products for which Benefits are provided as described under Enteral Nutrition in Section 4, *Additional Coverage Details*; and

- health education classes unless offered by UnitedHealthcare or its affiliates, including but not limited to asthma, smoking cessation, and weight control classes.

## Personal Care, Comfort or Convenience

- television;

- telephone;

- beauty/barber service;

- guest service;

- supplies, equipment and similar incidentals for personal comfort. Examples include:

  - air conditioners;
  - air purifiers and filters;
  - batteries and battery chargers;
  - dehumidifiers and humidifiers;
  - ergonomically correct chairs;
  - comfort beds, motorized beds and mattresses;
  - breast pumps. This exclusion does not apply to breast pumps for which Benefits are provided under the *Health Resources and Services Administration (HRSA)* requirement;
  - car seats;
  - chairs, feeding chairs, toddler chairs, chair lifts, and recliners;
  - exercise equipment and treadmills;
  - hot tubs, Jacuzzis, saunas, and whirlpools;
  - medical alert systems;
  - music devices;
  - personal computers;
  - pillows;
  - power-operated vehicles;
  - radios;
  - strollers;
  - safety equipment;
  - vehicle modifications such as van lifts;
  - video players; and
  - home modifications to accommodate a health need (including, but not limited to, ramps, swimming pools, elevators, handrails, and stair glides).

## Physical Appearance

- cosmetic procedures, as defined in Section 10, *Glossary*, are excluded from coverage. Examples include:

  - liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple;
  - pharmacological regimens;
  - nutritional procedures or treatments;
  - tattoo or scar removal or revision procedures (such as salabrasion, chemosurgery, and other such skin abrasion procedures);
  - hair removal or replacement by any means;

- treatments for skin wrinkles or any treatment to improve the appearance of the skin;
- treatment for spider veins;
- sclerotherapy treatment of veins;
- skin abrasion procedures performed as a treatment for acne;
- treatments for hair loss;
- varicose vein treatment of the lower extremities, when it is considered cosmetic; and
- replacement of an existing intact breast implant if the earlier breast implant was performed as a Cosmetic Procedure;

■ physical conditioning programs such as athletic training, bodybuilding, exercise, fitness, flexibility, health club memberships and programs, spa treatments, and diversion or general motivation;

■ weight loss programs whether or not the member is under medical supervision or for medical reasons, even if for morbid obesity;

■ wigs, regardless of the reason for the hair loss, except for chemotherapy or radiation therapy for cancer treatment; and

■ treatment of benign gynecomastia (abnormal breast enlargement in males).

## Procedures and Treatments

■ biofeedback;

■ medical and surgical treatment of snoring, except when provided as a part of treatment for documented obstructive sleep apnea (a sleep disorder in which a person regularly stops breathing for 10 seconds or longer);

■ rehabilitation services and Manipulative Treatment to improve general physical condition that are provided to reduce potential risk factors, where significant therapeutic improvement is not expected, including routine, long-term or maintenance/preventive treatment;

■ speech therapy to treat stuttering, stammering, or other articulation disorders;

■ speech therapy, except when required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, a Congenital Anomaly or Autism Spectrum Disorders as identified under *Rehabilitation Services – Outpatient Therapy and Manipulative Treatment* in Section 4, *Additional Coverage Details*;

■ a procedure or surgery to remove fatty tissue such as panniculectomy, abdominoplasty, thighplasty, brachioplasty, or mastopexy;

■ excision or elimination of hanging skin on any part of the body (examples include plastic surgery procedures called abdominoplasty or abdominal panniculectomy and brachioplasty);

■ psychosurgery (lobotomy);

- stand-alone multi-disciplinary smoking cessation programs. These are programs that usually include health care providers specializing in smoking cessation and may include a psychologist, social worker or other licensed or certified professional. The programs usually include intensive psychological support, behavior modification techniques, and medications to control cravings;

- chelation therapy, except to treat heavy metal poisoning;

- manipulative treatment to treat a condition unrelated to spinal manipulation and ancillary physiologic treatment rendered to restore/improve motion, reduce pain, and improve function, such as asthma or allergies;

- physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter;

- the following treatments for obesity:

  - non-surgical treatment, even if for morbid obesity; and
  - surgical treatment of obesity unless there is a diagnosis of morbid obesity as described under *Morbid Obesity Surgery* in Section 4, *Additional Coverage Details*;

- medical and surgical treatment of hyperhidrosis (excessive sweating);

- the following services for the diagnosis and treatment of TMJ: surface electromyography; Doppler analysis; vibration analysis; computerized mandibular scan or jaw tracking; craniosacral therapy; orthodontics; occlusal adjustment, and dental restorations;

- breast reduction surgery that is determined to be a Cosmetic Procedure.

  This exclusion does not apply to breast reduction surgery which the Claims Administrator determines is requested to treat a physiologic functional impairment or to coverage required by the Women's Health and Cancer Rights Act of 1998 for which Benefits are described under Reconstructive Procedures in Section 4, *Additional Coverage Details*.

- infertility services that are not received at a Designated Provider;

- habilitative services for maintenance/preventive treatment; and

- intracellular micronutrient testing.

## Providers

Services:

- performed by a provider who is a family member by birth or marriage, including your Spouse, brother, sister, parent or child;

- a provider may perform on himself or herself;

- performed by a provider with your same legal residence;

- ordered or delivered by a Christian Science practitioner;

- performed by an unlicensed provider or a provider who is operating outside of the scope of his/her license;

- provided at a diagnostic facility (Hospital or free-standing) without a written order from a provider;

- which are self-directed to a free-standing or Hospital-based diagnostic facility; and

- ordered by a provider affiliated with a diagnostic facility (Hospital or free-standing), when that provider is not actively involved in your medical care:
  - prior to ordering the service; or
  - after the service is received.

This exclusion does not apply to mammography testing.

## Reproduction

The following treatment-related services:

- Cryo-preservation and other forms of preservation of reproductive materials except as described under Infertility Services.
- Long-term storage (greater than one year) of reproductive materials such as sperm, eggs, embryos, ovarian tissue, and testicular tissue.
- Donor services and non-medical costs of oocyte or sperm donation such as donor agency fees.
- Embryo or oocyte accumulation defined as a fresh oocyte retrieval prior to the depletion of previously banked frozen embryos or oocytes.
- Natural cycle insemination in the absence of sexual dysfunction or documented congenital or acquired cervical disease or mild to moderate male factor.
- Ovulation predictor kits.

- The following services related to Gestational Carrier or Surrogate:

  - Fees for the use of a Gestational Carrier or Surrogate.
  - Insemination costs of Surrogate or transfer embryo to Gestational Carrier.
  - IVF for a Surrogate.
  - Pregnancy services for a Gestational Carrier or Surrogate who is not a Covered Person.

- Cost of donor eggs and donor sperm.

- The reversal of voluntary sterilization.

- Artificial reproductive treatments done for non-genetic disorder sex selection or eugenic (selective breeding) purposes.

- Health care services and related expenses for surgical, non-surgical or drug induced Pregnancy termination, unless the life of the mother is endangered or if medical complications arise from an abortion. This exclusion does not apply to treatment of a molar Pregnancy, ectopic Pregnancy, or missed abortion (commonly known as a miscarriage).

- Emergency contraceptives.

- Infertility services not received from a Designated Provider.

- In vitro fertilization that is not an Assisted Reproductive Technology for the treatment of Infertility.

- Infertility treatment with voluntary sterilization currently in place (vasectomy, bilateral tubal ligation).

- Infertility treatment following unsuccessful reversal of voluntary sterilization.

- Infertility Treatment following the reversal of voluntary sterilization (tubal reversal/reanastomosis; vasectomy reversal/vasovasostomy or vasoepididymostomy).

## Services Provided under Another Plan

Services for which coverage is available:

- under another plan, except for Eligible Expenses payable as described in Section 8, *Coordination of Benefits (COB)*;

- under workers' compensation, no-fault automobile coverage or similar legislation if you could elect it, or could have it elected for you. If benefits subject to this provision are paid or provided by GEICO Corporation, GEICO Corporation reserves all rights to recover the reasonable value of such benefits as described in Section 9, *Subrogation and Right of Reimbursement*.

- while on active military duty; and

- for treatment of military service-related disabilities when you are legally entitled to other coverage and facilities are reasonably accessible.

## Transplants

- health services for organ and tissue transplants, except as identified under Transplantation Services in Section 4, *Additional Coverage Details* unless UnitedHealthcare determines the transplant to be appropriate according to UnitedHealthcare's transplant guidelines;

- health services for transplants involving animal organs;

- transplants that are not performed at a Designated Provider (this exclusion does not apply to cornea transplants); and

- donor costs for organ or tissue transplantation to another person (these costs may be payable through the recipient's benefit plan).

## Travel

- health services provided in a foreign country, unless required as Emergency Health Services;

- Foreign Ambulance Coverage: Applies only if Member is traveling outside the U.S.; and

- travel or transportation expenses, even if ordered by a Physician, except as identified under *Travel and Lodging Assistance Program* in Section 5, *Clinical Programs and Resources*. Additional travel expenses related to Covered Health Services received from a Designated Provider may be reimbursed at the Plan's discretion. This exclusion does not apply to ambulance transportation for which Benefits are provided as described under *Ambulance Services* in Section 4, *Additional Coverage Details*.

## Types of Care

- custodial care as defined in Section 10, *Glossary* or maintenance care;

- domiciliary care, as defined in Section 10*, Glossary*;

- multi-disciplinary pain management programs provided on an inpatient basis for acute pain or for exacerbation of chronic pain;

- private duty nursing received on an inpatient basis;

- respite care. This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for which Benefits are provided as described under *Hospice Care* in Section 4, *Additional Coverage Details*;

- rest cures;

- services of personal care attendants;

- work hardening (individualized treatment programs designed to return a person to work or to prepare a person for specific work).

## Vision and Hearing

- implantable lenses used only to correct a refractive error (such as Intacs corneal implants);

- purchase cost and associated fitting charges for eyeglasses or contact lenses, except when used as a prosthetic lens replacement for aphakic patients as described under *Prosthetic Devices* in Section 4, *Additional Coverage Details*;

- purchase cost and associated fitting and testing charges for hearing aids, Bone Anchor Hearing Aids (BAHA), and all other hearing assistive devices;

- surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia, and astigmatism including, but not limited to, procedures such as laser and other refractive eye surgery and radial keratotomy.

## All Other Exclusions

- autopsies and other coroner services and transportation services for a corpse;

- charges for:
  - missed appointments;
  - after-hour appointment surcharges;
  - room or facility reservations;
  - completion of claim forms; or

- record processing.

- charges prohibited by federal anti-kickback or self-referral statutes;

- diagnostic tests that are:

  - delivered in other than a Physician's office or health care facility; and
  - self-administered home diagnostic tests, including but not limited to HIV and Pregnancy tests;

- expenses for health services and supplies:

  - that are received as a result of war or any act of war, whether declared or undeclared, while part of any armed service force of any country. This exclusion does not apply to Covered Persons who are civilians injured or otherwise affected by war, any act of war or terrorism in a non-war zone;
  - that are received after the date your coverage under this Plan ends, including health services for medical conditions which began before the date your coverage under the Plan ends;
  - for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under this Benefit Plan;
  - that exceed Eligible Expenses or any specified limitation in this Summary Plan Description;
  - for which an Out-of-Network provider waives the Copay, Annual Deductible or Coinsurance amounts;

- foreign language and sign language services;

- long term (more than 30 days) storage of blood, umbilical cord or other material. Examples include cryopreservation of tissue, blood, and blood products;

- health services and supplies that do not meet the definition of a Covered Health Service – see the definition in Section 10, *Glossary*. Covered Health Services are those health services including services, supplies or Prescription Drugs, which the Claims Administrator determines to be all of the following:

  - Medically Necessary;
  - described as a Covered Health Service in this Summary Plan Description; and
  - not otherwise excluded in this Summary Plan Description under this Section 6, *Exclusions*.

- health services related to a non-Covered Health Service: When a service is not a Covered Health Service, all services related to that non-Covered Health Service are also excluded. This exclusion does not apply to services the Plan would otherwise determine to be Covered Health Services if they are to treat complications that arise from the non-Covered Health Service.

  For the purpose of this exclusion, a "complication" is an unexpected or unanticipated condition that is superimposed on an existing disease and that affects or modifies the prognosis of the original disease or condition. Examples of a

"complication" are bleeding or infections, following a Cosmetic Procedure, that require hospitalization.

- physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments when:

  - required solely for purposes of education, sports, camp, career or employment, insurance, marriage or adoption; or as a result of incarceration;
  - conducted for purposes of medical research. This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in Section 4, *Additional Coverage Details*;
  - related to judicial or administrative proceedings or orders; or
  - required to obtain or maintain a license of any type.

# SECTION 7 - CLAIMS PROCEDURES

---
**What this section includes:**
- ■ How In-Network and Out-of-Network claims work; and
- ■ What to do if your claim is denied, in whole or in part.
---

## In-Network Benefits

In general, if you receive Covered Health Services from an In-Network provider, UnitedHealthcare will pay the Physician or facility directly. If an In-Network provider bills you for any Covered Health Service other than your Copay or Coinsurance, please contact the provider or call UnitedHealthcare at the telephone number on your ID card for assistance.

Keep in mind, you are responsible for meeting the Annual Deductible and paying any Copay or Coinsurance owed to an In-Network provider at the time of service, or when you receive a bill from the provider.

## Out-of-Network Benefits

If you receive a bill for Covered Health Services from an Out-of-Network provider as a result of an Emergency, you (or the provider if they prefer) must send the bill to UnitedHealthcare for processing. To make sure the claim is processed promptly and accurately, a completed claim form must be attached and mailed to UnitedHealthcare at the address on your ID card.

## If Your Provider Does Not File Your Claim

You can obtain a claim form by visiting **www.myuhc.com**, calling the telephone number on your ID card or contacting your local Human Resources department. If you do not have a claim form, simply attach a brief letter of explanation to the bill, and verify that the bill contains the information listed below. If any of these items are missing from the bill, you can include them in your letter:

- ■ your name and address;
- ■ the patient's name, age and relationship to the Associate;
- ■ the number as shown on your ID card;
- ■ the name, address and tax identification number of the provider of the service(s);
- ■ a diagnosis from the Physician;
- ■ the date of service;
- ■ an itemized bill from the provider that includes:
  - the Current Procedural Terminology (CPT) codes;
  - a description of, and the charge for, each service;
  - the date the Sickness or Injury began; and

> - a statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name and address of the other carrier(s).

Failure to provide all the information listed above may delay any reimbursement that may be due you.

For medical claims, the above information should be filed with UnitedHealthcare at the address on your ID card.

After UnitedHealthcare has processed your claim, you will receive payment for Benefits that the Plan allows. It is your responsibility to pay the provider the charges you incurred, including any difference between what you were billed and what the Plan paid.

You may not assign your Benefits under the Plan to a provider without UnitedHealthcare's consent.

### Payment of Benefits

You may not assign your Benefits under the Plan or any cause of action related to your Benefits under the Plan to a provider without UnitedHealthcare's consent. When you assign your Benefits under the Plan to a provider with UnitedHealthcare's consent, and the provider submits a claim for payment, you and the provider represent and warrant that the Covered Health Services were actually provided and were medically appropriate.

When UnitedHealthcare has not consented to an assignment, UnitedHealthcare will send the reimbursement directly to you (the Employee) for you to reimburse the provider upon receipt of their bill. However, UnitedHealthcare reserves the right, in its discretion, to pay the provider directly for services rendered to you. When exercising its discretion with respect to payment, UnitedHealthcare may consider whether you have requested that payment of your Benefits be made directly to the provider. Under no circumstances will UnitedHealthcare pay Benefits to anyone other than you or, in its discretion, your provider. Direct payment to a provider shall not be deemed to constitute consent by UnitedHealthcare to an assignment or to waive the consent requirement. When UnitedHealthcare in its discretion directs payment to a provider, you remain the sole beneficiary of the payment, and the provider does not thereby become a beneficiary. Accordingly, legally required notices concerning your Benefits will be directed to you, although UnitedHealthcare may in its discretion send information concerning the Benefits to the provider as well. If payment to a provider is made, the Plan reserves the right to offset Benefits to be paid to the provider by any amounts that the provider owes the Plan (including amounts owed as a result of the assignment of other plans' overpayment recovery rights to the Plan), pursuant to *Refund of Overpayments* in Section 8, *Coordination of Benefits*.

### Form of Payment of Benefits

Payment of Benefits under the Plan shall be in cash or cash equivalents, or in the form of other consideration that UnitedHealthcare in its discretion determines to be adequate. Where Benefits are payable directly to a provider, such adequate consideration includes the forgiveness in whole or in part of amounts the provider owes to other plans for which

UnitedHealthcare makes payments, where the Plan has taken an assignment of the other plans' recovery rights for value.

## Health Statements

Each month, in which UnitedHealthcare processes at least one claim for you or a covered Dependent, you will receive a Health Statement in the mail. Health Statements make it easy for you to manage your family's medical costs by providing claims information in easy-to-understand terms.

If you would rather track claims for yourself and your covered Dependents online, you may do so at **www.myuhc.com**. You may also elect to discontinue receipt of paper Health Statements by making the appropriate selection on this site.

## Explanation of Benefits (EOB)

You may request that UnitedHealthcare send you a paper copy of an Explanation of Benefits (EOB) after processing the claim. The EOB will let you know if there is any portion of the claim you need to pay. If any claims are denied in whole or in part, the EOB will include the reason for the denial or partial payment. If you would like paper copies of the EOBs, you may call the telephone number on your ID card to request them. You can also view and print all of your EOBs online at **www.myuhc.com**. See Section 10, *Glossary* for the definition of Explanation of Benefits.

---

**Important - Timely Filing of Out-of-Network Claims**
All claim forms for Out-of-Network services must be submitted within 12 months after the date of service. Otherwise, the Plan will not pay any Benefits for that Eligible Expense, or Benefits will be reduced, as determined by UnitedHealthcare. This 12-month requirement does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

---

## Claim Denials and Appeals

### If Your Claim is Denied

If a claim for Benefits is denied in part or in whole, you may call UnitedHealthcare at the telephone number on your ID card before requesting a formal appeal. If UnitedHealthcare cannot resolve the issue to your satisfaction over the phone, you have the right to file a formal appeal as described below.

### How to Appeal a Denied Claim

If you wish to appeal a denied pre-service request for Benefits, post-service claim or a rescission of coverage as described below, you or your authorized representative must submit your appeal in writing within 180 days of receiving the adverse benefit determination. You do not need to submit Urgent Care appeals in writing. This communication should include:

- the patient's name and ID number as shown on the ID card;

- the provider's name;

- the date of medical service;

- the reason you disagree with the denial; and

- any documentation or other written information to support your request.

You or your authorized representative may send a written request for an appeal to:

> UnitedHealthcare - Appeals
> P.O. Box 30432
> Salt Lake City, UT 84130-0432

For Urgent Care requests for Benefits that have been denied, you or your provider can call UnitedHealthcare at the telephone number on your ID card to request an appeal.

---

**Types of claims**

The timing of the claims appeal process is based on the type of claim you are appealing. If you wish to appeal a claim, it helps to understand whether it is an:

- urgent care request for Benefits;

- pre-service request for Benefits;

- post-service claim; or

- concurrent claim.

---

### *Urgent Appeals that Require Immediate Action*

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. If your situation is urgent, your review will be conducted as quickly as possible. If you believe your situation is urgent, you may request an expedited review, and, if applicable, file an external review at the same time. For help call the Claims Administrator at the number listed on your health plan ID card. Generally, an urgent situation is when your life or health may be in serious jeopardy. Or when, in the opinion of your doctor, you may be experiencing severe pain that cannot be adequately controlled while you wait for a decision on your claim or appeal.

### *Review of an Appeal*

UnitedHealthcare will conduct a full and fair review of your appeal. The appeal may be reviewed by:

- an appropriate individual(s) who did not make the initial benefit determination; and

- a health care professional with appropriate expertise who was not consulted during the initial benefit determination process.

Once the review is complete, if UnitedHealthcare upholds the denial, you will receive a written explanation of the reasons and facts relating to the denial.

*Filing a Second Appeal*

Your Plan offers two levels of appeal. If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal from UnitedHealthcare within 60 days from receipt of the first level appeal determination.

**Note:** Upon written request and free of charge, any Covered Persons may examine their claim and/or appeals file(s). Covered Persons may also submit evidence, opinions and comments as part of the internal claims review process. UnitedHealthcare will review all claims in accordance with the rules established by the *U.S. Department of Labor*. Any Covered Person will be automatically provided, free of charge, and sufficiently in advance of the date on which the notice of final internal adverse benefit determination is required, with: (i) any new or additional evidence considered, relied upon or generated by the Plan in connection with the claim; and, (ii) a reasonable opportunity for any Covered Person to respond to such new evidence or rationale.

## Federal External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by UnitedHealthcare, or if UnitedHealthcare fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of UnitedHealthcare's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

- clinical reasons;

- the exclusions for Experimental or Investigational Services or Unproven Services;

- rescission of coverage (coverage that was cancelled or discontinued retroactively); or

- as otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address noted in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below, by calling the telephone number on your ID card or by sending a written request to the address noted in the determination letter. A request must be made within four months after the date you received UnitedHealthcare's second decision.

An external review request should include all of the following:

- a specific request for an external review;

- the Covered Person's name, address, and insurance ID number;

- your designated representative's name and address, when applicable;

- the service that was denied; and

- any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

- a standard external review; and

- an expedited external review.

### Standard External Review

A standard external review is comprised of all of the following:

- a preliminary review by UnitedHealthcare of the request;

- a referral of the request by UnitedHealthcare to the IRO; and

- a decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

- is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided;

- has exhausted the applicable internal appeals process; and

- has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for an external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The IRO will notify you in writing of the request's eligibility and acceptance for external review. You may submit in writing to the IRO within ten business days following the date of receipt of the notice additional information that the IRO will consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted by you after ten business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making UnitedHealthcare's determination. The documents include:

- all relevant medical records;

- all other documents relied upon by UnitedHealthcare; and

- all other information or evidence that you or your Physician submitted. If there is any information or evidence you or your Physician wish to submit that was not previously provided, you may include this information with your external review

request and UnitedHealthcare will include it with the documents forwarded to the IRO.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The IRO will deliver the notice of Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing UnitedHealthcare determination, the Plan will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the Plan, and any applicable law regarding plan remedies. If the Final External Review Decision is that payment or referral will not be made, the Plan will not be obligated to provide Benefits for the health care service or procedure.

### Expedited External Review

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

- an adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the time frame for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal; or

- a final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

- is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.

- has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the same type of information and documents considered in a standard external review.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide notice of the final external review decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the telephone number on your ID card for more information regarding external review rights, or if making a verbal request for an expedited external review.

### Timing of Appeals Determinations

Separate schedules apply to the timing of claims appeals, depending on the type of claim. There are three types of claims:

- Urgent Care request for Benefits - a request for Benefits provided in connection with Urgent Care services, as defined in Section 10, *Glossary*;

- Pre-Service request for Benefits - a request for Benefits which the Plan must approve or in which you must obtain prior authorization from UnitedHealthcare before non-Urgent Care is provided; and

- Post-Service - a claim for reimbursement of the cost of non-Urgent Care that has already been provided.

The tables below describe the time frames which you and UnitedHealthcare are required to follow.

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **24 hours** |

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| You must then provide completed request for Benefits to UnitedHealthcare within: | **48 hours** after receiving notice of additional information required |
| UnitedHealthcare must notify you of the benefit determination within: | **72 hours** |
| If UnitedHealthcare denies your request for Benefits, you must appeal an adverse benefit determination no later than: | **180 calendar days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the appeal decision within: | **72 hours** after receiving the appeal |

*You do not need to submit Urgent Care appeals in writing. You should call UnitedHealthcare as soon as possible to appeal an Urgent Care request for Benefits.

| Pre-Service Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is filed improperly, UnitedHealthcare must notify you within: | **5 calendar days** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **15 calendar days** |
| You must then provide completed request for Benefits information to UnitedHealthcare within: | **45 calendar days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■ if the initial request for Benefits is complete, within: | **15 calendar days** |
| ■ after receiving the completed request for Benefits (if the initial request for Benefits is incomplete), within: | **15 calendar days** |
| You must appeal an adverse benefit determination no later than: | **180 calendar days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **15 calendar days** after receiving the first level appeal |

| Pre-Service Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| You must appeal the first level appeal (file a second level appeal) within: | **60 calendar days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **15 calendar days** after receiving the second level appeal |

*UnitedHealthcare may require a one-time extension for the initial claim determination, of no more than 15 days, only if more time is needed due to circumstances beyond control of the Plan.

| Post-Service Claims | |
|---|---|
| **Type of Claim or Appeal** | **Timing** |
| If your claim is incomplete, UnitedHealthcare must notify you within: | **30 calendar days** |
| You must then provide completed claim information to UnitedHealthcare within: | **45 calendar days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■   if the initial claim is complete, within: | **30 calendar days** |
| ■   after receiving the completed claim (if the initial claim is incomplete), within: | **30 calendar days** |
| You must appeal an adverse benefit determination no later than: | **180 calendar days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **30 calendar days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 calendar days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **30 calendar days** after receiving the second level appeal |

*Concurrent Care Claims*

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an Urgent Care request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. UnitedHealthcare will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an Urgent Care request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Limitation of Action

See section from the Medical, Dental and Vision Care Plan 12.7 Legal Actions.  If a Member has exhausted all available internal appeal rights described in Section 6, the Member may file a lawsuit in state or federal court to recover Benefits.  Any lawsuit by a Member against a Claims Administrator, the Medical Program, the Dental Program, the Plan Administrator, the Plan, the Plan Sponsor, or the Group must be commenced within one (1) year from the date the Member received a final Appeal Decision from a Claims Administrator or, if applicable, a final External Review decision from an Independent Review Organization.

## SECTION 8 - COORDINATION OF BENEFITS (COB)

> **What this section includes:**
> - How your Benefits under this Plan coordinate with other medical plans;
> - How coverage is affected if you become eligible for Medicare; and
> - Procedures in the event the Plan overpays Benefits.

Coordination of Benefits (COB) applies to you if you are covered by more than one health benefits plan, including any one of the following:

- another employer sponsored health benefits plan;
- a medical component of a group long-term care plan, such as skilled nursing care;
- no-fault or traditional "fault" type medical payment benefits or personal injury protection benefits under an auto insurance policy;
- medical payment benefits under any premises liability or other types of liability coverage; or
- Medicare or other governmental health benefit.

If coverage is provided under two or more plans, COB determines which plan is primary and which plan is secondary. The plan considered primary pays its benefits first, without regard to the possibility that another plan may cover some expenses. Any remaining expenses may be paid under the other plan, which is considered secondary. The secondary plan may determine its benefits based on the benefits paid by the primary plan. How much this Plan will reimburse you, if anything, will also depend in part on the allowable expense. The term, "allowable expense," is further explained below.

> **Don't forget to update your Dependents' Coordination of Benefits Medical Coverage Information**
> Avoid delays on your Dependent claims by updating your Dependent's medical coverage information. Just log on to **www.myuhc.com** or call the telephone number on your ID card to update your COB information. You will need the name of your Dependent's other medical coverage, along with the policy number.

### Determining Which Plan is Primary

#### Order of Benefit Determination Rules

If you are covered by two or more plans, the benefit payment follows the rules below in this order:

- this Plan will always be secondary to medical payment coverage or personal injury protection coverage under any auto liability or no-fault insurance policy;
- when you have coverage under two or more medical plans and only one has COB provisions, the plan without COB provisions will pay benefits first;

- a plan that covers a person as an employee pays benefits before a plan that covers the person as a dependent;

- if you are receiving COBRA continuation coverage under another employer plan, this Plan will pay Benefits first;

- your dependent children will receive primary coverage from the parent whose birth date occurs first in a calendar year. If both parents have the same birth date, the plan that pays benefits first is the one that has been in effect the longest. This birthday rule applies only if:

  - the parents are married or living together whether or not they have ever been married and not legally separated; or
  - a court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage;

- if two or more plans cover a dependent child of divorced or separated parents and if there is no court decree stating that one parent is responsible for health care, the child will be covered under the plan of:

  - the parent with custody of the child; then
  - the Spouse of the parent with custody of the child; then
  - the parent not having custody of the child; then
  - the Spouse of the parent not having custody of the child;

- plans for active associates pay before plans covering laid-off or retired associates;

- the plan that has covered the individual claimant the longest will pay first; and

- finally, if none of the above rules determines which plan is primary or secondary, the allowable expenses shall be shared equally between the plans meeting the definition of Plan. In addition, this Plan will not pay more than it would have paid had it been the primary Plan.

The following examples illustrate how the Plan determines which plan pays first and which plan pays second.

---

**Determining Primary and Secondary Plan – Examples**

1) Let us say you and your Spouse both have family medical coverage through your respective employers. You are unwell and go to see a Physician. Since you're covered as an Associate under this Plan, and as a Dependent under your Spouse's plan, this Plan will pay Benefits for the Physician's office visit first.

2) Again, let us say you and your Spouse both have family medical coverage through your respective employers. You take your Dependent child to see a Physician. This Plan will look at your birthday and your Spouse's birthday to determine which plan pays first. If you were born on June 11 and your Spouse was born on May 30, your Spouse's plan will pay first.

---

## When This Plan is Secondary

If this Plan is secondary to any plan other than Medicare, it determines the amount it will pay for a Covered Health Service by following the steps below.

- the Plan determines the amount it would have paid based on the allowable expense.

- if this Plan would have paid the same amount or less than the primary plan paid, this Plan pays no Benefits.

- if this Plan would have paid more than the primary plan paid, the Plan will pay the difference.

You will be responsible for any Copay, Coinsurance or Deductible payments as part of the COB payment. The maximum combined payment you can receive from all plans may be less than 100% of the allowable expense.

### Determining the Allowable Expense If This Plan is Secondary

**What is an allowable expense?**
For purposes of COB, an allowable expense is a health care expense that is covered at least in part by one of the health benefit plans covering you.

When the provider is a Network provider for both the primary plan and this Plan, the allowable expense is the primary plan's network rate. When the provider is a network provider for the primary plan and an Out-of-Network provider for this Plan, the allowable expense is the primary plan's network rate. When the provider is an Out-of-Network provider for the primary plan and a Network provider for this Plan, the allowable expense is the reasonable and customary charges allowed by the primary plan. When the provider is an Out-of-Network provider for both the primary plan and this Plan, the allowable expense is the greater of the two Plans' reasonable and customary charges. If this plan is secondary to Medicare, please also refer to the discussion in the section below, titled *Determining the Allowable Expense When This Plan is Secondary to Medicare.*

## When a Covered Person Qualifies for Medicare

### Determining Which Plan is Primary

This Plan shall be considered primary to Medicare for the payment of any services, treatments, or supplies with respect to the following Members who are entitled to Medicare coverage:

- for Medicare entitlement due to age, active Employees who are Members and their covered spouses;

- for Medicare entitlement due to disability, Employees who are Members with coverage due to current employment status and their family members; and

- for Medicare entitlement due to end-stage renal disease, all Members during the first 30 months of such Medicare eligibility or entitlement.

In the event Medicare is the primary payer, the Benefits payable under this Plan shall be reduced by the amount payable under Medicare, if any, regardless of whether the Member has enrolled in Medicare.

For all other Members entitled to Medicare, this Plan shall be considered the secondary plan. The foregoing provisions are intended to comply with the Medicare secondary payer rules.

### Determining the Allowable Expense When This Plan is Secondary to Medicare

If this Plan is secondary to Medicare, the Medicare approved amount is the allowable expense, as long as the provider accepts reimbursement directly from Medicare. If the provider accepts reimbursement directly from Medicare, the Medicare approved amount is the charge that Medicare has determined that it will recognize and which it reports on an "explanation of Medicare benefits" issued by Medicare (the "EOMB") for a given service. Medicare typically reimburses such providers a percentage of its approved charge – often 80%.

If the provider does not accept assignment of your Medicare benefits, the Medicare limiting charge (the most a provider can charge you if they don't accept Medicare) will be the allowable expense. Medicare payments, combined with Plan Benefits, will not exceed 100% of the allowable expense.

If you are eligible for, but not enrolled in, Medicare, and this Plan is secondary to Medicare, or if you have enrolled in Medicare but choose to obtain services from a provider that does not participate in the Medicare program (as opposed to a provider who does not accept assignment of Medicare benefits), Benefits will be paid on a secondary basis under this Plan and will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider.

When calculating the Plan's Benefits in these situations, for administrative convenience UnitedHealthcare in its sole discretion will treat the provider's billed charges for covered services as the allowable expense for both the Plan and Medicare, rather than the Medicare approved amount or Medicare limiting charge.

## Medicare Crossover Program

The Plan offers a Medicare Crossover program for Medicare Part A and Part B and Durable Medical Equipment (DME) claims. Under this program, you no longer have to file a separate claim with the Plan to receive secondary benefits for these expenses. Your Dependent will also have this automated crossover, as long as he or she is eligible for Medicare and this Plan is your only secondary medical coverage.

Once the Medicare Part A and Part B and DME carriers have reimbursed your health care provider, the Medicare carrier will electronically submit the necessary information to the Claims Administrator to process the balance of your claim under the provisions of this Plan.

You can verify that the automated crossover took place when your copy of the Explanation of Medicare Benefits (EOMB) states your claim has been forwarded to your secondary carrier.

This crossover process does not apply to expenses that Medicare does not cover. You must go on to file claims for these expenses.

For information about enrollment or if you have questions about the program, call the telephone number listed on your ID card.

### Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Plan and other plans. UnitedHealthcare may get the facts needed from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Plan and other plans covering the person claiming benefits.

UnitedHealthcare does not need to tell, or get the consent of, any person to do this. Each person claiming benefits under this Plan must give UnitedHealthcare any facts needed to apply those rules and determine benefits payable. If you do not provide UnitedHealthcare the information needed to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

### Overpayment and Underpayment of Benefits

If you are covered under more than one medical plan, there is a possibility that the other plan will pay a benefit that the Plan should have paid. If this occurs, the Plan may pay the other plan the amount owed.

If the Plan pays you more than it owes under this COB provision, you should pay the excess back promptly. The Company also reserves the right to recover any overpayment by legal action or offset payments on future Eligible Expenses.

If the Plan overpays a health care provider, UnitedHealthcare reserves the right to recover the excess amount from the provider pursuant to *Refund of Overpayments*, below.

### *Refund of Overpayments*

If the Plan for Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to the Plan if:

- the Plan's obligation to pay Benefits was contingent on the expenses incurred being legally owed and paid by the Covered Person, but all or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person;

- all or some of the payment the Plan made exceeded the Benefits under the Plan; or

- all or some of the payment was made in error.

The amount that must be refunded equals the amount the Plan paid in excess of the amount that should have been paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help the Plan get the refund when requested.

If the refund is due from the Covered Person and the Covered Person does not promptly refund the full amount owed, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, future Benefits for the Covered Person that are payable under the Plan. If the refund is due from a person or organization other than the Covered Person, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, (i) future Benefits that are payable in connection with services provided to other Covered Persons under the Plan; or (ii) future benefits that are payable in connection with services provided to persons under other plans for which United Healthcare makes payments, pursuant to a transaction in which the Plan's overpayment recovery rights are assigned to such other plans in exchange for such plans' remittance of the amount of the reallocated payment. The reallocated payment amount will equal the amount of the required refund or, if less than the full amount of the required refund, will be deducted from the amount of refund owed to the Plan. The Plan may have other rights in addition to the right to reallocate overpaid amounts and other enumerated rights, including the right to commence a legal action.

# SECTION 9 - SUBROGATION AND REIMBURSEMENT

The Plan has a right to subrogation and reimbursement. References to "you" or "your" in this Subrogation and Reimbursement section shall include you, your estate and your heirs and beneficiaries unless otherwise stated.

Subrogation applies when the plan has paid Benefits on your behalf for a Sickness or Injury for which any third party is allegedly to be responsible. The right to subrogation means that the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that the Plan has paid that are related to the Sickness or Injury for which any third party is considered responsible.

> **Subrogation – Example**
> Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Plan to treat your injuries. Under subrogation, the Plan has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.

The right to reimbursement means that if it is alleged that any third party caused or is responsible for a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party, you must use those proceeds to fully return to the Plan 100% of any Benefits you receive for that Sickness or Injury. The right of reimbursement shall apply to any Benefits received at any time until the rights are extinguished, resolved or waived in writing.

> **Reimbursement – Example**
> Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Plan as a result of your injuries. In addition, you receive a settlement in a court proceeding from the individual who caused the accident. You must use the settlement funds to return to the Plan 100% of any Benefits you received to treat your injuries.

The following persons and entities are considered third parties:

- a person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages;

- any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages;

- the Plan Sponsor in a workers' compensation case or other matter alleging liability;

- any person or entity who is or may be obligated to provide Benefits or payments to you, including Benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators;

- any person or entity against whom you may have any claim for professional and/or legal malpractice arising out of or connected to a Sickness or Injury you allege or could have alleged were the responsibility of any third party; and

■ any person or entity that is liable for payment to you on any equitable or legal liability theory.

You agree as follows:

■ You will cooperate with the Plan in protecting its legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:

– notifying the Plan, in writing, of any potential legal claim(s) you may have against any third party for acts which caused Benefits to be paid or become payable;

– providing any relevant information requested by the Plan;

– signing and/or delivering such documents as the Plan or its agents reasonably request to secure the subrogation and reimbursement claim;

– responding to requests for information about any accident or injuries;

– making court appearances;

– obtaining the Plan's consent or its agents' consent before releasing any party from liability or payment of medical expenses; and

– complying with the terms of this section.

Your failure to cooperate with the Plan is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

■ The Plan has a first priority right to receive payment on any claim against any third party before you receive payment from that third party. Further, the Plan's first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

■ The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, your estate, your heirs and beneficiaries, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, pecuniary, consortium and punitive damages. The Plan is not required to help you to pursue your claim for damages or personal injuries and no amount of associated costs, including attorneys' fees, shall be deducted from the Plan's recovery without the Plan's express written consent. No so-called "Fund

Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

- Regardless of whether you have been fully compensated or made whole, the Plan may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which the Plan may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit the Plan's subrogation and reimbursement rights.

- Benefits paid by the Plan may also be considered to be Benefits advanced.

- If you receive any payment from any party as a result of Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to the Plan, you and/or your representative shall hold those funds in trust, either in a separate bank account in your name or in your representative's trust account.

- By participating in and accepting Benefits from the Plan, you agree that (i) any amounts recovered by you from any third party shall constitute Plan assets to the extent of the amount of Plan Benefits provided on behalf of the Covered Person, (ii) you and your representative shall be fiduciaries of the Plan (within the meaning of ERISA) with respect to such amounts, and (iii) you shall be liable for and agree to pay any costs and fees (including reasonable attorney fees) incurred by the Plan to enforce its reimbursement rights.

- The Plan's rights to recovery will not be reduced due to your own negligence.

- By participating in and accepting Benefits from the Plan, you agree to assign to the Plan any Benefits, claims or rights of recovery you have under any automobile policy - including no-fault Benefits, PIP Benefits and/or medical payment Benefits - other coverage or against any third party, to the full extent of the Benefits the Plan has paid for the Sickness or Injury. By agreeing to provide this assignment in exchange for participating in and accepting Benefits, you acknowledge and recognize the Plan's right to assert, pursue and recover on any such claim, whether or not you choose to pursue the claim, and you agree to this assignment voluntarily.

- The Plan may, at its option, take necessary and appropriate action to preserve its rights under these provisions, including but not limited to, providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party; filing an ERISA reimbursement lawsuit to recover the full amount of medical Benefits you receive for the Sickness or Injury out of any settlement, judgment or other recovery from any third party considered responsible and filing suit in your name or your estate's name, which does not obligate the Plan in any way to pay you part of any recovery the Plan might obtain. Any ERISA reimbursement lawsuit stemming from a refusal to refund Benefits as required under the terms of the Plan is governed by a six-year statute of limitations.

- You may not accept any settlement that does not fully reimburse the Plan, without its written approval.

- The Plan has the authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

- In the case of your death, giving rise to any wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries. In the case of your death the Plan's right of reimbursement and right of subrogation shall apply if a claim can be brought on behalf of you or your estate that can include a claim for past medical expenses or damages. The obligation to reimburse the Plan is not extinguished by a release of claims or settlement agreement of any kind.

- No allocation of damages, settlement funds or any other recovery, by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party, shall be valid if it does not reimburse the Plan for 100% of its interest unless the Plan provides written consent to the allocation.

- The provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by any third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

- If a third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer covered.

- In the event that you do not abide by the terms of the Plan pertaining to reimbursement, the Plan may terminate Benefits to you, your dependents or the employee, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to your failure to abide by the terms of the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

- The Plan and all Administrators administering the terms and conditions of the Plan's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of its discretionary authority to (1) construe and enforce the terms of the Plan's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to the Plan.

## Right of Recovery

The Plan has the right to recover Benefits it has paid on you or your Dependent's behalf that were:

- made in error;

- due to a mistake in fact;

- advanced during the time period of meeting the calendar year Deductible; or

- advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

- require that the overpayment be returned when requested, or

- reduce a future Benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of Benefits to you or your Dependent during the time period of meeting the Deductible and/or meeting the Annual Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

- submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan; and

- conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

# SECTION 10 - GLOSSARY

> **What this section includes:**
> ■ Definitions of terms used throughout this Summary Plan Description (SPD).

Many of the terms used throughout this SPD may be unfamiliar to you or have a specific meaning with regard to the way the Plan is administered and how Benefits are paid. This section defines terms used throughout this SPD, but it does not describe the Benefits provided by the Plan.

**Addendum** – any attached written description of additional or revised provisions to the Plan. The benefits and exclusions of this SPD and any amendments thereto shall apply to the Addendum except that in the case of any conflict between the Addendum and SPD and/or Amendments to the SPD, the Addendum shall be controlling.

**Alternate Facility** – a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

■ surgical services;

■ emergency health services; or

■ rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health or Substance-Related and Addictive Disorders Services on an outpatient basis or inpatient basis (for example a Residential Treatment facility).

**Amendment** – any attached written description of additional or alternative provisions to the Plan. Amendments are effective only when distributed by the Plan Sponsor or the Plan Administrator. Amendments are subject to all conditions, limitations and exclusions of the Plan, except for those that the amendment is specifically changing.

**Annual Deductible (or Deductible)** – the amount of Eligible Expenses you must pay for Covered Health Services in a calendar year before you are eligible to begin receiving Benefits in that calendar year. The Deductible is shown in the first table in Section 3, *Plan Highlights*.

**Annual Enrollment** – the period of time, determined by GEICO Corporation, during which eligible Associates may enroll themselves and their Dependents under the Plan. GEICO Corporation determines the period of time that is the Annual Enrollment period.

**Assisted Reproductive Technology** (ART) – the comprehensive term for procedures involving the manipulation of human reproductive materials (such as sperm, eggs, and/or embryos) to achieve Pregnancy. Examples of such procedures are:

■ In vitro fertilization (IVF).

■ Gamete intrafallopian transfer (GIFT).

■ Pronuclear stage tubal transfer (PROST).

- Tubal embryo transfer (TET).
- Zygote intrafallopian transfer (ZIFT).

**Associate** – a full-time or part-time Associate of the Employer who meets the eligibility requirements specified in the Plan. An Associate must live and/or work in the United States.

**Autism Spectrum Disorders** – a condition marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

**Bariatric Resource Services (BRS)** – a program administered by UnitedHealthcare or its affiliates made available to you by GEICO Corporation. The BRS program provides:

- specialized clinical consulting services to Associates and enrolled Dependents to educate on morbid obesity treatment options; and
- access to specialized In-Network facilities and Physicians for morbid obesity surgery services.

**Benefits** – Plan payments for Covered Health Services, subject to the terms and conditions of the Plan and any Addendums and/or Amendments.

**BMI** – see Body Mass Index (BMI).

**Body Mass Index (BMI)** – a calculation used in morbid obesity risk assessment which uses a person's weight and height to approximate body fat.

**Cancer Support Program (CSP)** – a program administered by UnitedHealthcare or its affiliates made available to you by GEICO Corporation. The CSP program provides:

- Specialized consulting services, on a limited basis, to Employees and enrolled Dependents with cancer.
- Access to cancer centers with expertise in treating the most rare or complex cancers.
- Education to help patients understand their cancer and make informed decisions about their care and course of treatment.

**Cellular Therapy** - administration of living whole cells into a patient for the treatment of disease.

**CHD** – see Congenital Heart Disease (CHD).

**Claims Administrator** – UnitedHealthcare (also known as United HealthCare Services, Inc.) and its affiliates, who provide certain claim administration services for the Plan.

**Clinical Trial** – a scientific study designed to identify new health services that improve health outcomes. In a Clinical Trial, two or more treatments are compared to each other and the patient is not allowed to choose which treatment will be received.

**COBRA** – see Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

**Coinsurance** – the percentage of Eligible Expenses you are required to pay for certain Covered Health Services as described in Section 1, *How the Plan Works*.

**Company** – GEICO Corporation.

**Congenital Anomaly** – a physical developmental defect that is present at birth and is identified within the first twelve months of birth.

**Congenital Heart Disease (CHD)** – any structural heart problem or abnormality that has been present since birth. Congenital heart defects may:

- be passed from a parent to a child (inherited);
- develop in the fetus of a woman who has an infection or is exposed to radiation or other toxic substances during her Pregnancy; or
- have no known cause.

**Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)** – a federal law that requires employers to offer continued health insurance coverage to certain associates and their dependents whose group health insurance has been terminated.

**Copayment (or Copay)** – the set dollar amount you are required to pay for certain Covered Health Services as described in Section 1, *How the Plan Works*.

**Cosmetic Procedures** – procedures or services that change or improve appearance without significantly improving physiological function, as determined by the Claims Administrator. Reshaping a nose with a prominent bump is a good example of a Cosmetic Procedure because appearance would be improved, but there would be no improvement in function like breathing.

**Cost-Effective** – the least expensive equipment that performs the necessary function. This term applies to Durable Medical Equipment and prosthetic devices.

**Covered Health Services** – those health services, including services, supplies or Pharmaceutical Products, which the Claims Administrator determines to be:

- provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance-related and addictive disorders, condition, disease or its symptoms;
- medically necessary;
- included in Sections 3 and 4, *Plan Highlights* and *Additional Coverage Details* described as a Covered Health Service;
- provided to a Covered Person who meets the Plan's eligibility requirements; and
- not identified in Section 6, *Exclusions*.

**Covered Person** – either the Associate or an enrolled Dependent only while enrolled and eligible for Benefits under the Plan. References to "you" and "your" throughout this SPD are references to a Covered Person.

**CSP –** see Cancer Support Program (CSP).

**Custodial Care** – services that do not require special skills or training and that:

- ■ provide assistance in activities of daily living (including but not limited to feeding, dressing, bathing, ostomy care, incontinence care, checking of routine vital signs, transferring and ambulating);

- ■ are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence; or

- ■ do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Deductible** – the amount you must pay for Covered Health Services in a calendar year before the Plan will begin paying Benefits in that calendar year. The Deductible is shown in the first table in Section 3, *Plan Highlights*.

**Definitive Drug Test** - test to identify specific medications, illicit substances and metabolites and is qualitative or quantitative to identify possible use or non-use of a drug.

**Dependent** – an individual who meets the eligibility requirements specified in the Plan. A Dependent does not include anyone who is also enrolled as an Associate. No one can be a Dependent of more than one Associate.

**Designated Provider** - a provider and/or facility that:

- ■ Has entered into an agreement with UnitedHealthcare, or with an organization contracting on UnitedHealthcare's behalf, to provide Covered Health Services for the treatment of specific diseases or conditions; or

- ■ UnitedHealthcare has identified through UnitedHealthcare's designation programs as a Designated Provider. Such designation may apply to specific treatments, conditions and/or procedures.

A Designated Provider may or may not be located within your geographic area. Not all Network Hospitals or Network Physicians are Designated Providers.

You can find out if your provider is a Designated Provider by contacting UnitedHealthcare at **www.myuhc.com** or the telephone number on your ID card.

**Designated Virtual Network Provider -** a provider or facility that has entered into an agreement with UnitedHealthcare, or with an organization contracting on UnitedHealthcare's behalf, to deliver Covered Health Services via interactive audio and video modalities.

**DME** – see Durable Medical Equipment (DME).

**Durable Medical Equipment (DME)** – medical equipment that is all of the following:

- used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms;

- not disposable;

- not of use to a person in the absence of a Sickness, Injury or their symptoms;

- durable enough to withstand repeated use;

- not implantable within the body; and

- appropriate for use, and primarily used, within the home.

**Eligible Expense** – charges for Covered Health Services that are provided while the Plan is in effect, determined by UnitedHealthcare as stated below and as detailed in Section 1, *How the Plan Works.*

Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines. UnitedHealthcare develops the reimbursement policy guidelines, in UnitedHealthcare's discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

- as indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association,* and/or the *Centers for Medicare and Medicaid Services (CMS)*;

- as reported by generally recognized professionals or publications;

- as used for Medicare; or

- as determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that UnitedHealthcare accepts.

**Emergency** – a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:

- Placing the health of the Covered Person (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.

- Serious impairment to bodily functions.

- Serious dysfunction of any bodily organ or part.

**Emergency Health Services** – with respect to an Emergency, both of the following:

- A medical screening examination that is within the capability of the emergency department of a Hospital, including ancillary services routinely available to the emergency department to evaluate such Emergency.

- Such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital.

**Employee Retirement Income Security Act of 1974 (ERISA)** – the federal legislation that regulates retirement and employee welfare benefit programs maintained by employers.

**Employer** – GEICO Corporation.

**EOB** – see Explanation of Benefits (EOB).

**ERISA** – see Employee Retirement Income Security Act of 1974 (ERISA).

**Experimental or Investigational Services** – medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time UnitedHealthcare makes a determination regarding coverage in a particular case, are determined to be any of the following:

- not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service or the United States Pharmacopoeia Dispensing Information as appropriate for the proposed use;

- subject to review and approval by any institutional review board for the proposed use (Devices which are FDA approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational); or

- the subject of an ongoing Clinical Trial that meets the definition of a Phase 1, 2 or 3 Clinical Trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight.

Exceptions:

- Clinical trials for which Benefits are available as described under *Clinical Trials* in Section 4, *Additional Coverage Details*.

- If you are not a participant in a qualifying Clinical Trial as described under Section 4, *Additional Coverage Details*, and have a Sickness or condition that is likely to cause death within one year of the request for treatment, UnitedHealthcare may, at its discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such consideration, UnitedHealthcare must determine that, although unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Explanation of Benefits (EOB)** – a statement provided by UnitedHealthcare to you, your Physician, or another health care professional that explains:

- the Benefits provided (if any);
- the allowable reimbursement amounts;
- deductibles;
- coinsurance;
- any other reductions taken;
- the net amount paid by the Plan; and
- the reason(s) why the service or supply was not covered by the Plan.

**Fertility Solutions (FS)** – a program administered by UnitedHealthcare or its affiliates made available to you by GEICO Corporation. The FS program provides:

- Specialized clinical consulting services to Employees and enrolled Dependents to educate on infertility treatment options.
- Access to specialized Network facilities and Physicians for infertility services.

**Gender Dysphoria** - A disorder characterized by the following diagnostic criteria classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*:

- *Diagnostic criteria for adults and adolescents:*
  - A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two of the following:
    - ♦ A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).
    - ♦ A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).
    - ♦ A strong desire for the primary and/or secondary sex characteristics of the other gender.
    - ♦ A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
    - ♦ A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
    - ♦ A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

- The condition is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning.

■ *Diagnostic criteria for children:*

- A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least six of the following (one of which must be criterion as shown in the first bullet below):

   ♦ A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).
   ♦ In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
   ♦ A strong preference for cross-gender roles in make-believe play or fantasy play.
   ♦ A strong preference for the toys, games or activities stereotypically used or engaged in by the other gender.
   ♦ A strong preference for playmates of the other gender.
   ♦ In boys (assigned gender), a strong rejection of typically masculine toys, games and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games and activities.
   ♦ A strong dislike of ones' sexual anatomy.
   ♦ A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

The condition is associated with clinically significant distress or impairment in social, school or other important areas of functioning.

**Gene Therapy** - therapeutic delivery of nucleic acid (DNA or RNA) into a patient's cells as a drug to treat a disease.

**Genetic Counseling - counseling by a qualified clinician that includes:**

■ Identifying your potential risks for suspected genetic disorders;

■ An individualized discussion about the benefits, risks and limitations of Genetic Testing to help you make informed decisions about Genetic Testing; and

■ Interpretation of the Genetic Testing results in order to guide health decisions.

Certified genetic counselors, medical geneticists and physicians with a professional society's certification that they have completed advanced training in genetics are considered qualified clinicians when Covered Health Services for Genetic Testing require Genetic Counseling.

**Genetic Testing** - exam of blood or other tissue for changes in genes (DNA or RNA) that may indicate an increased risk for developing a specific disease or disorder, or provide information to guide the selection of treatment of certain diseases, including cancer.

**Gestational Carrier** - a Gestational Carrier is a female who becomes pregnant by having a fertilized egg (embryo) implanted in her uterus for the purpose of carrying the fetus to term for another person. The carrier does not provide the egg and is therefore not biologically (genetically) related to the child.

**Health Statement(s)** – a single, integrated statement that summarizes EOB information by providing detailed content on account balances and claim activity.

**Home Health Agency** – a program or organization authorized by law to provide health care services in the home.

**Hospital** – an institution, operated as required by law, which is:

- primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of sick or injured individuals. Care is provided through medical, mental health, substance-related and addictive disorders, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians; and

- has 24 hour nursing services.

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a Skilled Nursing Facility, convalescent home or similar institution.

**Infertility** - A disease (an interruption, cessation, or disorder of body functions, systems, or organs) of the reproductive tract which prevents the conception of a child or the ability to carry a pregnancy to delivery. It is defined by the failure to achieve a successful pregnancy after 12 months or more of appropriate, timed unprotected intercourse or Therapeutic Donor Insemination. Earlier evaluation and treatment may be justified based on medical history and physical findings and is warranted after 6 months for women age 35 years or older.

**Injury** – bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**In-Network** – when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with the Claims Administrator or with its affiliate to participate in the In-Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services. The Claims Administrator's affiliates are those entities affiliated with the Claims Administrator through common ownership or control with the Claims Administrator or with the Claims Administrator's ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be an In-Network provider for only some products. In this case, the provider will be an In-Network provider for the Covered Health Services and products included in the participation agreement, and an Out-of-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**In-Network Benefits** - description of how Benefits are paid for Covered Health Services provided by In-Network providers. Refer to Section 3, *Plan Highlights* for details about how In-Network Benefits apply.

**Inpatient Rehabilitation Facility** – a long term acute rehabilitation center, a Hospital (or a special unit of a Hospital designated as an Inpatient Rehabilitation Facility) that provides rehabilitation services (including physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** – an uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Behavioral Therapy (IBT**) – outpatient behavioral/educational services that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age appropriate skills in people with Autism Spectrum Disorders. Examples include *Applied Behavior Analysis (ABA)*, *The Denver Model*, and *Relationship Development Intervention (RDI)*.

**Intensive Outpatient Treatment** – a structured outpatient mental health or substance-related and addictive disorders treatment program that may be free-standing or Hospital-based and provides services for at least three hours per day, two or more days per week.

**Intermittent Care** – skilled nursing care that is provided or needed either:

- fewer than seven days each week; or
- fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in special circumstances when the need for additional care is finite and predictable.

**Kidney Resource Services (KRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by GEICO Corporation. The KRS program provides:

- Specialized consulting services to Employees and enrolled Dependents with ESRD or chronic kidney disease.
- Access to dialysis centers with expertise in treating kidney disease.
- Guidance for the patient on the prescribed plan of care.

**Low Protein Modified Food Product** – a food product that is specially formulated to have less than one (1) gram of protein per serving (excluding a natural food that is naturally low in protein.

**Manipulative Treatment** – the therapeutic application of chiropractic and/or manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

**Medicaid** – a federal program administered and operated individually by participating state and territorial governments that provide medical benefits to eligible low-income people needing health care. The federal and state governments share the program's costs.

**Medically Necessary** – healthcare services that are all of the following as determined by the Claims Administrator or its designee, within the Claims Administrator's sole discretion. The services must be:

- in accordance with *Generally Accepted Standards of Medical Practice*;

- clinically appropriate, in terms of type, frequency, extent, service site and duration, and considered effective for your Sickness, Injury, Mental Illness, substance-related and addictive disorders disease or its symptoms;

- not mainly for your convenience or that of your doctor or other health care provider; and

- not more costly than an alternative drug, service(s) service site or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your Sickness, Injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. The Claims Administrator reserves the right to consult expert opinion in determining whether health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be within The Claims Administrator's sole discretion.

The Claims Administrator develops and maintains clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting its determinations regarding specific services. These clinical policies (as developed by The Claims Administrator and revised from time to time), are available to Covered Persons on www.myuhc.com or by calling the telephone number on your ID card, and to Physicians and other health care professionals on **www.UHCprovider.com**.

**Medicare** – Parts A, B, C and D of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** – services for the diagnosis and treatment of those mental health or psychiatric categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or the *Diagnostic and Statistical Manual of the American Psychiatric Association* The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance-Related and Addictive Disorders Services Administrator** – the organization or individual who provides or arranges Mental Health and Substance-Related and Addictive Disorders Services under the Plan.

**Mental Illness** – those mental health or psychiatric diagnostic categories listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Neonatal Resource Services (NRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by GEICO Corporation. The NRS program provides guided access to a network of credentialed NICU providers and specialized nurse consulting services to help manage NICU admissions.

**New Pharmaceutical Product** - a Pharmaceutical Product or new dosage form of a previously approved Pharmaceutical Product. It applies to the period of time starting on the date the Pharmaceutical Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ends on the earlier of the following dates.

- ■ The date it is reviewed.
- ■ December 31st of the following calendar year.

**Out-of-Pocket Maximum** – the maximum amount you pay every calendar year. Refer to Section 3, *Plan Highlights* for the Annual Out-of-Pocket Maximum amount. See Section 1, *How the Plan Works* for a description of how the Annual Out-of-Pocket Maximum works.

**Partial Hospitalization/Day Treatment** – a structured ambulatory program that may be a free-standing or Hospital-based program and that provides services for at least 20 hours per week.

**Personal Health Support** – programs provided by the Claims Administrator that focus on prevention, education, and closing the gaps in care designed to encourage an efficient system of care for you and your covered Dependents.

**Personal Health Support Nurse** – the primary nurse that UnitedHealthcare may assign to you if you have a chronic or complex health condition. If a Personal Health Support Nurse is assigned to you, this nurse will call you to assess your progress and provide you with information and education.

**Pharmaceutical Product(s)** – *U.S. Food and Drug Administration (FDA)*-approved prescription medications or products administered in connection with a Covered Health Service by a Physician.

**Physician** – any Doctor of Medicine or Doctor of Osteopathy who is properly licensed and qualified by law.

Please note: Any podiatrist, dentist, psychologist, chiropractor, optometrist or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that a provider is described as a Physician does not mean that Benefits for services from that provider are available to you under the Plan.

**Plan** – The GEICO Corporation Medical, Dental and Vision Care Plan.

**Plan Administrator** – The Benefits Administrative Committee appointed by the Plan Sponsor.

**Plan Sponsor** – GEICO Corporation.

**Pregnancy** – includes prenatal care, postnatal care, childbirth, and any complications associated with the above.

**Presumptive Drug Test** - test to determine the presence or absence of drugs or a drug class in which the results are indicated as negative or positive result.

**Primary Physician** – a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Private Duty Nursing** – nursing care that is provided to a patient on a one-to-one basis by licensed nurses in a home setting when any of the following are true:

- services exceed the scope of Intermittent Care in the home;

- skilled nursing resources are available in the facility;

- the skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose; or

- the service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on a home-care basis, whether the service is skilled or non-skilled independent nursing.

**Qualified Emergency** – An "emergency" is the treatment of a life-threatening or very serious condition that requires immediate medical treatment.  Visits for Out-of-Network emergencies will be paid In-Network if a visit is determined by UHC to be a "Qualified

Emergency" (e.g., a patient experiences chest pain and goes to the nearest emergency room that happens to be Out-of-Network. This would be paid as In-Network.).

**Reconstructive Procedure** – a procedure performed to address a physical impairment where the expected outcome is restored or improved function. The primary purpose of a Reconstructive Procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive Procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly and the primary result of the procedure is not changed or improved physical appearance. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a Reconstructive Procedure.

**Residential Treatment** – treatment in a facility which provides Mental Health Services or Substance-Related and Addictive Disorders Services treatment. The facility meets all of the following requirements:

- it is established and operated in accordance with applicable state law for Residential Treatment programs;

- it provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance-Related and Addictive Disorders Administrator;

- it has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient; and

- it provides at least the following basic services in a 24-hour per day, structured milieu:
  - room and board;
  - evaluation and diagnosis;
  - counseling; and
  - referral and orientation to specialized community resources.

A Residential Treatment facility that qualifies as a Hospital is considered a Hospital.

**Retiree** – an Associate of an Employer who terminates employment prior to age 65 and, as of his termination date, is eligible for early retirement benefits under the early retirement provisions of the Pension Plan.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Shared Savings Program** - a program in which UnitedHealthcare may obtain a discount to an Out-of-Network provider's billed charges. This discount is usually based on a schedule previously agreed to by the Out-of-Network provider and a third party vendor. When this applies, the non-Network provider's billed charges will be discounted. Plan coinsurance and any applicable deductible would still apply to the reduced charge. Sometimes Plan provisions or administrative practices supersede the scheduled rate, and a different rate is determined by

UnitedHealthcare. In this case the Out-of-Network provider may bill you for the difference between the billed amount and the rate determined by UnitedHealthcare. If this happens you should call the number on your ID Card. Shared Savings Program providers are not Network providers and are not credentialed by UnitedHealthcare.

In this case the Out-of-Network provider may bill you for the difference between the billed amount and the rate determined by UnitedHealthcare. If this happens you should call the number on your ID Card. Shared Savings Program providers are not Network providers and are not credentialed by UnitedHealthcare.

**Sickness** – physical illness, disease or Pregnancy. The term Sickness as used in this SPD includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

**Skilled Care** – skilled nursing, teaching, and rehabilitation services when:

- they are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient;

- a Physician orders them;

- they are not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair;

- they require clinical training in order to be delivered safely and effectively; and

- they are not Custodial Care, as defined in this section.

**Skilled Nursing Facility** – a nursing facility that is licensed and operated as required by law. A Skilled Nursing Facility that is part of a Hospital is considered a Skilled Nursing Facility for purposes of the Plan.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Spouse** – An associate's "legal spouse" is the person, regardless of gender, who is legally married to the associate by a valid marriage certificate issued by any state or country. An associate's former spouse due to divorce or annulment is not an eligible dependent.

**Substance-Related and Addictive Disorders Services** - services for the diagnosis and treatment of alcoholism and substance-related and addictive disorders that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association.* The fact that a disorder is listed in the edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Summary Plan Description (SPD**) - describes the health Benefits available to you and your covered family members under the GEICO Corporation Medical, Dental and Vision Care Plan. It includes summaries of:

- who is eligible;

- services that are covered, called Covered Health Services;

- services that are not covered, called Exclusions;

- how Benefits are paid; and

- your rights and responsibilities under the Plan.

**Surrogate** - a female who becomes pregnant usually by artificial insemination or transfer of a fertilized egg (embryo) for the purpose of carrying the fetus for another person. When the surrogate provides the egg the surrogate is, biologically (genetically) related to the child.

**Therapeutic Donor Insemination (TDI)** - Insemination with a donor sperm sample for the purpose of conceiving a child.

**Transitional Living** – Mental Health Services/Substance-Related and Addictive Disorders Services that are provided through facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

- sober living arrangements such as drug-free housing, alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery; or

- supervised living arrangements which are residences such as facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**Unproven Services** – health services, including medications that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature:

- Well-conducted randomized controlled trials are two or more treatments compared to each other, with the patient not being allowed to choose which treatment is received.

- Well-conducted cohort studies from more than one institution are studies in which patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.

UnitedHealthcare has a process by which it compiles and reviews clinical evidence with respect to certain health services. From time to time, UnitedHealthcare issues medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at **www.myuhc.com**.

Please note:

- If you have a life threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment), UnitedHealthcare may, at its discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, UnitedHealthcare must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

The decision about whether such a service can be deemed a Covered Health Service is solely at UnitedHealthcare's discretion. Other apparently similar promising but unproven services may not qualify.

**Urgent Care** – care that requires prompt attention to avoid adverse consequences, but does not pose an immediate threat to a person's life. Urgent care is usually delivered in a walk-in setting and without an appointment. Urgent care facilities are a location, distinct from a hospital emergency department, an office or a clinic. The purpose is to diagnose and treat illness or injury for unscheduled, ambulatory patients seeking immediate medical attention.

**Urgent Care Center** – a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

# SECTION 11 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA

**What this section includes:**
- Plan administrative information, including your rights under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA is the federal legislation that regulates retirement and employee welfare benefit programs maintained by employers.

This section includes information on the administration of the medical Plan, as well as information required of all Summary Plan Descriptions (SPDs) by ERISA as defined in Section 10, *Glossary*. While you may not need this information for your day-to-day participation, it is information you may find important.

### Plan Sponsor and Administrator

GEICO Corporation is the Plan Sponsor and has appointed the Benefits Administrative Committee as the Plan Administrator. The Benefits Administrative Committee has the discretionary authority to interpret the Plan. You may contact the Plan Administrator at:

> Plan Administrator – Benefits Administrative Committee
> c/o GEICO Corporation
> One GEICO Plaza
> Washington, DC  20076
> (301) 718-5980

### Claims Administrator

UnitedHealthcare is the Plan's Claims Administrator. The role of the Claims Administrator is to handle the day-to-day administration of the Plan's coverage as directed by the Plan Administrator, through an administrative agreement with the Company. The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

You may contact the Claims Administrator by phone at the number on your ID card or in writing at:

> United HealthCare Services, Inc.
> 9900 Bren Road East
> Minnetonka, MN 55343

### Agent for Service of Legal Process

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the Plan. The Plan's Agent for Service is:

> Plan Administrator – Benefits Administrative Committee
> c/o GEICO Corporation
> One GEICO Plaza
> Washington, DC  20076
> (301) 718-5980

### Other Administrative Information

This section of your SPD contains information about how the Plan is administered as required by ERISA.

### Type of Administration

The Medical, Dental and Vision Care Plan is a self-funded welfare plan under the GEICO Corporation Consolidated Welfare Benefits Program and the administration is provided through one or more third party administrators.

| | |
|---|---|
| **Plan Name:** | Medical, Dental and Vision Care Plan under the GEICO Corporation Consolidated Welfare Benefits Program |
| **Plan Number:** | 501 |
| **Employer ID:** | 52-1135801 |
| **Plan Type:** | Welfare Benefits Plan |
| **Plan Year:** | January 1 – December 31 |
| **Plan Administration:** | Self-Insured |

### Your ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be permitted to:

- receive information about Plan Benefits;

- examine, without charge, at the Plan Administrator's office and at other specified worksites, all plan documents – including pertinent insurance contracts, collective bargaining agreements (if applicable), and other documents available at the Public Disclosure Room of the Employee Benefits Security Administration; and

- obtain copies of all Plan documents and other Plan information, including insurance contracts and collective bargaining agreements (if applicable), and updated Summary Plan Descriptions (SPD's), by writing to the Plan Administrator. The Plan Administrator may assess a reasonable charge for copies.

You can continue health care coverage for yourself, Spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this Summary Plan Description and the Plan documents to understand the rules governing your COBRA continuation coverage rights.

In addition to creating rights for Plan participants, ERISA imposes duties on the people who are responsible for the operation of the Plan. The people who operate your Plan, who are called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan Benefit or exercising your rights under ERISA.

If your claim for a Plan Benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. See Section 7, *Claims Procedures*, for details.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the plan document from the Plan, and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent for reasons beyond the control of the Plan Administrator.

If you have a claim for Benefits, which is denied or ignored, in whole or in part, and you have exhausted the administrative remedies available under the Plan, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If it should happen that the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or write to the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W. Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at (866) 444-3272.

The Plan's Benefits are administered by GEICO Corporation's Plan Administrator, the Benefits Administrative Committee. UnitedHealthcare is the medical Claims Administrator and processes claims for the Plan and provides appeal services; however, UnitedHealthcare and GEICO Corporation are not responsible for any decision you or your Dependents make to receive treatment, services or supplies, whether provided by an In-Network or Out-of-Network provider. UnitedHealthcare and GEICO Corporation are neither liable nor responsible for the treatment, services or supplies provided by In-Network or Out-of-Network providers.

## ATTACHMENT I - HEALTH CARE REFORM NOTICES

### Patient Protection and Affordable Care Act ("PPACA")

*Patient Protection Notices*

The Claims Administrator generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the Claims Administrator's network and who is available to accept you or your family members. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Claims Administrator at the telephone number on your ID card.

For children, you may designate a pediatrician as the Primary Care Provider.

You do not need prior authorization from the Claims Administrator or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the Claims Administrator's network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact the Claims Administrator at the telephone number on your ID card.

## ATTACHMENT II - LEGAL NOTICES

### Women's Health and Cancer Rights Act of 1998

As required by the Women's Health and Cancer Rights Act of 1998, we provide Benefits under the Plan for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

### Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health Plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the Plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain prior authorization. For information on prior authorization, contact your issuer.

# EXHIBIT B

**GEICO CORPORATION
MEDICAL, DENTAL AND VISION CARE PLAN**

**A WELFARE BENEFIT DOCUMENT UNDER THE
GEICO CORPORATION
CONSOLIDATED WELFARE BENEFITS PROGRAM**

Amended and Restated, effective as of January 1, 2014

## TABLE OF CONTENTS

Page

SECTION 1      INTRODUCTION ..................................................................................................1

SECTION 2      DEFINITIONS .....................................................................................................3

SECTION 3      ELIGIBILITY AND ENROLLMENT ......................................................................6

SECTION 4      TERMINATION OF COVERAGE .......................................................................16

SECTION 5      ADMINISTRATION ...........................................................................................25

SECTION 6      CLAIMS ADMINISTRATION ............................................................................28

SECTION 7      CONTRIBUTIONS.............................................................................................34

SECTION 8      AMENDMENT AND TERMINATION OF THE PLAN ........................................35

SECTION 9      MISCELLANEOUS ...........................................................................................36

SECTION 10     COORDINATION AND SUBROGATION OF BENEFITS ..................................37

SECTION 11     RULES FOR DISCLOSING HEALTH INFORMATION ....................................43

SECTION 12     GENERAL PROVISIONS APPLICABLE TO MEDICAL PROGRAM AND DENTAL
PROGRAM      48

SECTION 13     ASSOCIATE ASSISTANCE SERVICES ..........................................................51

ATTACHMENTA DESCRIPTION OF COVERED SERVICES UNDER THE MEDICAL PROGRAM ....53

ATTACHMENTB DESCRIPTION OF COVERED SERVICES UNDER THE DENTAL PROGRAM ..6364

# SECTION 1
# INTRODUCTION

**1.1    Purpose.** The Plan is maintained by GEICO Corporation to provide medical, dental and vision benefits under the GEICO Corporation Consolidated Welfare Benefits Program to certain eligible Employees and Retirees, and their eligible Dependents. The portion of the GEICO Corporation Consolidated Welfare Benefits Program that constitutes this Plan is intended to constitute an employee welfare benefit plan under Section 3(2) of ERISA and an accident and health plan under Section 105 of the Internal Revenue Code.

**1.2    History and Effective Date.** Prior to January 1, 2004, the Plan Sponsor maintained six separate employee welfare benefit plans under Section 3(1) of ERISA: the GEICO Corporation Medical and Dental Care Plan (the "Medical and Dental Care Plan"), the GEICO Corporation Group Life Insurance Plan (the "Group Life Plan"), the GEICO Corporation Group Long-Term Disability Insurance Plan (the "Group LTD Plan"), the GEICO Corporation Group Long-Term Care Plan (the "Group LTC Plan"), the GEICO Corporation Flexible Compensation Plan (the "Flexible Compensation Plan"), and the GEICO Corporation Travel Accident Plan (the "Travel Accident Plan").

Effective as of January 1, 2004, the Group Life Plan, the Group LTD Plan, the Group LTC Plan, the Flexible Compensation Plan, and the Travel Accident Plan were merged with and into the Medical and Dental Care Plan and the name of the GEICO Corporation Medical and Dental Care Plan was changed to be the GEICO Corporation Consolidated Welfare Benefits Program. Thus, effective January 1, 2004, the GEICO Corporation Consolidated Welfare Benefits Program consisted of the Program document, this Medical and Dental Care Plan document, the Group Life Plan document, the Group LTD Plan document, the Group LTC Plan document, the Flexible Compensation Plan document, and the Travel Accident Plan document.

Effective as of January 1, 2012, the name of the GEICO Corporation Medical and Dental Care Plan was changed to be the GEICO Corporation Medical, Dental and Vision Care Plan (the "Medical, Dental and Vision Care Plan"), and the Medical, Dental and Vision Care Plan was amended and restated effective January 1, 2012. The Medical, Dental and Vision Care Plan was subsequently amended and restated effective January 1, 2014.

The Medical, Dental and Vision Care Plan document consists of this document (the "Master Document"); Attachment A, Description of Covered Services under the Medical Program; and Attachment B, Description of Covered Services under the Dental Program.

**1.3    Funding.** All costs of the Plan for Benefits provided under the Medical Program and the Dental Program that are in excess of the required contributions made by Employees (as defined in Subsection 2.8 below) if any, shall be paid by the Employers from the Trust Fund.

**1.4    Custody of Plan Assets.** The Benefits provided under the Medical Program and the Dental Program may be paid from the Trust Fund established by the Plan Sponsor or from the general assets of the Employers, as determined by the Plan Sponsor, in its sole discretion. Contributions by Employees shall be paid to the Trust or used immediately to provide Benefits under the Medical Program and the Dental Program. Fees for administrative claim services performed in connection with the Benefits provided under the Medical Program and the Dental Program or for the associate assistance services provided in connection with Section 13 of this Master Document shall be paid from the Trust Fund or directly from the general assets of the Employers, as determined by the Plan Sponsor, in its sole discretion.

**1.5    Exclusive Benefit.** The GEICO Corporation Consolidated Welfare Benefits Program, including the portion that constitutes this Plan, is established and shall be maintained for the exclusive benefit of Members, and no part of the assets held in the Trust Fund shall revert to the Employers, or be used for,

or diverted to purposes other than the exclusive benefit of the Members or for the payment of reasonable administrative expenses.

**1.6     Compliance.** The GEICO Corporation Consolidated Welfare Benefits Program, including the portion that constitutes this Plan, is established and shall be maintained with the intention of meeting the requirements of all applicable federal laws and regulations, including but not limited to ERISA.

## SECTION 2
## DEFINITIONS

When used in the Plan (which includes Attachment A and Attachment B), the words and phrases defined below shall have the following meanings unless a different meaning is clearly required by the context within the Plan.

**2.1**     **Benefit** means the payment or reimbursement for charges covered under the Medical Program or the Dental Program, whichever is applicable, that is incurred by a Member and shall include reimbursements or payments by this Plan or from another source, including any federal or state government plans, or the plan(s) of another employer.

**2.2**     **Certificate of Status of Coverage** means the statement provided to a Member which reflects the Member's period of coverage (and waiting period, if any) and which is provided in accordance with HIPAA and Subsection 4.6 of this Master Document.

**2.3**     **Continuation Coverage** means the continuation of medical, dental, vision and HMO coverage pursuant to the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA"), and as described in Subsection 4.7 of this Master Document.

**2.4**     **Claims Administrator** means any entity appointed by the Plan Sponsor under Subsection 5.5 of this Master Document to adjudicate claims for Benefits provided under the Medical Program and the Dental Program. The Claims Administrators for the Medical Program are United HealthCare Services, Inc. ("UnitedHealthcare") for medical benefits, and CaremarkPCS Health, L.L.C., ("CVS Caremark") for prescription drug benefits. The Claims Administrator for the Dental Program is Delta Dental of Pennsylvania ("Delta Dental").

**2.5**     **Dental Program** means the program of dental Benefits provided under the Plan, as further described in Attachment B.

**2.6**     **Dependent** means a "Dependent" as such term is defined in Subsections 3.3 and 3.4 below.

**2.7**     **Eligible Employee** means any person who meets the eligibility rules in Subsection 3.2 below.

**2.8**     **Employee** means an employee of an Employer or a Retiree. Solely for purposes of the Medical Program, the Dental Program and the Vision Program, "Employee" also shall mean any individual who has entered into a contract with an Employer to perform services as a "GEICO Field Representative" or "GFR" (as defined by the Plan Sponsor).

**2.9**     **Employers (or Group)** means GEICO Corporation, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company, Government Employees Financial Corporation, Maryland Ventures, Inc., GEICO Insurance Agency, Inc., GEICO Advantage Insurance Company, GEICO Choice Insurance Company, and GEICO Secure Insurance Company. In addition, the term "Employers" shall include any other affiliated company, or any successor or successors of said company which, with the approval of the Board of Directors of the Plan Sponsor, adopts the Plan. "Employer" shall refer to any one of the "Employers."

**2.10**     **Employment Date** means the first day on which an individual becomes an employee of the Group.

**2.11**     **Enrollment Application Form** means the form, whether electronic or paper, containing the information submitted by or on behalf of an eligible individual in connection with a request to enroll as either an Employee Member or a Dependent Member, including any documentation that may be required to prove the Dependent relationship.

3

**2.12**     **ERISA** refers to the Employee Retirement Income Security Act of 1974, as amended.

**2.13**     **HIPAA** refers to the Health Insurance Portability and Accountability Act of 1996, as amended.

**2.14**     **HMO Program** means the program of medical, dental and vision benefits under the Plan provided through a number of health maintenance organizations ("HMOs").  All benefits paid under an HMO shall be governed by the contract that exists between the Plan Sponsor and the HMO, and the portion of such contract that describes the benefits paid under an HMO are hereby incorporated by reference as part of the Plan.  All questions relating to benefits provided under an HMO, including, but not limited to, the review of claims for benefits and any appeal of denied claims for benefits shall be determined by the HMO and not the Plan Administrator.

**2.15**     **Medical Program** means the program of medical Benefits provided under the Plan, as further described in Attachment A.

**2.16**     **Member** means an individual who meets all applicable eligibility requirements of Section 3, Eligibility and Enrollment; is enrolled for coverage; and has agreed to pay all Employee contributions required for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program, as applicable.  A Member can be either an Employee Member or a Dependent Member.

> a.     **Employee Member** means a Member who is enrolled under the Medical Program, Dental Program, Vision Program and/or HMO Program by virtue of his being an Eligible Employee of the Group, rather than as a Dependent.

> b.     **Dependent Member** means a Member who is enrolled under the Medical Program, Dental Program, Vision Program and/or HMO Program as the Spouse or eligible child of an Employee Member.

**2.17**     **Pension Plan** means the Pension Plan for the Employees of Government Employees Companies.

**2.18**     **Permanent Residence** means the home address of an Employee and his Dependents, if any, as identified by the five digit zip code assigned by the United States Postal Service.  A Dependent whose residence is not the same as the Employee's shall be considered to have the Employee's Permanent Residence.

**2.19**     **Plan** means the portion of the GEICO Corporation Consolidated Welfare Benefits Program that provides Members with medical, dental and vision benefits and that is referred to as the GEICO Corporation Medical, Dental and Vision Care Plan.

**2.20**     **Plan Administrator** means the "Benefits Administrative Committee" appointed by the Plan Sponsor to serve as the administrator of the Plan.

**2.21**     **Plan Sponsor** means GEICO Corporation.

**2.22**     **Regular Retiree** means an employee of an Employer who terminates employment after attaining age 65 and who, as of his termination date:

> a.     is eligible for normal retirement benefits under, and is a participant in, the Pension Plan; or

> b.     has completed at least 10 years of employment with one or more Employers and is not a participant in the Pension Plan.

A Regular Retiree, as defined herein, is not treated as a "Retiree" as defined in Subsection 2.25 for any purpose under the Plan.

**2.23    Retiree** shall mean:

a.    an employee of an Employer who terminates employment prior to age 65 and, as of his termination date, is eligible for early retirement benefits under the early retirement provisions of the Pension Plan; or

b.    an employee of an Employer who terminates employment prior to age 65 and, as of his termination date, is not eligible to participate in the Pension Plan, has attained age 55 and has completed at least 20 years of employment with one or more Employers.

**2.24    Spouse** means the person to whom an Employee Member is legally married under the laws of the state in which the marriage is performed (including a common-law spouse in states that recognize common-law marriage). If an Eligible Member was legally married in a state that recognizes same-sex marriage, the Eligible Member's Spouse will not lose his status as a "Spouse" solely because the Eligible Member and his Spouse move to another state in which same-sex marriage is not recognized.

**2.25    Trust Agreement** means the agreement entered into between the Plan Sponsor and the Trustee, together with any amendments thereto.  The Trust Agreement, as entered into and as from time to time amended, is hereby made a part of the GEICO Corporation Consolidated Welfare Benefits Program.

**2.26    Trustee** means the person or persons designated in accordance with the provisions of the Trust Agreement.

**2.27    Trust Fund** means the payments received by the Trustee from the Plan Sponsor or at the direction of the Plan Sponsor, directly from the Employers, together with earnings therefrom.  Such payments may include Employee contributions, if any.

**2.28    Type of Coverage** means: Individual-Only Coverage, which covers an Employee Member only; Individual Plus Child(ren), which covers an Employee Member and one or more Dependent children; Individual Plus Spouse, which covers an Employee Member and his Spouse; and Individual Plus Family Coverage, which covers an Employee Member, his Spouse and at least one Dependent child.

**2.29    Type of Program** means the Medical Program, the HMO Program, the Dental Program and the Vision Program offered under the Plan.  Solely for purposes of the Medical Program, the term "Type of Program" also means the specific option in which an Employee Member is enrolled (see Attachment A for a description of the options available under the Medical Program).

**2.30    Vision Insurance Carrier** means HM Life Insurance Company, doing business as Davis Vision.

**2.31    Vision Program** means the program of vision benefits under the Plan, with all such benefits provided through the Vision Insurance Carrier. All benefits paid under the Vision Program shall be governed by the contract that exists between the Plan Sponsor and the Vision Insurance Carrier, and the portion of such contract that describes the vision benefits is hereby incorporated by reference as part of the Plan.  All questions relating to benefits provided by the Vision Program, including, but not limited to, the review of claims for benefits and any appeal of denied claims for benefits shall be determined by the Vision Insurance Carrier and not the Plan Administrator.

**2.31    Waiting Period** means, in the case of an Employee who is not a GFR, the 75-calendar day period commencing on the Employment Date.  In the event that an Employee's employment with the group ends, and the Employee recommences employment with the group within 30 days of the date that the employment ended, the Employee will be deemed to have completed the waiting period.  In the case of an Employee who is a GFR, the Waiting Period means the 75-calendar day period commencing on the date the GFR enters into a contract to perform services for an Employer. If a GFR's contract ends, and the GFR enters into a contract to perform services for an Employer within 30 days of the date that the prior contract ended, the GFR will be deemed to have completed the waiting period.

## SECTION 3
## ELIGIBILITY AND ENROLLMENT

**3.1    Requirements for Coverage.**  A person may be covered under the Medical Program, Dental Program, Vision Program and/or HMO Program only if all of the following conditions are met:

a.    the person must be eligible for coverage either as an Eligible Employee under Subsection 3.2 below, as a Spouse of an Eligible Employee under Subsection 3.3 below, or as a Dependent Child of an Eligible Employee under Subsections 3.4 and 3.5 below and each such Eligible Employee (other than a resident of Hawaii) must complete the Waiting Period;

b.    an Enrollment Application Form must be submitted to the Group by or on behalf of the person during the applicable enrollment period described in Subsection 3.6 or Subsection 3.7 below indicating the person's enrollment in the Plan; and

c.    the Group must notify the Claims Administrators of such person's enrollment in either the Medical Program, Dental Program, Vision Program and/or the HMO Program, as the case may be.

No person eligible for coverage under the Medical Program, the Dental Program, the Vision Program and/or the HMO Program may be covered simultaneously as an Eligible Employee and as a Spouse or a Dependent Child of an Eligible Employee.

**3.2    Eligible Employee.**  Any person who is classified by the Group in one of the following categories shall be considered an Eligible Employee for purposes of the Medical Program, Dental Program, Vision Program and/or HMO Program:

a.    A permanent employee of the Group who (i) is designated by the Group as working on a full-time, year-round basis or (ii) solely for purposes of the HMO Program, resides in Hawaii and is designated by the Group as working on at least a part-time, year-round basis.  For purposes of this Subsection 3.2.a, a person is not a permanent employee if he is a temporary or seasonal employee.

b.    A Retiree under age 65.

c.    Solely for purposes of the Medical Program, the Dental Program and the Vision Program, any individual who has entered into a contract with an Employer to perform services as a "GEICO Field Representative" or "GFR" (as defined by the Plan Sponsor).

Notwithstanding the foregoing, any person who is classified in Subsection 3.2(a), (b) or (c) shall be considered an Eligible Employee for purposes of the HMO Program only if such person's Permanent Residence is within the applicable HMO's service area.  Further, notwithstanding the foregoing, any person who is classified in Subsection 3.2(a) and who resides in Hawaii shall not be considered an Eligible Employee for purposes of the Medical Program and the Dental Program.

**3.3    Eligibility of Spouse.**  An Eligible Employee who enrolls in the Medical Program, Dental Program, Vision Program and/or HMO Program under Subsection 3.6 or 3.7 below may cover his Spouse as a Dependent Member under the same Type of Program or Programs in which the Eligible Employee is enrolled; provided, however, an Eligible Employee may cover his Spouse who is over age 65 under the Medical Program or HMO Program only if the Eligible Employee is described in Subsection 3.2.a or 3.2.d above; and provided further that in the circumstances described in Subsection 4.2(f)(i) and (iii), the Spouse (and any Dependent Children) of an Eligible Employee may remain enrolled in the Plan even if the Eligible Employee ceases to be so enrolled.

**3.4    Eligibility of Dependent Children.**  An Eligible Employee who enrolls in the Medical Program, Dental Program, Vision Program and/or HMO Program under Subsection 3.6 or 3.7 below may cover a child as a Dependent Member under the same Type of Program or Programs in which the Eligible Employee is enrolled, provided all of the following requirements are met:

a.    the child must meet the age or disability requirements described in Subsection 3.5 below; and

b.    the child must be related to the Eligible Employee in one of the following ways:

(i)    the Eligible Employee's natural child or stepchild;

(ii)    the Eligible Employee's legally adopted child, provided the child was adopted or placed for adoption with the Eligible Employee before the child's 18th birthday;

(iii)    a child, including a grandchild, for whom the Eligible Employee is the legally recognized proposed adoptive parent and who is dependent upon and living with the Eligible Employee during the waiting period before the adoption becomes final, provided the child or grandchild is adopted or placed for adoption with the Eligible Employee before the child's or grandchild's 18th birthday;

(iv)    a child, including a grandchild, who is a "dependent" (within the meaning of Internal Revenue Code Section 152 (without regard to Section 152(b)(1), (b)(2) and (d)(1)(B)) of the Eligible Employee who is in the Eligible Employee's custody as a result of guardianship, other than temporary guardianship of less than a 12-month duration, granted by a court or testamentary appointment;

(v)    a child, including a grandchild, who is a "dependent" (within the meaning of Internal Revenue Code Section 152 (without regard to Section 152(b)(1), (b)(2) and (d)(1)(B)) of the Eligible Employee who is in the court ordered custody of, and is dependent upon and residing with, the Eligible Employee and who has not attained age 18 as of the date of the award of custody; or

(vi)    a child for whom the Eligible Employee has been court ordered or administratively ordered to provide coverage as described in Subsection 3.6.e. or Subsection 3.7.e below.

Any child who meets the requirements set forth above shall be referred to as a "Dependent Child."

**3.5**    **Age Limits and Disability Requirement for Coverage of Dependent Children.** An Eligible Employee who enrolls in the Medical Program, Dental Program, Vision Program and/or HMO Program under Subsection 3.6 or 3.7 below may cover his Dependent Child as a Member under the same Type of Program or Programs in which the Eligible Employee is enrolled, subject to the following limits:

a.    A Dependent Child is eligible up to age 26.

b.    A Dependent Child who is age 26 or over is eligible (regardless of age) provided the following requirements are met:

(i)    the child is permanently and totally disabled (as defined in Internal Revenue Code Section 22(e)(3));

(ii)    the child's permanent and total disability occurred before the child reached age 26;

(iii)    the child is a "dependent" within the meaning of Internal Revenue Code Section 152 (without regard to Section 152(b)(1), (b)(2) and (d)(1)(B)) of an Eligible Employee; and

(iv)    the Eligible Employee provides the Plan Administrator with proof in writing that the child is permanently and totally disabled (as defined in Internal Revenue Code Section 22(e)(3)), including certification by a physician, within the later of: (A) 31 days after the child's coverage would otherwise terminate or (B) 31 days after the effective date of the child's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program, as the case may be. The Plan Administrator and, in the case of the Medical Program and the Dental Program, the Claims Administrators have the right to verify whether the child is and continues to qualify as permanently and totally disabled child.

**3.6**    **Regular Enrollment Opportunities.** An Eligible Employee may enroll himself and his eligible Dependents, as applicable, under the Medical Program, Dental Program, Vision Program and/or HMO

Program during the period of time and under the conditions described below. If an individual is enrolled under these conditions, his enrollment will be treated as Regular Enrollment. Enrollment at other times will be treated as Special Enrollment, as described in Subsection 3.7 below, and will be subject to the conditions and limitations of that Subsection.

      a.     **Type of Program or Programs.** Notwithstanding the following provisions of this Subsection 3.6, during Regular Enrollment an Eligible Employee may enroll either himself or himself and his eligible Dependents, as applicable, in the Medical Program, Dental Program, Vision Program and/or HMO Program; provided, however, the Eligible Employee shall not be permitted to enroll himself and his eligible Dependents, as applicable, in both the Medical Program and the HMO Program for the same period of coverage.

      b.     **Initial Enrollment.** An Eligible Employee may enroll himself and his eligible Dependents for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program during the Initial Enrollment Period, which is the 31-day period ending after the date the Employee becomes an Eligible Employee. Coverage under this Subsection 3.6.b will become effective as of the first day of the pay period that begins immediately following the date all of the following requirements are satisfied: (i) the Eligible Employee has completed the Waiting Period; (ii) the Eligible Employee agrees to make all required Employee contributions; and (iii) the Eligible Employee timely submits an Enrollment Application Form. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee properly completes and submits such form to the Plan Administrator no later than the end of the Initial Enrollment Period. Notwithstanding the foregoing provisions of this Subsection 3.6.b, if an Eligible Employee is absent from work due to vacation, holiday, or any other non-medical absence on the date the Eligible Employee's coverage and the coverage of his eligible Dependents under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) would otherwise become effective, the Eligible Employee's coverage and the coverage of his eligible Dependents will not become effective until the first date the Eligible Employee actively works for one full day.

      c.     **Annual Open Enrollment.** Prior to January 1 of each year that the Plan is in effect, the Group will have an enrollment period (referred to as "Open Enrollment Period"). During the Open Enrollment Period, each Eligible Employee who has completed the applicable Waiting Period and who is not covered under the Medical Program, Dental Program, Vision Program and/or HMO Program may enroll himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program. In addition, an Employee Member may drop his coverage and the coverage of his eligible Dependents under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be), change the Type of Program in which he and his eligible Dependents are enrolled, or change the Type of Coverage by adding eligible Dependents who were not previously enrolled and dropping Dependents who were previously enrolled.

      (i)     The coverage for any Eligible Employee who enrolls himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program during the Open Enrollment Period will become effective as of the January 1 next following such Open Enrollment Period, provided the Eligible Employee agrees to make all required Employee contributions and the Eligible Employee timely submits an Enrollment Application Form. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee properly completes and submits such form to the Plan Administrator no later than the end of the Open Enrollment Period.

      (ii)     If an Eligible Employee who is not an Employee Member fails to file an Enrollment Application Form with the Plan Administrator during the Open Enrollment Period, the Eligible Employee shall not be permitted to enroll himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO

Program (as the case may be) until the next Open Enrollment Period, subject, however, to the availability of a Special Enrollment Period under Subsection 3.7 below.

(iii)     Any change in the Type of Coverage and/or the Type of Program elected by an Employee Member during the Open Enrollment Period will become effective as of the January 1 next following such Open Enrollment Period, provided the Employee Member agrees to make all required Employee contributions and Employee Member timely submits an Enrollment Application Form. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Employee Member properly completes and submits such form to the Plan Administrator no later than the end of the Open Enrollment Period.

(iv)     If an Employee Member fails to file an Enrollment Application Form with the Plan Administrator during the Open Enrollment Period, the Employee Member's last filed Enrollment Application Form (including the names of any eligible Dependent(s) indicated on such form and the Type of Coverage and Type of Program or Programs elected on such form) shall govern the enrollment of such Employee Member and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) for the calendar year following such Open Enrollment Period, subject, however, to any affirmative Open Enrollment Period under Subsection 3.6.c.(v) and the availability of a Special Enrollment Period under Subsection 3.7 below.

(v)     The Plan Administrator may implement, in any given year, an affirmative Open Enrollment Period. In this instance, all coverages in the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) in which Employee Members and eligible dependents are enrolled will terminate at the end of the then current plan year. Employee Members must affirmatively elect coverage(s) for the new plan year during the Open Enrollment Period.

d.     **Coverage of a Newborn Child, Newly Adopted Child or Newly Eligible Child.** Enrollment requirements for a newborn child (Subsection 3.4.c(i) above), a newly adopted child or proposed adoptive child (Subsection 3.4.c(ii) or (iii) above), or a newly eligible child (Subsection 3.4.c(iv) or (v) above) are specified in this Subsection 3.6.d. Enrollment requirements for other categories of Dependent Children are described in Subsection 3.6.e and 3.6.f below.

(i)     **First Eligibility Date.** For purposes of this Subsection 3.6.d, "First Eligibility Date" means: (A) for a newborn child, the child's date of birth; (B) for a newly adopted child, the earlier of the judicial decree of adoption or the placement of the child in the Employee Member's home as the legally recognized proposed adoptive parent; (C) for a child described in Subsection 3.4.c(iv) above for whom guardianship has been granted by court or testamentary appointment, the date the appointment becomes effective; and (D) for a child described in Subsection 3.4.c(v) above for whom the Employee Member has been granted legal custody, the date of the court decree or the date the court decree becomes effective, whichever is later.

(ii)     **Enrollment Requirements.** If the Employee Member is enrolled in any Type of Coverage, the child will be covered automatically under the Type of Program or Programs in which the Employee Member is enrolled for the 31-day period beginning with the child's First Eligibility Date. No action is required for the child to receive this automatic coverage. If the Employee Member wishes to continue coverage for the child beyond this 31-day period, the Employee Member must enroll the child (and may enroll any other eligible Dependents who were previously not enrolled) in the Type of Program or Programs in which the Employee Member is enrolled within this 31-day period. When enrolling the child (and any other eligible Dependents who were previously not enrolled), the Employee Member must also select an appropriate Type of Coverage (for example,

Individual Plus Child(ren) or Individual Plus Family).  For example, if a child's First Eligibility Date is January 1, the child will automatically receive coverage through January 31.  If the Employee Member wants coverage for the child to continue beyond January 31, the Employee Member must enroll the child (and may enroll any other eligible Dependents who were previously not enrolled) during the month of January.  Any change in the Employee Member's Type of Coverage (for example, from Individual-Only or Individual Plus Spouse to Individual Plus Child(ren) or Individual Plus Family) will be made effective as of the child's First Eligibility Date.

e.      **Coverage of Children Under Court or Administrative Order.**  The Plan Administrator will determine whether a court or administrative order received by the Group with respect to an Employee Member's child or children is a "qualified medical child support order" (as that term is defined under Section 609 of ERISA) and whether such child or children are eligible for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program.  If the Plan Administrator determines that an Employee Member is required under a court or administrative order to provide coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) for his Dependent Child (or Dependent Children), the Employee Member must enroll such Dependent Child (or Dependent Children) covered by the order under the Type of Program or Programs in which the Employee Member is enrolled within a reasonable period of time (as determined by the Plan Administrator) after the Plan Administrator determines that the order is a "qualified medical child support order" and the Plan Administrator receives a copy of the order that is signed by a competent court or administrative agency.  If the Employee Member fails to enroll such Dependent Child (or Dependent Children) within such reasonable period of time, the Plan Administrator will enroll such Dependent Child (or Dependent Children) on behalf of the Employee Member under the Type of Program or Programs in which the Employee Member is enrolled and change the Employee Member's Type of Coverage (as necessary).  Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) pursuant to a court or administrative order for any Dependent Child who is enrolled under this Subsection 3.6.e will become effective as of the earliest of: (A) the first day of the pay period that begins immediately following the date the Employee Member submits a properly completed Enrollment Application Form, (B) the date otherwise required by the court, administrative order or applicable law, or (C) upon enrollment by the Plan Administrator.  Notwithstanding the foregoing, if the Employee Member is enrolled under the HMO Program and the Dependent Child (or Dependent Children) covered by the order lives outside of the applicable HMO's service area, the Plan Administrator will change the Type of Program in which such Employee Member and Dependent Child (or Dependent Children) are enrolled from the HMO Program to the Medical Program.

f.      **Other Newly Eligible Dependents.**  This Subsection 3.6.f provides the requirements for enrolling newly eligible Dependent(s), other than those described in Subsection 3.6.d and 3.6.e above, such as a new Spouse and/or stepchild.  An Employee Member who acquires a newly eligible Dependent(s) may enroll such newly eligible Dependent(s) in the Type of Program or Programs in which the Employee Member is enrolled and change the Type of Coverage, as necessary, to include the new Dependent(s) within the 31-day period beginning with the date the individual(s) first becomes a newly eligible Dependent(s).  This enrollment opportunity applies to the newly eligible Dependent(s) and any other eligible Dependents who were not previously enrolled.  Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) for any eligible Dependent(s) enrolled under this Subsection 3.6.f will become effective as of the first day of the pay period that begins immediately following the date the Employee Member agrees to make all required Employee contributions and the Employee Member timely submits an Enrollment Application Form.  For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Employee Member properly completes and submits such form to the Plan Administrator no later than the end of the 31-day period described above.

**3.7      Special Enrollment Periods.**  An Eligible Employee who has completed the applicable Waiting Period may enroll either himself or himself and his eligible Dependents in the Medical Program, Dental

Program, Vision Program and/or HMO Program or an Employee Member may enroll his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program as a result of the following qualifying events and during the period of time and under the conditions described below. If an individual is enrolled as a result of one of the following qualifying events, his enrollment will be treated as a Special Enrollment.

      a.     **Type of Program or Programs.** Notwithstanding the following provisions of this Subsection 3.7, during Special Enrollment, an Eligible Employee may enroll either himself, himself and his eligible Dependents, or his eligible Dependents (provided the Eligible Employee is already enrolled), as applicable, in the Medical Program, the Dental Program, the Vision Program and/or the HMO Program (as the case may be); provided, however, the Eligible Employee shall not be permitted to enroll himself and his eligible Dependents, as applicable, in both the Medical Program and the HMO Program for the same period of coverage.

      b.     **Loss of Other Coverage.** A qualifying event occurs if (1) the Eligible Employee did not enroll himself or himself and his eligible Dependents in the Plan when he first became eligible or the Eligible Employee enrolled himself in the Plan but did not enroll one or more of his eligible Dependents in the Plan when they were first eligible, due to the Eligible Employee and/or his eligible Dependents, as the case may be, already having coverage under a public or private health benefits plan (referred to in this Subsection 3.7.b as "other coverage"), and (2) that other coverage terminates due to any of the following:

      (i)     termination of the plan under which the other coverage is provided;

      (ii)    the Eligible Employee's or Employee Member's divorce or legal separation;

      (iii)   death of the Eligible Employee's or Employee Member's Spouse;

      (iv)   voluntary or involuntary termination of the Eligible Employee's or Employee Member's Spouse's employment;

      (v)    involuntary loss of the Eligible Employee's or Employee Member's Spouse's eligibility for continued group coverage;

      (vi)   cancellation of all group health benefits programs offered by the Eligible Employee's or Employee Member's Spouse's employer;

      (vii)   exhaustion of COBRA continuation coverage;

      (viii)  loss of eligibility for coverage; or

      (ix)   termination of the employer contribution.

The Eligible Employee may enroll himself or himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program and the Employee Member may enroll his eligible Dependents in the same Type of Program in which the Employee Member is enrolled as a result of this qualifying event only if the individual or individuals being enrolled were covered under the other coverage on the last day the other coverage was in effect. The Plan Administrator may require the Eligible Employee or Employee Member (as the case may be) to submit proof of eligibility, including proof of the other coverage and the circumstances under which such other coverage is terminated. Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will become effective as of the first day of the pay period that begins immediately following (A) the date the Eligible Employee agrees to make all required Employee contributions and timely submits an Enrollment Application Form enrolling himself or himself and his eligible Dependents or (B) the date the Employee Member agrees to make all required Employee contributions and timely submits an Enrollment Application Form enrolling his eligible Dependents. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee or Employee Member (as the case may be) properly completes and submits such form to the Plan Administrator no later than the end of the 31-day period beginning with the date the other coverage terminates.

c.     **Marriage.** A qualifying event occurs if (1) the Eligible Employee did not enroll himself when he first became eligible, and (2) an individual becomes a Dependent of the Eligible Employee as a result of the Eligible Employee's marriage. The Eligible Employee may enroll himself or himself and his newly eligible Dependents and any other eligible Dependents who were previously not enrolled in the Plan as a result of the qualifying event. Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will become effective as of the first day of the pay period that begins immediately following the date the Eligible Employee agrees to pay all required Employee contributions and timely submits an Enrollment Application Form enrolling himself or himself and his newly eligible Dependents and other eligible Dependents. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee properly completes and submits such form to the Plan Administrator no later than the end of the 31-day period beginning with the date of the Eligible Employee's marriage.

d.     **New Child Dependent.** A qualifying event occurs if (1) the Eligible Employee did not enroll himself when he first became eligible, and (2) an individual becomes a Dependent of the Eligible Employee through birth, adoption, placement for adoption, or as a result of court-ordered custody or guardianship, other than temporary guardianship of less than a 12-month duration, granted by a court or testamentary appointment. The Eligible Employee may enroll himself or himself and his newly eligible Dependent and any other eligible Dependents who were previously not enrolled in the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be). Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program will become effective as of the First Eligibility Date of the Dependent as defined in Subsection 3.6.d(i) above, provided that the Eligible Employee agrees to pay all required Employee contributions and timely submits an Enrollment Application Form enrolling himself or himself and his newly eligible Dependent and other eligible Dependents. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee properly completes and submits such form to the Plan Administrator no later than the end of the 31-day period beginning with the date the individual becomes a newly eligible Dependent.

e.     **Medical Child Support Orders.** A qualifying event occurs if (i) the Eligible Employee did not enroll himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program when he first became eligible, and (ii) the Plan Administrator determines that a court or administrative order received by the Group with respect to the Eligible Employee's child or children is a "qualified medical child support order" (as that term is defined under Section 609 of ERISA). The Eligible Employee must enroll himself and such Dependent Child (or Dependent Children) covered by the order in the Medical Program, Dental Program, Vision Program and/or HMO Program within a reasonable period of time (as determined by the Plan Administrator) after the Plan Administrator determines that the order is a "qualified medical child support order" and the Plan Administrator receives a copy of the order that is signed by a competent court or administrative agency. If the Eligible Employee fails to enroll himself and such Dependent Child (or Dependent Children) within such reasonable period of time, the Plan Administrator will enroll the Eligible Employee and such Dependent Child (or Dependent Children) on behalf of the Eligible Employee in the Medical Program or the HMO Program (and the Dental Program and the Vision Program, if required by the terms of the "qualified medical child support order"). Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) pursuant to a court or administrative order for any Dependent Child who is enrolled under this Subsection 3.7.e will become effective as of the earliest of: (A) the first day of the pay period that begins immediately following the date the Eligible Employee submits a properly completed Enrollment Application Form, (B) the date otherwise required by the court, administrative order or applicable law, or (C) upon enrollment by the Plan Administrator.

f.     **Determination of Long-Term Disability ("LTD").** A qualifying event occurs if (1) an Eligible Employee or Employee Member (as the case may be) is determined to be entitled to benefits under an Employer-sponsored LTD program, ("LTD Determination Date") (which date

may be later than the date the Eligible Employee or Employee Member begins to accrue LTD benefits if the final determination is made retroactively) and (2) immediately preceding the LTD determination date, the Eligible Employee and his eligible Dependents, if any, were not enrolled for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program or, alternatively, the Employee Member was enrolled but the Employee Member's eligible Dependents were not enrolled for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program. The Eligible Employee may elect coverage for himself and his eligible Dependents or, alternatively, the Employee Member may elect coverage for his eligible Dependents, under the Medical Program, Dental Program, Vision Program and/or HMO Program. Coverage will become effective as of the first date that coincides with or next follows the LTD Determination Date on which the Eligible Employee or Employee Member (as the case may be) agrees to make all required Employee contributions and timely submits an Enrollment Application Form enrolling himself and any eligible Dependents. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if such form is properly completed and received by the Plan Administrator within the 31-day period beginning with the LTD Determination Date (whether by administrative or judicial decision).

g.  **Medicaid or State Children's Health Insurance Program.** A qualifying event occurs if (1) the Eligible Employee did not enroll himself or herself and his eligible Dependents when he first became eligible or the Eligible Employee enrolled himself in the Plan but did not enroll one or more of his eligible Dependents in the Plan when they were first eligible, due to the Eligible Employee and/or his eligible Dependents, as the case may be, already having coverage under a State Medicaid or Child Health Insurance Program, and (2) either of the following events occurs:

(i)  the coverage under the Medicaid or State Children's Health Insurance Program is terminated for the Eligible Employee and/or his eligible Dependents due to a loss of eligibility for such coverage, or

(ii)  the Eligible Employee and/or his eligible Dependents become eligible for employment assistance under a Medicaid or State Children's Health Insurance Program.

The Eligible Employee may enroll himself or himself and his eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program and the Employee Member may enroll his eligible Dependents in the same Type of Program in which the Employee Member is enrolled as a result of this qualifying event only if the individual or individuals being enrolled were covered under a Medicaid or State Children's Health Insurance Program on the last day that coverage was in effect. The Plan Administrator may require the Eligible Employee or Employee Member (as the case may be) to submit proof of eligibility, including proof of the other coverage and of the circumstances under which such other coverage is terminated. Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will become effective as of the first day of the pay period that begins immediately following (A) the date the Eligible Employee agrees to make all required Employee contributions and timely submits an Enrollment Application Form enrolling himself or himself and his eligible Dependents or (B) the date the Employee Member agrees to make all required Employee contributions and timely submits an Enrollment Application Form enrolling his eligible Dependents. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee or Employee Member (as the case may be) properly completes and submits such form to the Plan Administrator no later than the end of the 60-day period beginning with the date coverage is terminated under the Medicaid or State Children's Health Insurance Program coverage or the date the Eligible Employee, Eligible Member or eligible Dependent (as the case may be) is determined to be eligible for employment assistance under a Medicaid or State Children's Health Insurance Program.

h.  **Other Changes in Status.** A qualifying event occurs under the Medical Program, Dental Program, Vision Program and/or HMO Program if a "Change in Status" or other event enumerated in the Flexible Compensation Plan portion of the GEICO Corporation Consolidated

Welfare Benefits Program that is not previously described in Subsection 3.6 or 3.7 above occurs and such Change in Status or other event would permit a change in the Type of Coverage and/or Type of Program prior to the next Open Enrollment Period under the provisions of the Flexible Compensation Plan. Any change in the Type of Coverage or Type of Program as a result of such Change in Status or other event will become effective as of the first day of the pay period that begins immediately following the date the Eligible Employee or Employee Member (as the case may be) timely submits an Enrollment Application Form or such other form as required by the Plan Administrator that reflects the permitted change in the Type of Coverage and/or Type of Program. For purposes of the preceding sentence, an Enrollment Application Form is considered timely submitted if the Eligible Employee or Employee Member (as the case may be) properly completes and submits such form to the Plan Administrator no later than the end of the 31-day period beginning with the date of the Change in Status or other event.

**3.8     No Late Enrollment.** If an Eligible Employee or Employee Member does not meet the conditions described in Subsection 3.6 or 3.7 above to enroll in the Medical Program, Dental Program, Vision Program and/or HMO Program (including if the Eligible Employee fails to enroll or elects not to enroll himself and any eligible Dependents or if the Employee Member fails to enroll or elects not to enroll any eligible Dependents within the time periods described in Subsection 3.6 or 3.7 above), the Eligible Employee may enroll himself and any eligible Dependents in the Medical Program, Dental Program, Vision Program and/or HMO Program or the Employee Member may enroll any eligible Dependents in the same Type of Program or Programs in which the Employee Member is enrolled only during an Open Enrollment Period, as described in Subsection 3.6.c above.

**3.9     Moving Inside or Outside the Service Area.**

a.     When an Employee Member under the Medical Program moves his Permanent Residence to be inside an HMO's service area, as determined by the Plan Administrator (including by reason of a transfer of employment between work locations), the Employee Member may drop his Medical Program coverage and enroll himself and his eligible Dependents in the HMO Program, provided the Employee Member timely submits an Enrollment Application Form to the Plan Administrator during the enrollment period designated by the Plan Administrator and the Employee Member agrees to make the required Employee contributions for such HMO Program coverage. Coverage under the HMO Program will become effective and coverage under the Medical Program will terminate as of the date of the change in the Employee Member's Permanent Residence (or as of the date of the transfer of employment between work locations, as the case may be), as determined by the Plan Administrator.

b.     When an Employee Member under the HMO Program moves his Permanent Residence to be outside an HMO's service area, as determined by the Plan Administrator (including by reason of a transfer of employment between work locations), the Employee Member may drop his HMO Program coverage and enroll himself and his eligible Dependents in the Medical Program, provided the Employee Member timely submits an Enrollment Application Form to the Plan Administrator during the enrollment period designated by the Plan Administrator and the Employee Member agrees to make the required Employee contributions for such Medical Program coverage. Coverage under the Medical Program will become effective and coverage under the HMO Program will terminate as of the date of the change in the Employee Member's Permanent Residence (or as of the date of the transfer of employment between work locations, as the case may be), as determined by the Plan Administrator.

c.     When an Employee Member is enrolled in one HMO under the HMO Program ("old HMO") and moves his Permanent Residence to be inside another HMO's service area ("new HMO"), as determined by the Plan Administrator (including by reason of a transfer of employment between work locations), the Employee Member may drop his enrollment in the old HMO and enroll himself and his eligible Dependents in the new HMO, provided the Employee Member timely submits an Enrollment Application Form to the Plan Administrator during the enrollment period designated by the Plan Administrator and the Employee Member agrees to make the required Employee contributions for such coverage under the new HMO. Coverage under the new HMO will become effective and coverage under the old HMO will terminate as of the date of

the change in the Employee Member's Permanent Residence (or as of the date of the transfer of employment between work locations, as the case may be), as determined by the Plan Administrator.

**3.10    Eligibility and Enrollment Rules Applicable to HMO Program.**  Notwithstanding the foregoing provisions of this Section 3, Eligibility and Enrollment, the terms and provisions of the contracts with Kaiser Permanente, Southern California Region and Kaiser Permanente, Northern California Region Health Plan Hawaii (HMO), Health Plan Hawaii (PPO), and Hawaii Dental Service (which are hereby incorporated by reference) shall govern in determining the eligibility and enrollment in the HMO Program of an Eligible Employee, the Eligible Employee's Spouse and/or the Eligible Employee's Dependent Child(ren).

**3.11    Administration of Eligibility and Enrollment Rules.**

a.    **Clerical or Administrative Error.**  If a person is ineligible for coverage under the Medical Program, Dental Program, Vision Program or HMO Program (as the case may be), such person shall not become eligible simply because the Plan Administrator, a Claims Administrator or an HMO makes a clerical or administrative error and incorrectly records or reports the person as eligible.  Likewise, if a person is properly eligible for coverage, such person shall not lose coverage merely because the Plan Administrator, a Claims Administrator or an HMO makes a clerical or administrative error and incorrectly records or reports the person as ineligible.

b.    **Cooperation and Submission of Information.**  The Plan Administrator may require any person seeking coverage to verify eligibility for the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be).  Each person seeking coverage is required to cooperate with and assist the Plan Administrator, including allowing it to review records upon request.  If the Plan Administrator sends the person seeking coverage a request for information and/or documentation to establish eligibility, such information and/or documentation must be submitted with the time period specified by the Plan Administrator. If the Plan Administrator does not receive the information and/or documents required to establish eligibility the Plan Administrator may deny, suspend or terminate such person's coverage in accordance with Subsection 4.2(d).

c.    **Coordination with Flexible Compensation Plan Requirements.**  The Plan Administrator will at all times construe and administer the enrollment rules described in Sections 3.6, 3.7, 3.8, 3.9 and 3.10 in a manner consistent with the requirements of the Flexible Compensation Plan.  Thus, the Plan Administrator will not permit an enrollment change under this Plan that would violate the requirements of the Flexible Compensation Plan.

## SECTION 4
## TERMINATION OF COVERAGE

**4.1     Termination of the Medical Program, Dental Program, Vision Program or HMO Contract/HMO Program.** The Medical Program and the Dental Program, as the case may be, may be terminated by the Plan Sponsor.  Upon termination of the Medical Program and/or the Dental Program, as the case may be, coverage for all Members participating in the terminated Program will end on the last day on which such terminated Program is in effect.

The contract with the Vision Program Insurer may be cancelled or terminated by the Plan Sponsor in accordance with the terms of such contract. In the event of any such cancellation or termination, coverage under the Vision Program for all Members participating in that Program will terminate effective as of the date of cancellation or termination.

A contract with an HMO may be cancelled or terminated by the Plan Sponsor in accordance with the terms of such contract.  In the event of any such cancellation or termination, coverage under the HMO Program for the Employee Members who elected to be covered by such HMO will terminate effective as of the date of cancellation or termination.  Any such Employee Member who is affected by the HMO contract cancellation or termination shall be permitted to elect another HMO under the HMO Program or coverage under the Medical Program, Dental Program or Vision Program, or reject medical, dental or vision coverage under the Plan.  In addition, the HMO Program may be terminated in its entirety by the Plan Sponsor.  In the event of such termination, coverage for all Members participating in the HMO Program will terminate effective as of the last day on which the HMO Program is in effect.  Any such Employee Member who is affected by the full termination of the HMO Program shall be permitted to elect coverage under the Medical Program, the Dental Program or the Vision Program or reject medical, dental or vision coverage under the Plan.

**4.2     Termination of Individual Member's Coverage.** Subject to the Continuation Coverage rules set forth in Subsection 4.7 below, and except as provided in Subsection 4.5, Extension of Benefits, below, an individual Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as follows:

a.     Subject to Subsections 4.2.e and 4.2.f below, if an Employee Member's employment with the Group (or contract with the Group, in the case of a GFR) ends or the Employee Member continues to be employed by the Group but the Employee Member ceases to be an Eligible Employee, the Employee Member's coverage and the coverage of the Employee Member's enrolled Dependents under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as of the Employee Member's last day of employment with the Group (or the termination date of the contract, in the case of a GFR) or the date on which the Employee Member ceases to be an Eligible Employee (whichever the case may be).  The Plan Administrator shall notify the Employee Member if coverage under the Plan terminates.  Even if the Plan Administrator does not notify the Member, coverage will nonetheless terminate.

b.     If a Dependent Child is enrolled under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) pursuant to a court or administrative order under Subsection 3.6.e or 3.7.e above, the Employee Member may not terminate or cancel the coverage of such Dependent Child unless written evidence is provided to the Plan Administrator that:

(i)     the order is no longer in effect; or

(ii)     the Dependent Child has been or will be enrolled under other reasonable medical insurance coverage that will take effect not later than the effective date of the disenrollment.

Neither the Group, the Plan Administrator, any Claims Administrator nor any HMO shall be required to give notice of termination to the Dependent Child.

c.    If an Employee Member's Spouse or Dependent Child is enrolled under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be), coverage under this Plan for such Spouse or Dependent Child will **automatically** terminate if such Spouse or Dependent Child no longer meets the eligibility requirements set forth in Subsection 3.3 or Subsections 3.4 and 3.5 above (as applicable) because of a change in the Spouse's or Dependent Child's age, status or relationship to the Employee Member.  Such Spouse's or Dependent Child's coverage will terminate on the last day of the month in which the Spouse or Dependent Child first becomes ineligible.

**NOTE:  The Employee Member is responsible for notifying the Plan Administrator of any changes in the status of enrolled Dependents which affect their eligibility for coverage under the Plan.  These changes include the Employee Member's divorce or the death of a Spouse or Dependent Child.  If the Employee Member does not notify the Plan Administrator of these types of changes, the Plan Administrator will treat the notification failure as an intentional misrepresentation of material fact subject to termination of coverage in accordance with Subsection 4.2(d).**

d.    The Plan Administrator may, in its discretion, retroactively or prospectively terminate an Employee Member's coverage (and coverage of his Dependent Members) under the Medical Program, Dental Program, Vision Program and/or HMO program (as the case may be) if the Employee Member or Dependent Member performs an act, practice or omission that constitutes fraud or, by action or inaction, makes an intentional misrepresentation of material fact or fails to pay required Employee or Retiree contributions on a timely basis.  Any retroactive termination of coverage will comply with the requirements of Section 2712 of the Public Health Service Act and regulations and other guidance issued thereunder requiring, among other things, 31 days prior written notice (unless the retroactive termination is attributable to a failure to pay required Employee or Retiree contributions on a timely basis).  In any case involving retroactive termination, the Plan Administrator may, in its discretion, recover from the Employee Member or the Dependent Member the full value of the services and Benefits provided during the period for which coverage is revoked.  Examples of intentional misrepresentation of material fact include, without limitation, the following events:

(i)    the Employee Member or a Dependent Member allows another person to use his identification card or used another person's card, in which event the card must be returned to the Plan Administrator or Claims Administrator, as the case may be, upon request;

(ii)    the Employee Member makes an intentional misrepresentation of information which is material to the acceptance of the Enrollment Application Form (in completing the Enrollment Application Form, the Employee Member represents that all information contained in the Enrollment Application Form is true, correct and complete to the best of the Employee Member's knowledge and belief);

(iii)    the Employee Member or Dependent Member (or the representative thereof) makes intentional misstatements in connection with the provision of Benefits under the Plan to the Employee Member or Dependent Member;

(iv)    The Employee Member fails to timely notify the Plan Administrator of a change in family status affecting a Dependent Member's eligibility for coverage under the Plan;

(v)    The Employee Member or Dependent Member fails to timely respond to a request from the Plan Administrator for information and/or documentation; or

(vi)    The Employee Member or Dependent Member fails to pay required Employee or Retiree contributions on a timely basis.

e.    Notwithstanding Subsection 4.2.a above and Subsection 4.5 below, an Employee Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as follows:

(i)    If the Employee Member is a Retiree and elects to continue, coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be), his coverage will terminate as of the last day of the month immediately prior to the month in which he attains age 65, provided that he pays the required Retiree contributions.

(ii)    If the Employee Member is either (1) a Regular Retiree or (2) a Retiree who does not elect to continue coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be), his coverage will terminate as of the last day of the month in which his retirement occurs.

(iii)    If the Employee Member fails to pay the required Employee contributions, his coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as of the date through which such required Employee contributions are paid, as determined by the Plan Administrator.

(iv)    If the Employee Member dies, his coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as of his date of death.

f.    Notwithstanding Subsection 4.2.a above and Subsection 4.5 below, a Dependent Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as follows:

(i)    If the Employee Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) terminates under Subsection 4.2.e(i) or (ii) above, the Dependent Member who is his Spouse shall continue to be eligible for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) until the last day of the month in which the Spouse attains age 65, and the Dependent Member who is his child (as described in Subsection 3.4 above) shall continue to be eligible for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) until the earlier of: (A) the date the child loses his Dependent status, or (B) the later of (I) the date the Employee Member's coverage terminates under Subsection 4.2.e(i) or (ii) above, or (II) the date the coverage for the Dependent Member who is the Employee Member's Spouse terminates under the preceding provisions of this Subsection 4.2.f(i); provided, however, in all cases that the required Retiree contributions for such Dependent coverage are paid.

(ii)    If the Employee Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) terminates under Subsection 4.2.e(iii) above, coverage of his Dependent Members under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) will terminate as of the date through which such required Employee contributions are paid, as determined by the Plan Administrator.

(iii)    If the Employee Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) terminates under Subsection 4.2.e(iv) above and the Employee Member's death occurs on or after the date he would have been a Retiree or a Regular Retiree had he retired prior to his death, the Dependent Member who is his surviving Spouse shall continue to be eligible for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) until the last day of the month in which the Spouse attains age 65, and the Dependent Member who is his surviving child (as described in Subsection 3.4 above) shall continue to be eligible for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) until the earlier of: (A) the date the child loses his Dependent status, or (B) the date the coverage for the Dependent Member who is the Employee Member's Spouse terminates under the preceding

provisions of this Subsection 4.2.f(iii); provided, however, in all cases that the required Retiree contributions for such Dependent coverage are paid.

(iv)    If the Employee Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) terminates under Subsection 4.2.e(iv) above and the Employee Member's death occurs before the date he would have been a Retiree or a Regular Retiree had he retired prior to his death, coverage of his Dependent Members will continue until the last day of the month in which the Employee Member dies.

(v)    Notwithstanding anything herein to the contrary, if the Employee Member is a Retiree who is covered under the Medical Program, Dental Program, Vision Program and/or the HMO Program (as the case may be), coverage of his Dependent Member who is his Spouse will terminate as of the last day of the month in which his Spouse attains age 65.

g.    Furthermore, notwithstanding anything herein to the contrary, an Employee Member's coverage (and the coverage of his Dependent Members) under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) shall continue during any period when the Employee Member is not actively employed only as specified below:

(i)    **Paid Leaves, Including Family and Medical Leaves of Absence.**  An Employee Member who commences a paid leave of absence, including a paid leave that is an approved leave under the Family and Medical Leave Act of 1993 (FMLA), as it may be amended from time to time, is required during such paid leave of absence to continue coverage under the Type of Program or Programs in which the Employee Member is enrolled immediately preceding the commencement of the paid leave of absence and to continue paying any required Employee contributions for such coverage.  The Employee Member's coverage under this Subsection 4.2.g(i) will continue until the first to occur of: (A) the Employee Member's return to active employment with the Group; (B) the end of the paid leave of absence, or (C) the date the Employee Member otherwise terminates coverage under the Plan.  If the end of the Employee Member's paid leave of absence precedes the Employee Member's return to active employment with the Group, any continuation of coverage following the paid leave of absence shall be subject to Subsection 4.2.g(ii) and Subsection 4.7 below.

(ii)    **Unpaid Leaves, Including Family and Medical Leaves of Absence.**  An Employee Member who commences an unpaid leave of absence or transitions directly from a paid leave of absence to an unpaid leave of absence, including an unpaid leave that is an approved FMLA leave, will continue coverage, during such unpaid leave of absence, under the Type of Program or Programs in which the Employee Member is enrolled immediately preceding the commencement of the unpaid leave of absence unless the Employer Member makes an affirmative election to discontinue such coverage.  The Employee Member will pay the required Employee contributions directly to the Group for such coverage as directed by the Plan Administrator.  The Employee Member's coverage under this Subsection 4.2.g(ii) will continue until the first to occur of: (A) the Employee Member's return to active employment with the Group; (B) the Employee Member's failure to pay the required Employee contributions when due; (C) the end of the approved unpaid leave of absence, or (D) the date the Employee Member otherwise terminates coverage under the Plan.  If the required Employee contributions are not paid as directed by the Plan Administrator, or if the end of the Employee Member's approved unpaid leave of absence precedes the Employee Member's return to active employment with the Group, the Employee Member's coverage and the coverage of any family members will terminate as of the day specified by the Plan Administrator, and any continuation of coverage following the approved unpaid leave of absence shall be subject to Subsection 4.7 below.

(iii)    **Military Leave.**  An Employee Member who is absent from work due to uniformed service qualifying under the Uniformed Services Employment and

19

Reemployment Rights Act of 1994 (USERRA), as it may be amended from time to time, will continue coverage during such unpaid military leave of absence, under the Type of Program or Programs in which the Employee Member is enrolled immediately preceding the commencement of the military leave, unless the Employee Member makes an affirmative election to discontinue such coverage. The Employee Member will pay the required Employee contributions directly to the Group for such coverage as directed by the Plan Administrator. The Employee Member's coverage under this Subsection 4.2.g(iii) will continue until the first to occur of: (A) the Employee Member's return to active employment with the Group; (B) the Employee Member's failure to pay the required Employee contributions when due; (C) the end of the approved unpaid military leave period, or (D) the date the Employee Member otherwise terminates coverage under the Plan. If the required Employee contributions are not paid when due, or if the end of the Employee Member's approved unpaid military leave period precedes the Employee Member's return to active employment with the Group (as determined in accordance with USERRA), any continuation of coverage following the military leave period shall be subject to Subsection 4.7 below. If an Employee Member elects to forego coverage under the Plan at any time during the Employee Member's military leave period and enrolls in the Plan in accordance with USERRA upon his return to active employment with the Group, the Employee Member will be credited with any prior periods of coverage for purposes of the pre-existing condition exclusion rules under Subsection 3.14 below; provided, however, the pre-existing condition exclusion provision will apply to any illness or injury that is incurred in, or aggravated during, the Employee Member's performance of uniformed service.

(iv)     **Long-Term Disability.** An Eligible Employee or Employee Member (as the case may be) who is determined to be entitled to benefits under a long-term disability ("LTD") program sponsored by the Employer shall be entitled to coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) for himself and his eligible Dependents only in accordance with the terms and conditions of this Subsection 4.2.g(iv). If the Eligible Employee or Employee Member (as the case may be) and any eligible Dependents are enrolled for coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program either immediately preceding the LTD Determination Date (as defined in Subsection 3.7.f) or in accordance with the special enrollment period described in Subsection 3.7.f, then, subject to the applicability of Subsection 3.6 and Subsection 4.7, such coverage shall remain in effect until the first to occur of: (I) the date the Employee Member is no longer entitled to receive LTD benefits; (II) the date the Employee Member fails to make timely payments of the required Employee contributions; (III) the date of the termination of the Employee Member's employment by the Employer; or (IV) the date of the Employee Member's death.

(v)     **Enrollment Rights.** The Regular Enrollment opportunities and Special Enrollment periods described in Subsections 3.6 and 3.7, respectively, shall be available to any Employee Member who continues coverage or any Eligible Employee who becomes eligible for and enrolls in coverage pursuant to the preceding provisions of this Subsection 4.2.g.

**4.3     Reinstatement Requires Application.** If a Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) is cancelled or terminated for any reason, coverage may be reinstated only if the Member reestablishes eligibility and submits an Enrollment Application Form in accordance with Section 3 above, except as provided under the federal Family and Medical Leave Act and USERRA. Coverage will not be reinstated automatically under any circumstance, and will not be reinstated until all outstanding premiums are paid in full, except as provided under the federal Family and Medical Leave Act and USERRA.

**4.4     Effect of Termination.** Except as provided in Subsections 4.5 and 4.7 below, no Benefits will be provided for any medical, dental, vision or HMO services that a Member receives on or after the date on which the Member's coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) terminates. This includes medical, dental, vision or HMO services received for an injury or illness that occurred before the effective date of termination. In addition, claims presented after a Program is terminated may be subject to certain time limitations as agreed to between the applicable Claims Administrator and the Plan Sponsor, Group or Plan Administrator.

**4.5     Extension of Benefits.**

a.      Notwithstanding the provisions of Subsections 4.1 or 4.2 above, any extension of benefits beyond the date the Medical Program or Dental Program terminates in its entirety or with respect to an individual Member shall be determined as agreed to between the applicable Claims Administrator and the Plan Sponsor, Group or Plan Administrator.

b.      Notwithstanding the provisions of Subsection 4.1 or 4.2 above, any extension of benefits beyond the date the HMO Program terminates in its entirety or with respect to an individual Member shall be governed by the contract that exists between the Plan Sponsor or Group and the HMO.

c.      Notwithstanding the provisions of Subsection 4.1 or 4.2 above, any extension of benefits beyond the date the Vision Program terminates in its entirety or with respect to an individual Member shall be governed by the contract that exists between the Plan Sponsor or Group and the Vision Insurance Carrier.

**4.6     Certificates of Status of Coverage.** The Plan Administrator or its delegate shall provide Certificates of Status of Coverage in accordance with the following.

a.      **Automatic Certificate Upon a Loss of Coverage.** In the event a Member loses coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program (as the case may be) for any reason, the Plan Administrator or its delegate shall automatically provide such Member with a Certificate of Status of Coverage within a reasonable period of time following such loss of coverage. Notwithstanding the preceding sentence, in the event the Member's loss of coverage constitutes a Qualifying Event (as defined in Subsection 4.7.b below), the Plan Administrator or its delegate shall automatically provide such Member with a Certificate of Status of Coverage within the same timeframe such Member is required to be notified of his right to Continuation Coverage. The period of coverage that shall be included on the Certificate of Status of Coverage is the Member's last period of continuous coverage ending on the date coverage ceases.

b.      **Automatic Certificate Upon Expiration of Continuation Coverage.** Upon the expiration of a Member's Continuation Coverage, as described in Subsection 4.7 below, the Plan Administrator or its delegate shall automatically provide such Member with a Certificate of Status of Coverage within a reasonable period of time following such expiration of Continuation Coverage. The period of coverage that shall be included on the Certificate of Status of Coverage is the Member's last period of continuous coverage ending on the date coverage ceases.

c.      **Certificates Upon Request.** The Plan Administrator or its delegate shall provide a Member with a Certificate of Status of Coverage upon the Member's (or his designee's) request, provided such request is made within 24 months after the Member's loss of coverage under the Plan. The period of coverage that shall be included on the Certificate of Status of Coverage is the period of continuous coverage that ends within the 24-month period immediately preceding the Member's request.

Notwithstanding the foregoing, the Plan Administrator or its delegate may provide a single Certificate of Status of Coverage jointly to an Employee who is a Member and his Dependents who are Members. In

the event the information to be provided to such Employee differs from that required to be provided to any such Dependent, the single Certificate of Status of Coverage shall separately state the different information.

**4.7    Continuation Coverage.** This Subsection 4.7 provides the rules for electing Continuation Coverage under the Medical Program, Dental Program, Vision Program and/or HMO Program, as the case may be.

a.    **Benefits Subject to Continuation of Coverage Provision.** An Employee or Dependent who is a Member in the Plan may elect the continuation of the medical, dental and vision benefits provided under this Plan, in accordance with COBRA.

b.    **Qualifying Event.** An Employee or a Dependent who is a Member shall be entitled to elect Continuation Coverage if one or more of the events described below (referred herein as "Qualifying Events") occurs and causes coverage under the Plan to terminate.

(i)    A Qualifying Event for an Employee Member or a Dependent Member shall mean the Employee Member's termination of employment for any reason other than gross misconduct or a reduction of hours that would result in the Employee Member's failure to meet the eligibility requirements under the Plan.

(ii)    A Qualifying Event for a Dependent Member shall mean the Employee's death, the Employee's divorce or legal separation, or the Employee's entitlement to Medicare benefits, or, in the case of a child Dependent Member, the child's ceasing to qualify as a Dependent Member under the Plan.

Any such Member who is eligible to elect Continuation Coverage shall be referred to herein as a "Qualified Beneficiary." The term "Qualified Beneficiary" also shall refer to any child born to or placed for adoption with a Qualified Beneficiary who formerly was an employee of an Employer, during his period of Continuation Coverage.

c.    **Notification of Plan Administrator About Certain Qualifying Events.** Each Employee Member or each Dependent Member has the responsibility to inform the Plan Administrator of the Employee's divorce or legal separation or a child ceasing to qualify as a Dependent within 60 days of the latest of (i) the Qualifying Event; (ii) the date coverage would have otherwise terminated due to the Qualifying Event; or (iii) the date the Qualified Beneficiary is informed, through the Plan's Summary Plan Description or the general COBRA notice, of his obligation to provide notice and the procedures for providing such notice.

d.    **Notification to Elect Continuation Coverage.** The Plan Administrator shall notify each affected Qualified Beneficiary of the right to elect Continuation Coverage (i) within 14 days of receiving notice under Subsection 4.7.c above or (ii) within 44 days of when an Employee who is a Member dies, terminates employment or reduces his hours, or becomes entitled to Medicare.

e.    **Election of Continuation Coverage.** To elect Continuation Coverage, the Qualified Beneficiary must complete and return the election form within 60 days from the later of: (i) the date coverage would otherwise have terminated due to the Qualifying Event; or (ii) the date the Plan Administrator provides him notice of his right to elect Continuation Coverage. An affirmative election of Continuation Coverage by such Employee's Spouse shall be deemed to be an election for the Employee's other Dependents who would otherwise lose coverage under the Plan. In the event the Qualified Beneficiary fails to elect Continuation Coverage within such 60-day period, all of his rights to Continuation Coverage under this Subsection 4.7 shall terminate.

f.    **Premiums for Continuation Coverage.** Any Employee Member or Dependent Member who elects Continuation Coverage under the Plan must pay the full premium for the Continuation

Coverage (both the Employee contribution and the Employer contribution), plus any surcharges permitted by law. The Qualified Beneficiary's initial premium payment (*i.e.*, the premium for the period beginning with the date the coverage would otherwise have terminated due to the Qualifying Event and ending on the date the Qualified Beneficiary elects Continuation Coverage, plus the premium for the first month of Continuation Coverage) shall be due no later than the 45th day following his Continuation Coverage election. Thereafter, the Qualified Beneficiary's premium payments must be made on a monthly basis no later than the 30th day of each month for which such Continuation Coverage is in effect.

g.      **Duration of Continuation Coverage.**

(i)      **18-Month Period.** A Qualified Beneficiary's period of Continuation Coverage shall not exceed 18 months if the Qualifying Event is described in Subsection 4.7.b(i) above.

(ii)      **36-Month Period.** A Qualified Beneficiary's period of Continuation Coverage shall not exceed 36 months if the Qualifying Event is described in Subsection 4.7.b(ii) above.

(iii)      **Disability Extension.** Notwithstanding Subsection 4.7.g(i) above, the 18-month period shall be extended to 29 months in the event the Qualified Beneficiary is "disabled" for purposes of Social Security disability benefits at any time during the first 60 days of Continuation Coverage, as determined by the Social Security Administration, provided the Qualified Beneficiary notifies the Plan Administrator before the end of the initial 18-month period and within 60 days after the latest of (i) the date the Social Security Administration makes its determination of disability (which such determination may be made at any time before or during the initial 18-month period); (ii) the date on which the Qualifying Event occurs; (iii) the date coverage would have otherwise terminated due to the Qualifying Event; or (iv) the date the Qualified Beneficiary is informed of his obligation to provide the disability notice. Such extension of the Continuation Coverage period to 29 months shall apply to the Qualified Beneficiary who is disabled and any other Qualified Beneficiaries who are in the disabled Qualified Beneficiary's family.

(iv)      **Multiple Qualifying Events.** In the event a Qualifying Event described in Subsection 4.7.b(i) above occurs and thereafter, a Qualifying Event described in Subsection 4.7.b(ii) above occurs within the original 18-month period of Continuation Coverage, the original 18-month period shall be extended to 36 months for any individual who was a Qualified Beneficiary at the time of the first Qualifying Event and was covered under the Plan at the time of the second event.

(v)      **Medicare Entitlement.** In the event an Employee Member becomes entitled to Medicare prior to a Qualifying Event described in Subsection 4.7.b(i) above, the maximum period of Continuation Coverage for any Dependent Members of the Employee shall be the longer of the otherwise applicable 18-month period under Subsection 4.7.g(i) above or the 36-month period beginning on the date of the Employee's Medicare entitlement.

h.      **Termination of Continuation of Coverage.** Subject to Subsection 4.7.g above, a Qualified Beneficiary's period of Continuation Coverage will end when one of the following circumstances occurs:

(i)      the date on which the Group ceases to maintain any group health plan;

(ii)      the premium payments for Continuation Coverage are not paid;

(iii)     with respect to a Qualified Beneficiary who formerly was an employee of an Employer, the date the Qualified Beneficiary becomes entitled to Medicare; or

(iv)     the day on which the Qualified Beneficiary first becomes, after the date of the election, covered under any other group health plan (as an employee or otherwise), which does not contain any exclusion or limitation with respect to any preexisting condition of such Qualified Beneficiary (other than such an exclusion or limitation which does not apply to (or is satisfied by) such Qualified Beneficiary by reason of the requirements of HIPAA).

## SECTION 5
## ADMINISTRATION

**5.1    Appointment of Trustee.**  To the extent all or any portion of the GEICO Corporation Consolidated Welfare Benefits Program is funded, any such assets shall be held in Trust by the Trustee appointed by the Plan Sponsor.  Upon acceptance of being appointed, the Trustee shall have exclusive authority to manage and control the assets of the GEICO Corporation Consolidated Welfare Benefits Program.  The details of the Trustee's appointment and the acceptance by the appointed person of the Trustee's responsibilities set forth in this Plan document shall be recorded in an instrument filed with the minutes of the Plan Sponsor's Board of Directors.  Notice of the Trustee's appointment shall be communicated by the Plan Sponsor to the Claims Administrators and the Plan Administrator.

**5.2    Trustee's Responsibilities.**  The Trustee shall have the authority and responsibilities as set forth in the GEICO Corporation Consolidated Welfare Benefits Program Trust.

**5.3    Bonding.**  Every fiduciary and other person who handles funds or other property of this Plan shall be bonded in accordance with Section 412 of ERISA.

**5.4    Named Fiduciaries.**  In accordance with Section 402(a)(1) of ERISA, the "Named Fiduciaries" of the Plan shall be the Plan Sponsor, the Trustee, and the Plan Administrator.  Further, a Claims Administrator, the Vision Insurance Carrier and an HMO shall be a Named Fiduciary to the extent such entity has accepted fiduciary responsibilities under the instrument appointing the entity as a Claims Administrator.  The Named Fiduciaries shall have severable authority to control and manage the operation and administration of the Plan.

**5.5    Appointment of Claims Administrators.**  All Claims Administrators shall be appointed by the Plan Sponsor's Board of Directors.  Notice of a Claims Administrator's appointment shall be communicated by the Plan Sponsor to the Trustee and the Plan Administrator.  A Claims Administrator's responsibilities shall be such duties as are set forth in the administrative and claims services agreement between the Plan Sponsor and such Claims Administrator

**5.6    Appointment of Plan Administrator.**  The Plan Administrator shall be appointed by the Plan Sponsor's Board of Directors.  Notice of the Plan Administrator's appointment shall be communicated by the Plan Sponsor to the Trustee and all Claims Administrators.

**5.7    Plan Administrator's Responsibilities.**  The Plan Administrator shall have the full discretionary authority and responsibility for:

a.    calling and attending meetings to establish and change the Plan's funding policy and method;

b.    establishing the policies, interpretations, practices and procedures of this Plan, except to the extent such responsibility has been allocated to a Claims Administrator, the Vision Insurance Carrier or an HMO, or retained by the Plan Sponsor;

c.    establishing the level of Employee and Dependent contributions required for participation;

d.    complying with ERISA's reporting and disclosure requirements;

e.    hiring all persons providing services to the Plan, except the Trustee and any Claims Administrator;

f.    making all disclosures required of fiduciaries and other service providers under ERISA or any other federal or state law;

    g.      acting as this Plan's agent for the service of legal process; and

    h.      performing all other responsibilities allocated to the Plan Administrator.

In performing its responsibilities, the Plan Administrator shall have the exclusive right and full discretion to interpret the Plan, to determine applicable questions of fact, to determine whether a claimant is eligible for Benefits, to decide the amount, form and timing of Benefits, and to decide any other matters arising under the Plan which are raised by a claimant or identified by the Plan Administrator, and any interpretations or decisions so made will be conclusive and binding on all persons having an interest in the Plan.

**5.8**    **Plan Sponsor's Responsibilities.**  The Plan Sponsor shall have the authority and responsibility for:

    a.      designing the Plan, including the right to amend or terminate the Plan;

    b.      depositing contributions to the Trust Fund;

    c.      reviewing the Plan's funding policy and method;

    d.      appointing and removing the Trustee, any Claims Administrator and the Plan Administrator;

    e.      paying the Plan's administrative expenses if such expenses are not paid from the Trust;

    f.      providing the Plan Administrator with payroll records and other data necessary for the performance of the Plan Administrator's responsibilities; and

    g.      exercising all other functions necessary for the operation of this Plan, except those functions allocated to the Trustee, any Claims Administrator or the Plan Administrator.

**5.9**    **Reallocation of Responsibilities.**  The Named Fiduciaries may reallocate their responsibilities among themselves pursuant to an instrument executed by all of the Named Fiduciaries.  Such instrument shall describe the reallocated responsibilities and shall be filed with the minutes of the Plan Sponsor's Board of Directors.

**5.10**    **Delegation of Responsibilities.**  Each Named Fiduciary may delegate its responsibilities to persons other than Named Fiduciaries.  Such delegation shall be permissible only if the proposed delegate executes an instrument acknowledging acceptance of the delegated responsibilities and only if the Plan Sponsor authorizes such delegation on the instrument.  Any such instruments shall be filed with the minutes of the Plan Sponsor's Board of Directors.  Notice of the delegation shall be communicated by the Plan Sponsor to the Trustee and each other Named Fiduciary or delegate.  A Named Fiduciary may delegate its responsibilities to its employees without the restrictions of this Subsection 5.10.

**5.11**    **Advisors to Fiduciaries.**  A Named Fiduciary or its delegate may employ actuaries, attorneys, accountants, brokers, employee benefit consultants, and other specialists to render advice concerning any responsibility such Named Fiduciary has under the Plan.

**5.12**    **Multiple Fiduciary Functions.**  The Trustee or any other Named Fiduciary may serve in more than one fiduciary capacity with respect to this Plan, including service as Trustee, Plan Administrator or Claims Administrator.

**5.13**    **Notice of Appointment or Delegations.**  The Trustee and each other Named Fiduciary shall not recognize or take notice of the appointment of a Named Fiduciary, or the delegation of responsibilities of a Named Fiduciary, unless and until the Plan Sponsor notifies the Trustee or other Named Fiduciary in writing of such appointment or delegation.  The Trustee or other Named Fiduciary may assume that an

appointment or delegation continues in effect until the Trustee or the other Named Fiduciary receives written notice to the contrary from the Plan Sponsor.

5.14     **Written Directions.**  Whenever the Trustee or other Named Fiduciary or delegate must or may act upon the written direction of another Named Fiduciary or delegate, the Trustee, the other Named Fiduciary, or delegate is not required to inquire into the propriety of such direction and shall follow the direction unless it is clear on its face that the actions to be taken under the direction would be prohibited by ERISA or the terms of the Plan.  Moreover, such Trustee, other Named Fiduciary, or delegate shall not be responsible for failure to act without such written directions.

5.15     **Co-Fiduciary Liability.**  No Named Fiduciary shall have any liability for a breach of fiduciary duty of another Named Fiduciary, unless:  (i) it participates knowingly in such breach; (ii) it knowingly undertakes to conceal such breach; (iii) it has actual knowledge of such breach and fails to take action to remedy such breach; or (iv) through its negligence in performing its own specific fiduciary responsibilities, it has enabled such other Named Fiduciary to commit a breach of the latter's fiduciary duty.  Further, the Plan Sponsor's liability as the result of the acts and/or omissions of a Claims Administrator will be limited as set forth in the administrative claims and services agreement between the Plan Sponsor and such Claims Administrator.

5.16     **Discretion.**  Any discretion or judgment to be exercised by the Plan Administrator shall be exercised in the Plan Administrator's sole and absolute discretion.  If the Plan Administrator's discretionary authority under this Plan must be exercised with respect to any individual who is both a member of the Benefits Administrative Committee and a Member, then such individual shall recuse himself or herself from exercising any such discretionary authority.

5.17     **Expenses.**  The costs and expenses incurred in the administration of this Plan and the Trust shall be paid from the Trust Fund, unless the Employers pay for such costs and expenses.  Such expenses shall include any expenses incident to the performance of a Named Fiduciary's responsibilities, including, but not limited to, claims administration fees and costs, fees of accountants, legal counsel and other specialists, bonding expenses, and other costs of administering this Plan and the Trust.

5.18     **Compensation of the Plan Administrator.**  The Plan Administrator, and each member of the Benefits Administrative Committee, shall not receive compensation from the Trust for services to the Plan nor reimbursement for expenses incurred in the performance of such services.  Compensation, if any, and reimbursement for expenses, if any, shall be paid by the Plan Sponsor.

5.19     **Indemnification of Committee Members.**  The Group shall indemnify each member of the Benefits Administrative Committee, to the maximum extent permitted by law, for all liability incurred while acting as the Plan Administrator and administering the Plan.

**SECTION 6**
**CLAIMS ADMINISTRATION**

**6.1     Questions Relating to Eligibility.** All questions relating to eligibility or classification, including who is a Member under the Medical Program, the Dental Program, the Vision Program or the HMO Program, shall be submitted to the Plan Administrator for review.

**6.2     Claims for Benefits.**

    a.     If the Plan Administrator has delegated claims administration under the Medical Program and/or the Dental Program to a Claims Administrator, then the claims administration rules set forth in Attachment A and/or Attachment B shall apply. If the Plan Administrator has not delegated claims administration under the Medical Program and/or the Dental Program to a Claims Administrator, then the claims administration rules set forth in Subsections 6.3 through 6.7 shall apply.

    b.     All claims for benefits under the Vision Program shall be governed by the contract that exists between the Plan Sponsor and the Vision Insurance Carrier and all questions relating to the availability of vision benefits, including the review of claims for benefits and any appeal of denied claims for benefits shall be determined by the Vision Insurance Carrier and not the Plan Administrator.

    c.     All claims for benefits under the HMO Program shall be governed by the contract that exists between the Plan Sponsor and the HMO and all questions relating to the availability of benefits under an HMO, including the review of claims for benefits and any appeal of denied claims for benefits shall be determined by the HMO and not the Plan Administrator.

**6.3     Applicable Terms.** When used in this Section 6, Claims Administration, and in the rest of the Plan, as applicable, the words and phrases defined below shall have the following meanings unless a different meaning is clearly required by the context.

    a.     **Adverse Benefit Determination** means any of the following:  a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for a Benefit, including any such denial, reduction, termination, or failure to provide or make payment based on a determination regarding a Member's eligibility, a Plan exclusion (such as a determination that an item or service is not covered because it is experimental or investigational, not in accordance with accepted medical or psychiatric practices and standards in effect at the time of the treatment or not medically necessary) or a Plan limitation or restriction (such as a Member's failure to obtain pre-authorization).

    b.     **Appeal** means a protest filed by a Member or the Member's Authorized Representative under a Claims Administrator's internal appeal process regarding an Adverse Benefit Determination as described in Subsection 6.6 below.

    c.     **Appeal Decision** means a final determination by a Claims Administrator as a result of an Appeal regarding an Adverse Benefit Determination.

    d.     **Authorized Representative** means the individual authorized by a Member to act on the Member's behalf in pursuing a Benefit claim or an Appeal of an Adverse Benefit Determination. A Claims Administrator or the Plan Administrator may require reasonable proof to determine whether an individual has been properly authorized to act on behalf of a Member.  In the case of a Member's claim involving Urgent Care, a health care practitioner or a dentist with knowledge of the Member's medical condition is permitted to act as the Member's Authorized Representative, without regard to any procedures established by a Claims Administrator or the Plan Administrator for determining Authorized Representatives.

28

e.    **Concurrent Care Claim** means any claim for a Benefit that is part of an ongoing course of treatment to be provided over a period of time or number of treatments.

f.    **Health Care Provider** means a physician or other health care professional licensed, accredited, or certified to perform specified health services consistent with State law.

g.    **Health Care Service** means a health or medical care procedure or service rendered by a Health Care Provider, including, but not limited to:

(i)    testing, diagnosis, or treatment of a human disease or dysfunction; and

(ii)    dispensing drugs, medical devices, medical appliances or medical goods for the treatment of a human disease or dysfunction.

h.    **Pre-Service Claim** means any claim for a Benefit when the receipt of the Benefit, in whole or in part, is conditioned on the review and advance approval of the Benefit. A Pre-Service Claim includes a denial of any part of a Member's claim for the failure of the Member or the Member's Authorized Representative to follow the required procedures for filing a Pre-Service Claim. This is limited to:

(i)    a communication by the Member or the Member's Authorized Representative that is received by the Claims Administrator; and

(ii)    a communication that names the specific Member, a specific medical condition or symptom, and a specific treatment, service, or product for which approval is requested.

i.    **Post-Service Claim** means any claim for a Benefit that is not a Pre-Service Claim or a Concurrent Care Claim.

j.    **Urgent Care Claim** means any Pre-Service or Concurrent Care Claim for a Benefit with respect to which the application of the time periods for making non-Urgent Care determinations:

(i)    could seriously jeopardize the life or health of the Member or the ability of the Member to regain maximum function; or

(ii)    in the opinion of a Health Care Provider with knowledge of the Member's medical condition, would subject the Member to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

Whether a claim is an Urgent Care Claim is to be determined by an individual acting on behalf of the Claims Administrator applying the judgment of a prudent layperson who possesses an average knowledge of health and medicine. If a Health Care Provider with knowledge of the Member's medical condition determines that a claim involves Urgent Care, then the Claims Administrator will treat the claim as an Urgent Care Claim.

**6.4    Benefit Determinations.**

a.    **Urgent Care Claims.** When a Member or a Member's Authorized Representative requests an Urgent Care Claim determination, the Claims Administrator will notify the Member or the Member's Authorized Representative of the Benefit determination (whether an Adverse Benefit Determination or not) as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the Urgent Care Claim. The Member will be notified in writing within one day after the decision has been orally communicated. Notwithstanding the foregoing, if the Member fails to provide sufficient information, the Claims Administrator will notify the Member or the Member's Authorized Representative as soon as possible, but not later than 24 hours after receipt of the Urgent Care Claim, of the specific information necessary to complete

the request for coverage. The Member shall be afforded a reasonable amount of time, taking into account the circumstances, but not less than 48 hours, to provide the specified information. The Claims Administrator will notify the Member or the Member's Authorized Representative of the Benefit determination (whether an Adverse Benefit Determination or not) as soon as possible, but not later than 48 hours after the earlier of:

(i)     the receipt of the specified information by the Claims Administrator; or

(ii)    the end of the period afforded the Member to provide the specified additional information.

Notice will be sent within 24 hours in the case of a failure to file a claim involving Urgent Care. The notification may be oral unless written notification is requested by the Member or the Member's Authorized Representative.

b.      **Pre-Service Claims.** When a Member or a Member's Authorized Representative files a Pre-Service Claim that is not an Urgent Care Claim, the Claims Administrator will notify the Member or the Member's Authorized Representative of the Benefit determination (whether an Adverse Benefit Determination or not) within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after receipt of the Pre-Service Claim. This period may be extended one time for up to an additional 15 days, provided that such an extension is necessary due to matters beyond the control of the Claims Administrator and the Claims Administrator notifies the Member or the Member's Authorized Representative, prior to the expiration of the initial 15-day period, of the circumstances requiring the extension of time and the date by which the Claims Administrator expects to render a decision. If such an extension is necessary due to the Member's failure to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the Member will have at least 45 days from receipt of the notice to provide the specified information. If the Member or the Member's Authorized Representative fails to follow the procedures for filing a Pre-Service Claim established by the Claims Administrator, the Member or the Member's Authorized Representative will be notified of the failure and the proper procedures to be followed in filing a claim for Benefits. This notification shall be provided to the Member or the Member's Authorized Representative as soon as possible, but not later than five (5) days following the failure. Notification may be oral, unless written notification is requested by the Member or the Member's Authorized Representative.

c.      **Post-Service Claims.** When a Member or a Member's Authorized Representative files a Post-Service Claim, the Claims Administrator will notify the Member or the Member's Authorized Representative of an Adverse Benefit Determination within a reasonable period of time, but not later than 30 days after receipt of the Post-Service Claim. This period may be extended one time for up to 15 days, provided the extension is necessary due to matters beyond the control of the Claims Administrator and the Claims Administrator notifies the Member or the Member's Authorized Representative, prior to the expiration of the initial 30-day period, of the circumstances requiring the extension of time and the date by which the Claims Administrator expects to render a decision. If such an extension is necessary due to the Member's failure to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the Member will have at least 45 days from receipt of the notice to provide the specified information.

d.      **Concurrent Care Claims.** If the Claims Administrator has approved for a Member an ongoing course of treatment to be provided over a period of time or number of treatments, the Claims Administrator will notify the Member of any reduction or termination of such course of treatment (other than by a change in coverage by an amendment to the Plan) before the end of such period of time or number of treatments at a time sufficiently in advance of the reduction or termination to allow the Member to appeal and obtain a determination on review before the Benefit is reduced or terminated. Notwithstanding the foregoing, any request by a Member to

extend the course of treatment beyond the period of time or number of treatments that is an Urgent Care Claim will be decided as soon as possible, taking into account the medical exigencies. The Claims Administrator will notify the Member of the Benefit determination (whether an Adverse Benefit Determination or not) within 24 hours after receipt of the Concurrent Care Claim, provided that any such claim is made to the Claims Administrator at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

e.    **Calculating Time Periods.**   For purposes of this Subsection 6.4, the period of time within which an Adverse Benefit Determination is required to be made to a Member shall begin at the time a claim is filed in accordance with the Claims Administrator's procedures, regardless of whether all the information necessary to make a Benefit determination accompanies the filing. In the event that the period of time is extended as permitted due to a Member's failure to submit information necessary to decide a claim, the period for making the Benefit determination shall be tolled from the date on which the notification of the extension is sent to the Member until the date on which the Member responds to the request for additional information. For purposes of calculating time periods under this Section 6, any reference to "days" shall refer to calendar days.

6.5    **Notice of Adverse Benefit Determination.**   Any written notice of an Adverse Benefit Determination issued to a Member shall set forth, in a manner meant to be understood by the Member, the following information:

a.    the specific reason or reasons for the Adverse Benefit Determination;

b.    reference to the specific Plan provisions on which the determination is based;

c.    a description of any additional material or information necessary for the Member to perfect the claim and an explanation of why such material or information is necessary;

d.    a description of the review procedures and the time limits applicable to such procedures, including a statement of the Member's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on review;

e.    if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination, either the specific rule, guideline, protocol, or other similar criterion or a statement that such a rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination and that a copy shall be provided free of charge to the Member upon request;

f.    if the Adverse Benefit Determination is based on whether the treatment or service is medically necessary, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Medical Program to the Member's medical circumstances, or a statement that such explanation shall be provided free of charge upon request; and

g.    in the case of an Adverse Benefit Determination involving an Urgent Care Claim, a description of the expedited review process applicable to such claim.

6.6    **Appeals.**

a.    A Member or a Member's Authorized Representative should first contact the applicable Claims Administrator about a denial of Benefits. The Claims Administrator will then provide information and assistance on how to file an Appeal. All Appeals filed should be in writing, except that any Appeal regarding an Urgent Care Claim may be made orally.

b.    An Appeal must be filed within 180 days from the date of receipt of the written notice of any Adverse Benefit Determination. The Member or the Member's Authorized Representative

may submit written comments, documents, records, and other information relating to a claim for Benefits.

c.      The Member shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Member's claim for Benefits.  A document, record, or other information shall be considered "relevant" to the Member's claim if it:

(i)      was relied upon in making the benefit determination;

(ii)     was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; or

(iii)    demonstrates compliance with the administrative processes and safeguards designed to ensure and verify that Benefit claim determinations are made in accordance with the Plan and that, where appropriate, the Plan provisions have been applied consistently with respect to similarly situated Members.

d.      An Appeal and any supporting record of medical documentation should be sent to the applicable Claims Administrator at one of the following addresses:

(i)      For appeals relating to medical claims other than prescription drugs:

UnitedHealthcare – Appeals
P.O. Box 30432
Salt Lake City, UT 84130-0432
Fax: 1-801-938-2100

(ii)     For appeals relating to prescription drug claims:

CVS Caremark
Appeals Department, MC 109
P.O. Box 52084
Phoenix, AZ  85072-2084
Fax: 1-866-443-1172

(iii)    For appeals relating to dental claims:

Delta Dental of Pennsylvania
One Delta Drive
Mechanicsburg, PA  17055-6999
Tel No.- Customer Service:  1-855-394-4746

e.      The time limits for the Claims Administrator to respond to an Appeal will begin at the time the Appeal is filed in accordance with these procedures, without regard to whether all the information necessary to make a decision is initially included.  The Claims Administrator will send a written Appeal decision:

(i)      within 15 days for a case involving a Pre-Service Claim; and

(ii)     within 30 days for a case involving a Post-Service Claim.

In the case of an Appeal regarding a determination of an Urgent Care Claim, the Claims Administrator will notify the Member of the Appeal decision as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the Member's request for review of an Adverse Benefit Determination.  In the case of an Appeal regarding a

determination of a Concurrent Care Claim, the Claims Administrator will notify the Member of the Appeal decision prior to the reduction or termination of the course of treatment.

f.      In certain cases, a Claims Administrator may provide a second-level appeal. If applicable, a Member must exhaust both the first-level appeal and the second-level appeal before seeking external review and/or initiating a legal action to recover Benefits. Any applicable second-level appeal process will be described in Attachment A or Attachment B.

g.      For all appeals (including both a first-level appeal and, if applicable, a second-level appeal), the Claims Administrator will provide a review that:

(i)      takes into account all comments, documents, records, and other information submitted by the Member relating to the claim, without regard to whether such information was submitted or considered in the initial Benefit determination;

(ii)      does not afford deference to the initial Adverse Benefit Determination and is conducted by a person or persons on behalf of the Claims Administrator who is neither the individual who made the Adverse Benefit Determination nor the subordinate of such individual;

(iii)      in deciding an Appeal that is based in whole or in part on a medical judgment, including determinations with regard to whether a particular service, test, procedure, supply, or other item is medically necessary, or experimental, investigational or not in accordance with accepted medical or psychiatric practices and standards in effect at the time of the treatment, consults with an appropriate named health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

(iv)      when requested by the Member, provides for the identification of medical or vocational experts whose advice was obtained on behalf of the Claims Administrator in connection with an Adverse Benefit Determination, without regard to whether the advice was relied upon in making the Benefit determination;

(v)      when requested by the Member, provides for the identification of medical or vocational experts whose advice was obtained on behalf of the Plan Administrator in connection with an Adverse Benefit Determination or the first level of Appeal, without regard to whether the advice was relied upon in making the Benefit determination; and

(vi)      ensures the health care professional engaged for purposes of a consultation is an individual who is neither an individual who was consulted in connection with the Adverse Benefit Determination or the first level of Appeal nor the subordinate of any such individual.

**6.7      External Review.**  In certain cases, a Member may be entitled to seek external review of a Claims Administrator's Appeal Decision involving an Adverse Benefit Determination for a medical or prescription drug claim under the Medical Program. The procedures for seeking external review are described in Attachment A. The procedures for seeking external review for a prescription drug claim are available from the Claims Administrator. External review is voluntary. A Member is not required to seek external review before initiating a legal action to recover Benefits.

## SECTION 7
## CONTRIBUTIONS

**7.1     Employer Contributions.**  With respect to each Plan Year, the Employers may make, in the sole discretion of the Plan Sponsor, contributions to the Trust.  Such contributions, and income thereon, may be used to provide Benefits or to pay the administrative expenses of the Trust.

**7.2     Return of Employer Contributions.**  Contributions of the Employers may be returned to the Employers under the following circumstances.

    a.     If the Employers' contributions to the Trust are made by mistake of fact, then such contribution shall be returned to the Employers within one (1) year after the payment of the contribution, unless the Plan Sponsor directs the Trustee otherwise.

    b.     If contributions by the Employers to the Trust are conditioned upon the deductibility of the contributions under the Internal Revenue Code, then such contributions shall be returned to the Employers to the extent the deduction is disallowed within one (1) year after the disallowance of the deduction, unless the Plan Sponsor directs the Trustee otherwise.

**7.3     Employee Contributions.**  The Plan Administrator shall, from time to time, establish the level of contributions required by Employees who are Members in order to receive Plan coverage and to provide Plan coverage to their Dependents; provided that Retirees and GFRs (as defined by the Plan Sponsor) who are Members shall pay 100% of the cost of their Plan coverage and the Plan coverage provided to their Dependents.

## SECTION 8
## AMENDMENT AND TERMINATION OF THE PLAN

**8.1    Right to Amend.** The Plan Sponsor reserves the right, pursuant to resolutions adopted by the Plan Sponsor's Board of Directors, or a duly authorized committee thereof, to amend, modify, suspend or terminate this Plan at any time by an instrument duly executed and delivered to each of the Named Fiduciaries. Such amendment shall be binding upon each Member. However, the responsibilities of each Named Fiduciary and its delegates shall not be increased or changed by amendment without such Named Fiduciary's written consent. Moreover, no amendment shall have the effect of making possible the diversion of any asset of the Trust Fund for purposes other than the exclusive benefit of the Members.

**8.2    Retroactive Amendments.** An amendment to this Plan may be made retroactively effective so long as it does not adversely affect the right of any Member to Benefits provided under the Medical Program and the Dental Program for covered expenses incurred after the effective date of the amendment but before the amendment is adopted.

**8.3    Right to Terminate.** It is the intention of the Plan Sponsor to continue the Plan indefinitely. However, the Plan Sponsor reserves the right to terminate the Plan at any time by an instrument duly adopted by the Plan Sponsor's Board of Directors and delivered to the Trustee, all Claims Administrators, the Vision Insurance Carrier, the HMOs and the Plan Administrator.

**8.4    Effect of Termination.** Upon the effective date of the Plan termination, the assets then constituting the Trust shall continue to be used to provide Benefits under the Medical Program and the Dental Program for services or coverages incurred on or before the effective date of the Plan termination, until such time as all claims have been paid or the assets are exhausted.

## SECTION 9
## MISCELLANEOUS

**9.1     Governing Law.** This Plan and the Trust shall be interpreted, construed, and administered in accordance with the laws of the State of Maryland to the extent such laws are not preempted by the laws of the United States.

**9.2     Status of Employment Relationship.** The adoption and maintenance of this Plan shall not be deemed to constitute a contract between the Employers and any employee of an Employer or to be consideration for, or an inducement or condition of, the employment of any employee of an Employer. Nothing in this Plan shall be deemed to:

     a.     affect the right of any Employer to discipline or discharge any employee at any time;

     b.     affect the right of any employee to terminate his employment any time;

     c.     give any Employer the right to require any employee to remain in its employ; or

     d.     give to any employee the right to be retained in the employ of any Employer.

**9.3     Headings.** The headings herein are used only as a matter of convenience and for reference and in no way define, limit, enlarge or describe the scope or intent of the Plan nor in any way shall affect the Plan or the construction of any provision hereof.

**9.4     Gender and Number.** Wherever used in this Plan, the masculine gender will include the feminine gender and the singular will include the plural (and vice-versa), unless the context indicates otherwise.

## SECTION 10
## COORDINATION AND SUBROGATION OF BENEFITS

**10.1     Purpose and Scope.**  The purpose of this Section 10 is to provide rules for coordinating a Member's Benefits available under the Medical Program and/or the Dental Program when the Member has coverage under "another plan" (as defined below in Subsection 10.2.a).  If the Plan Administrator has delegated coordination and subrogation of Benefits under the Medical Program and/or the Dental Program to a Claims Administrator, then the order of benefit determination rules set forth in Attachment A and/or Attachment B shall determine whether this Plan pays Benefits as the "primary plan" when compared to another plan covering the Member.  If the Plan Administrator has not delegated coordination and subrogation of Benefits under the Medical Program and/or the Dental Program to a Claims Administrator, then the order of benefit determination rules set forth in Subsection 10.3 below shall determine whether this Plan pays Benefits as the "primary plan" when compared to another plan covering the Member.

**10.2     Applicable Terms.**  When used in this Section 10, Coordination and Subrogation of Benefits, and in the rest of the Plan, as applicable, the words and phrases defined below shall have the following meanings unless a different meaning is clearly required by the context.

a.     The term "**Another Plan**" or "**Other Plan**" means any source of coverage (other than the Medical Program and/or the Dental Program) that provides medical benefits or dental treatment including:

(i)     group-type coverage provided by hospitals or other medical service organizations, where the Member pays on an individual basis;

(ii)     group insurance contracts, group subscriber contracts, group-type contracts or any other arrangement or coverage for individuals in a group whether on an insured or uninsured basis;

(iii)     group-type coverage under a government program or any group-type coverage required or provided by statute, including Medicare (whether enrolled or not);

(iv)     medical or dental care coverage under group, group-type and individual automobile "no-fault" and traditional automobile "fault" type contracts;

(v)     hospital indemnity benefits in excess of $200 per day;

(vi)     medical care components of group long-term care contracts, such as skilled nursing care; and

(vii)     any coverage for students which is sponsored by, or provided through, a school or other educational institution.

The term "**Another Plan**" or "**Other Plan**" shall be construed separately with respect to each policy, contract, or other arrangement for benefits or services and separately with respect to that portion of any such policy, contract or other arrangement which reserves the right to take benefits or services from other sources into consideration in determining its benefits and that portion which does not.

b.     The term "**This Plan**" shall mean the Medical Program or the Dental Program (whichever is applicable) under the Plan.

c.    **Allowable Expenses** means the actual charges for medical or dental services or supplies necessary to the treatment of a sickness, injury or condition, at least a portion of which is covered under this Plan and another plan that covers the person for whom the claim is made. When another plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered shall be deemed to be both an Allowable Expense and a Benefit paid.

d.    **Claim Determination Period** means a calendar year, however, it shall not include any part of a calendar year during which a person is not covered under this Plan or another plan.

e.    **Court Ordered Custodial Parent** means the parent awarded custody by a court decree. In the absence of a court decree, it is the parent with whom the child resides more than half of the calendar year without regard to any temporary visitation.

**10.3    Order of Benefit Determination.** When This Plan is the primary plan, the Benefits it pays are determined before those of Another Plan and without consideration to Another Plan's benefits. When This Plan is the secondary plan, the Benefits it pays are determined after those of the primary plan and may be reduced so that the payments from all group plans do not exceed 100% of the total Allowable Expenses (as defined above in Subsection 10.2.c). When coverage is provided by This Plan and Another Plan, the first of the following rules that describes which plan pays its benefits before the Other Plan shall be the rule applied to determine whether This Plan is the primary plan or the secondary plan:

a.    **No Coordination Provisions.** The plan that has no coordination provisions is primary to the plan that includes such provisions.

b.    **Non-Dependent/Dependent.** The plan covering the person other than as a dependent, such as an employee, primary insured, member or retiree, is primary and the plan that covers the person as a dependent is secondary.

c.    **Active/Inactive Employee.** The plan covering the person as an active employee (or as a dependent of an active employee) is primary to the plan covering the person as a retired, laid-off or terminated employee (or as a dependent of a retired, laid-off or terminated employee). If the Other Plan does not have this rule, and if, as a result, This Plan and the Other Plan do not agree on the order of benefits, the rule in the preceding sentence shall be ignored.

d.    **Longer or Shorter Length of Coverage.** If none of the rules in Subsection 10.3.a, 10.3.b or 10.3.c above applies, then the plan covering the person as an employee, member, subscriber or retiree longer is primary.

e.    **Child Covered Under More Than One Plan.** The order of benefits when a child is covered by more than one plan is:

    (i)    The primary plan is the plan of the parent whose birthday is earlier in the year if:

        (A)    the parents are married,

        (B)    the parents are not separated (whether or not they ever have been married), or

        (C)    a court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage.

If both parents have the same birthday, the plan covering the parent for the longer period of time is primary.

(ii)     If the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. This rule shall apply to Claim Determination Periods commencing after this Plan is given notice of the court decree.

(iii)     If the parents are not married, are separated (whether or not they ever have been married) or are divorced, and the child is covered under This Plan and Another Plan as a dependent of his unmarried, separated or divorced parents, first, the plan of the custodial parent is primary; then, the plan of the Spouse of the custodial parent is primary; then, the plan of the noncustodial parent is primary; then, and finally, the plan of the Spouse of the noncustodial parent is primary.

f.     **Continuation Coverage.** If a person whose coverage is provided under a right of Continuation Coverage also is covered under Another Plan, the plan covering the person as an employee, member, subscriber or retiree (or as that person's dependent) is primary, and the Continuation Coverage is secondary. If the Other Plan does not have this rule and, as a result, the plans do not agree on the order of benefits, this rule is ignored.

g.     If the preceding rules do not determine the primary plan, the Allowable Expenses shall be shared equally between This Plan and the plan meeting the definition of Another Plan. In addition, This Plan shall not pay more than it would have paid had it been primary.

**10.4    Effects on the Benefits of this Plan.** When This Plan is secondary, it may reduce its Benefits so that the total Benefits paid or provided by all plans during the Claim Determination Period do not exceed 100% of the total Allowable Expenses for such Claim Determination Period. The difference between the Benefits that This Plan would have paid had it been the primary plan, and the Benefits that it actually paid or provided shall be recorded as a "benefit reserve" for the covered person and used by This Plan to pay any Allowable Expenses not otherwise paid during the Claim Determination Period. As each claim is submitted, This Plan will:

a.     determine its obligation to pay or provide Benefits under the terms of This Plan;

b.     determine whether a benefit reserve has been recorded for the covered person; and

c.     determine whether there are any unpaid Allowable Expenses for such Claim Determination Period.

If there is a benefit reserve, this Plan will use the covered person's benefit reserve to pay up to 100% of total Allowable Expense incurred during the Claim Determination Period, and the benefit reserve shall return to zero. A new benefit reserve must be created for each new Claim Determination Period.

**10.5    Coordination with Medicare.** Notwithstanding any provision in this Section 10 to the contrary, This Plan shall be considered primary to Medicare for the payment of any services, treatments, or supplies with respect to the following Members who are entitled to Medicare coverage:

a.     for Medicare entitlement due to age, active Employees who are Members and their covered Spouses;

b.     for Medicare entitlement due to disability, Employees who are Members with coverage due to current employment status and their family members; and

c.     for Medicare entitlement due to end-stage renal disease, all Members during the first 30 months of such Medicare eligibility or entitlement.

For all other Members entitled to Medicare, This Plan shall be considered the secondary plan. The foregoing provisions are intended to comply with the Medicare secondary payer rules set forth in 42

U.S.C. §1395y(b), as amended, and regulations issued thereunder, and shall be interpreted consistently with such rules.

In the event Medicare is the primary payer, the Benefits payable under This Plan shall be reduced by the amount payable under Medicare, if any, regardless of whether the Member has enrolled in Medicare.

**10.6    Right to Receive and Release Necessary Information.**  For the purposes of determining the applicability of and implementing the terms of this Section 10 or any provision of similar purpose of Another Plan, This Plan may, without the consent of or notice to any person, release to or obtain from any other organization or person any information with respect to any person which This Plan deems to be necessary to apply the rules of this Section 10 and to determine Benefits payable under This Plan.  Any person claiming Benefits under This Plan shall furnish to This Plan any information necessary to apply this Section 10.

**10.7    Facility of Payment.**  Whenever payments which should have been made under This Plan in accordance with this Section 10 have been made under Another Plan, This Plan shall have the right, exercisable alone and in its sole discretion, to pay over to any organizations making the payments any amounts it determines are warranted to satisfy the intent of this Section 10.  The amounts so paid shall be treated as though they were Benefits under This Plan and This Plan shall have fully discharged its liability to the extent of such payment. The term "payment made" includes providing Benefits in the form of services, in which case "payment made" means the reasonable cash value of the Benefits provided in the form of services.

**10.8    Automobile Accidents.**  Notwithstanding the foregoing provisions of this Section 10, in the event that a Member is eligible to receive benefits under any medical payments, personal injury protection or no-fault policy for injuries sustained in an automobile accident, This Plan shall be secondary to any such primary coverage.

**10.9    Subrogation and Right of Recovery.**

a.    The provisions of this Subsection 10.9 shall apply to any Benefits under the Plan if a person or persons other than the Member on whose behalf a claim for such Benefits is made is considered responsible (the "responsible person(s)") for the sickness or injury causing the Member to incur expenses otherwise covered under the Plan ("covered expenses").  To the extent that payment for such covered expenses is made, or may potentially be made in the future, by or on behalf of such responsible person(s) (whether by settlement, judgment or in any other manner), any charges for such covered expenses so incurred shall be considered a general exclusion under the Plan and any such charges for covered expenses shall not be payable under the Plan.  If Benefits would be payable but for such general exclusion, such Benefits shall be payable as an advance, conditioned on reimbursement, and payable only if all of the following conditions are met:

(i)    a properly filed claim for Benefits under the Plan is filed with the Claims Administrator;

(ii)    payment by or on behalf of the responsible person(s) has not been made and either subparagraph (A) or (B) below applies:

(A)    the Member (or in the event of incapacity, the Member's legal representative) completes the third-party questionnaire and executes the reimbursement agreement provided by the Claims Administrator or Plan Administrator (such agreement shall provide that if the Member receives payment from or on behalf of the responsible person(s), the Member shall reimburse the Plan an amount equal to the amount of Benefits received but not in excess of the amount(s) actually received from or on behalf of any responsible person(s) that relate to the Member's covered expenses); provided that

reimbursement amounts due to the Plan pursuant to the terms of a properly executed reimbursement agreement may be applied against any other present or future Benefits, thereby, reducing such Benefits payable to or on behalf of the Member who executed the agreement or to another Member who is under such Member's two-party or family coverage; or

(B)     the Member provides the Claims Administrator with a first-priority lien in the amount of the Benefits paid by the Plan, with such lien to be filed with the responsible person(s), the agent of the responsible person(s), or a court which has jurisdiction in the matter.

For purposes of this Subsection 10.9, reimbursement will be made to the Plan regardless of whether the Member has been fully compensated (i.e., "made whole") by the settlement, verdict or insurance proceeds.

b.     The Plan Administrator may, in its discretion, require the Plan to be subrogated to all rights to recovery which a Member has against any third-party for the amount the Plan has advanced for Benefits (including the reasonable cash value of any Benefits provided in the form of services), including all sources of third-party payments. If subrogation applies, the Member has the obligations under the Plan indicated in paragraph (i) below and the Plan has the rights indicated in paragraph (ii) below:

(i)     The Member must:

(A)     immediately notify the Plan of (I) any and all responsible person(s) and of any third-party which the Member may have a claim against as a result of the sickness or injury, including but not limited to, any insurance company providing coverage to the Member, and (II) any and all claims for damages made and/or legal actions filed on behalf of the Member in connection with the sickness or injury;

(B)     fully cooperate with the Plan and the Claims Administrator or the Plan Administrator in obtaining information about the sickness or injury; and

(C)     take such action to furnish relevant information and assistance and to execute and deliver all necessary instruments as may be required by the Claims Administrator or Plan Administrator.

(ii)     The Plan has the right to:

(A)     place a lien against any responsible person(s) or other third-party for recovery to the extent of the Benefits paid by the Plan for the subject sickness or injury; and

(B)     bring an action on its own behalf, or on behalf of the Member, against any responsible person(s) or other third-party involved in the subject sickness or injury; and

(C)     suspend the payment of any Benefits under the Plan pending receipt from the Member of any acknowledgement, agreement, authorization, waiver or release deemed necessary by the Plan Administrator to exercise the rights and privileges of the Plan under this Subsection 10.9.b(ii).

c.     If the Plan Administrator, the Claims Administrator, the Plan or a Member brings an action against a responsible person or other third-party, the party bringing the action shall give

written notice of such action to the other parties and of the court in which the action is brought by personal service or registered or certified mail. Proof of such service shall be filed in such action. If either the Plan Administrator, the Claims Administrator, the Plan or a Member brings an action, the other parties may at any time before the trial on the facts, join as party plaintiffs or consolidate the action, if brought independently. The Member is solely responsible for any litigation expenses, including attorney's fees, incurred by the Member, in pursuing an action against a responsible person or other third-party. The Plan shall only be responsible for those legal fees and expenses to which the Plan Administrator agrees in writing and shall not otherwise bear the costs of legal representatives obtained by the Member.

d.    For purposes of both the third-party reimbursement and subrogation provisions detailed in Subsections 10.9.a through 10.9.c above, the term "third-party" means any person or entity, from whom a Member may seek compensation for sickness or injury because he believes that an act or omission of another person or entity caused the sickness or injury that gave rise to the covered expenses that the Member seeks to have paid or reimbursed by the Plan, and includes any insurance company that issues a motor vehicle liability insurance policy which may include in addition to liability coverage, medical expense payment coverage, uninsured and/or underinsured motorist liability coverage, no-fault insurance coverage and/or personal injury protection coverage, or any other type of liability insurance policies, which cover the Member or the responsible person, including but not limited to a homeowner's insurance policy and an excess or umbrella insurance policy under which the Member or the responsible person is insured; and the Plan's right to recover applies to the payment of insurance proceeds to the Member by any such insurance company pursuant to any such policy.

**10.10    Coordination of Benefits and Subrogation under the HMO Program.** The terms and provisions of the applicable HMO contract and HMO membership booklet will govern coordination of benefits, subrogation and right of recovery under the HMO Program.

**10.11    Coordination of Benefits and Subrogation under the Vision Program.** The terms and provisions of the applicable vision insurance contract with, and the certificate issued by, the Vision Insurance Carrier will govern coordination of benefits, subrogation and right of recovery under the Vision Program.

## SECTION 11
## RULES FOR DISCLOSING HEALTH INFORMATION

**11.1    Purpose.** The purpose of this Section 11 is to set forth the provisions regarding the use or disclosure of "Protected Health Information" (as defined in Subsection 11.2 below) under the Medical Program or Dental Program or in connection with the associate assistance services provided under Section 13. In accordance with HIPAA and the Standards for Privacy of Individually Identifiable Health Information ("Privacy Rule") and the Security Standards for the Protection of Electronic Protected Health Information ("Security Rule"), 45 C.F.R. Parts 160 and 164, which were promulgated pursuant to HIPAA, the Medical Program, the Dental Program and the associate assistance services provided under the Plan will use and disclose Protected Health Information to the Employers for purposes related to "Payment" and "Health Care Operations" (as defined in Subsection 11.2 below) only as provided in this Section 11.

**11.2    Applicable Terms.** When used in this Section 11, Rules for Disclosing Health Information, and in the rest of the Plan, as applicable, the words and phrases defined below shall have the following meanings unless a different meaning is clearly required by the context.

a.    **Health Care Operations** means any of the following activities of the Plan:

(i)    conducting quality assessment and improvement activities, including outcomes evaluation and development of clinical guidelines, provided that the obtaining of generalizable knowledge is not the primary purpose of any studies resulting from such activities; population-based activities relating to improving health or reducing health care costs, protocol development, case management and care coordination, contacting of health care providers and patients with information about treatment alternatives; and related functions that do not include treatment;

(ii)    reviewing the competence or qualifications of health care professionals, evaluating practitioner, provider or Plan performance, conducting training programs in which students, trainees, or practitioners in areas of health care learn under supervision to practice or improve their skills as health care providers, training of non-health care professionals, accreditation, certification, licensing, or credentialing activities;

(iii)    securing a contract of stop-loss insurance or excess of loss insurance, provided that the requirements of 45 C.F.R. §164.514(g) are met, if applicable;

(iv)    conducting or arranging for medical review, legal services and auditing functions, including fraud and abuse detection and compliance programs;

(v)    business planning and development, such as conducting cost-management and planning-related analyses related to managing and operating the Medical Program, the Dental Program or the associate assistance services provided under the Plan, including formulary development and administration, development or improvement of methods of Payment or coverage policies; and

(vi)    business management and general administrative activities of the Medical Program, the Dental Program, or the associate assistance services provided under the Plan, including, but not limited to:

(A)    management activities relating to implementation of and compliance with the requirements of the HIPAA rules at 45 C.F.R. Subtitle A, Subchapter C;

(B)    administrative services, including the provision of data analyses for the Group, provided that Protected Health Information is not disclosed to the Group;

(C)     resolution of internal grievances;

(D)     the sale, transfer, merger or consolidation of all or part of the Medical Program and Dental Program or the employee assistance provider with another group health plan, or an entity that following such activity will become a covered entity, and due diligence related to such activity; and

(E)     consistent with the applicable requirements of 45 C.F.R. §164.514, creating de-identified health information or a limited data set.

Notwithstanding the foregoing, Health Care Operations excludes any communication by the Plan or a Business Associate about a product or service that encourages recipients of the communication to use the product or service, unless the communication satisfies the conditions specified in 45 C.F.R. §164.501(1)(i), (ii) or (iii) and the Plan receives no direct or indirect payment in exchange for making the communication except that payment may be received in the following circumstances:  (I) the communication describes a drug or biologic that is currently prescribed for the recipient of the communication and the payment received by the Plan is reasonable in amount; (II) the communication is made by the Plan, and the Plan obtains an authorization from the recipient of the communication; and (III) the communication is made by a Business Associate on behalf of the Plan and the communication is consistent with the written agreement between the Plan and the Business Associate.

b.    **Payment** means the activities undertaken by the Medical Program and Dental Program or the associate assistance services provided under the Plan to: (A) obtain premiums or determine or fulfill their individual responsibility for coverage and provision of Benefits under the Medical Program and Dental Program; or (B) obtain or provide reimbursement for the provision of health care.  The activities referred to in the preceding sentence relate to the individual to whom health care is provided and include, but are not limited to:

(i)     determinations of eligibility or coverage (including coordination of benefits or the determination of cost sharing amounts), and adjudication or subrogation of health benefit claims;

(ii)    risk adjusting amounts due based on enrollee health status and demographic characteristics;

(iii)   billing, claims management, collection activities, obtaining payment under a contract of stop-loss insurance or excess of loss insurance, and related health care data processing;

(iv)    review of health care services with respect to medical necessity, coverage under the Medical Program or Dental Program, as the case may be, appropriateness of care, or justification of charges;

(v)     utilization review activities, including precertification and preauthorization of services, concurrent and retrospective review of services; and

(vi)    disclosure to consumer reporting agencies of any of the following Protected Health Information relating to collection of premiums or reimbursement:  (A) name and address; (B) date of birth; (C) Social Security number; (D) payment history; (E) account number; and (F) name and address of the health care provider and/or the Plan.

c.    **Protected Health Information** or **PHI** means any information, including demographic information collected from an individual, whether oral or recorded, maintained or transmitted in any other form or medium, that:

(i)    is created or received by a group health plan, such as the Plan with regard to the Medical Program and Dental Program, the associate assistance services provided under Section 13, a health care provider, or a health care clearinghouse;

(ii)    relates to the past, present or future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present or future Payment for the provision of health care to an individual; and

(iii)    identifies the individual, or with respect to which there is a reasonable basis to believe the information can be used to identify the individual.

PHI does not include education records covered by the Family Educational Rights and Privacy Act, as amended, records described in 20 U.S.C. §1232g, including 20 U.S.C. §1232g(a)(4)(B)(iv), and employment records and enrollment data held by a group health plan, a health care provider or a health care clearinghouse in its role as employer.

d.    **Summary Health Information** means information, that may be individually identifiable health information and that summarizes claims history, claims expenses, or types of claims experienced by individuals for whom the Group has provided health benefits under the Medical Program or Dental Program, as the case may be, or the associate assistance services under Section 13, provided that the information described at 45 C.F.R. §164.514(b)(2)(i) has been deleted, except that information described in 45 C.F.R §164.514(b)(2)(i)(B) need only be aggregated to the level of a five digit zip code.

e.    **Treatment** means the provision, coordination, or management of health care and related services by one or more health care providers, including the coordination or management of health care by a health care provider with a third party; consultation between health care providers relating to a patient; or the referral of a patient for health care from one health care provider to another.

**11.3    Disclosure as Permitted by Authorization.**  PHI may be disclosed to the Group pursuant to the valid authorization of the individual who is the subject of the PHI in accordance with the policy and procedures for disclosure upon such authorization adopted by the Plan Administrator for the Medical Program, the Dental Program and the associate assistance services portion of the Plan.

**11.4    Disclosure without Individual Authorization.**  Summary Health Information may be disclosed to an Employer if such Employer requests such information for the following purposes:  (i) obtaining premium bids from health insurance issuers for purposes of providing health insurance coverage under the Medical Program or Dental Program, as the case may be, or the associate assistance services portion of the Plan; or (ii) modifying, amending or terminating the Medical Program and Dental Program portions of the Plan or the associate assistance services portion of the Plan.  In addition, information as to whether an individual is participating in the Medical Program or Dental Program, as the case may be, or the associate assistance services portion of the Plan may be disclosed to an Employer.  Further, PHI may be disclosed to an Employer if required by law.  Finally, provided the certification requirements set forth in Subsection 11.5 are satisfied, PHI may be disclosed to an Employer for purposes of administering claims under the Medical Program, the Dental Program, or the associate assistance services portion of the Plan, including the appeal of any denied claims, under Section 6, Claims Administration, and for any other purpose related to any activity undertaken by the Employer in connection with Treatment, Payment and Health Care Operations of the Plan.

**11.5    Certification Requirement.**  The Medical Program, the Dental Program, and the associate assistance services portion of the Plan will disclose PHI to an Employer without individual authorization

only upon receipt of the Plan Sponsor's written certification that the Plan has been amended to include this Section 11 and that the Plan Sponsor, on behalf of each Employer, also agrees to:

    a.      not use or further disclose PHI other than as permitted or required by the Plan or as required by law;

    b.      ensure that any agents, including subcontractors, to whom any Employer provides PHI received from the Medical Program, the Dental Program, or the associate assistance services portion of the Plan agree to the same restrictions and conditions that apply to the Employers with respect to such PHI;

    c.      not use or disclose PHI for employment-related actions and decisions unless authorized by the individual who is the subject of the PHI;

    d.      not use or disclose PHI in connection with any other benefit or employee benefit plan of the Plan Sponsor unless authorized by the individual who is the subject of the PHI;

    e.      report to the Plan any use or disclosure of PHI that is inconsistent with the uses and disclosures provided for of which it becomes aware;

    f.      make PHI available to a Member in accordance with the Privacy Rule at 45 C.F.R. §164.524;

    g.      make PHI available for amendment and incorporate any amendments to PHI in accordance with the Privacy Rule at 45 C.F.R. §164.526;

    h.      make available the information required to provide an accounting of disclosures in accordance with the Privacy Rule at 45 C.F. R. §164.528;

    i.      make internal practices, books and records relating to the use and disclosure of PHI received from the Plan available to the Secretary of the U.S. Department of Health and Human Services for purposes of determining the Plan's compliance with the Privacy Rule;

    j.      if feasible, return or destroy all PHI received from the Plan that the Employers still maintain in any form, and retain no copies of such PHI when no longer needed for the purpose for which disclosure was made (or if return or destruction is not feasible, limit further uses and disclosures to those purposes that make the return or destruction infeasible); and

    k.      ensure that the requirements of Subsection 11.6 have been met.

**11.6    Adequate Separation between the Plan and the Group.** In accordance with HIPAA, only the following employees or classes of employees and other persons under the control of the Group may be given access to PHI:

    a.      Director of Benefits;

    b.      any Benefits Analyst or Benefits Enrollment Technician assigned to the administration of the Plan;

    c.      any Human Resources representative who has been assigned responsibility for matters pertaining to the Plan;

    d.      any employee of the Employer who is assigned responsibility for matters pertaining to the Plan in connection with the human resources information system;

e.      any employee of the Employer who is assigned responsibility for the legal compliance of the Plan;

f.      members of the Benefits Administrative Committee, which serves as the Plan Administrator for the Plan;

g.      the individual who is designated as the "privacy officer" for the Plan; and

h.      any individual who is assigned to provide secretarial or clerical support to any of the employees described above.

The persons described in this Subsection 11.6 may only have access to and use and disclose PHI for plan administration functions that are performed for the Medical Program, the Dental Program and the associate assistance services portion of the Plan. If the persons described in this Subsection 11.6 do not comply with the provisions of this Section 11, Rules for Disclosing Health Information, the Group shall provide a mechanism for resolving issues of noncompliance, including disciplinary sanctions.

**11.7    Security Standards.** The Plan Sponsor shall implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the Electronic Protected Health Information that it creates, receives, maintains, or transmits on behalf of the Medical Program, Dental Program and associate assistance services portion of the Plan; ensure that the adequate separation required by 45 C.F.R. §164.504(f)(2)(iii) is supported by reasonable and appropriate security measures; ensure that any agent, including a subcontractor, to whom it provides Electronic Protected Health Information agrees to implement reasonable and appropriate safeguards to protect such information; and report to the Plan any Security Incident of which Plan Sponsor becomes aware. For purposes of this Subsection 11.7, the term "Electronic Protected Health Information" shall have the same meaning as that term is defined in 45 C.F.R. §160.103, and the term "Security Incident" shall have the same meaning as that term is defined in 45 C.F.R. §164.304.

## SECTION 12
## GENERAL PROVISIONS APPLICABLE TO
## MEDICAL PROGRAM AND DENTAL PROGRAM

**12.1    Assignment.**  Unless otherwise permitted under this Plan (including Attachment A and Attachment B, a Member cannot assign any Benefits or payments due under the Medical Program to any person (including a physician), corporation or other organization.

**12.2    Payments under the Medical Program and Dental Program.**  Payments for covered services under the Medical Program and the Dental Program will be paid either directly to health care providers or to the Member, in accordance with procedures adopted by the Claims Administrators. In addition, if the Member is covered as a Dependent Child under a court or administrative order and the parent who is not the Employee Member incurs covered expenses on the Dependent Child's behalf, the Claims Administrators may make payment for these covered expenses to the non-Employee Member parent or the health care provider, in accordance with procedures adopted by the Claims Administrators. Any such payment for these covered expenses will, in either case, be full and complete satisfaction of the benefit and payment obligations under the Medical Program or the Dental Program.

**12.3    Claim Payments Made in Error.**  If a payment is made in error under the Medical Program or Dental Program to or on behalf of a Member, the Member is required to repay the Plan the amount that was paid in error.  If the Member has not repaid the full amount owed the Plan and a subsequent payment of Benefits is made under the Medical Program or Dental Program, the amount owed may be subtracted from the subsequent payment.

**12.4    Time Period for Filing Claims.**  All claims for covered services and supplies under the Medical Program or Dental Program must be submitted to the applicable Claims Administrator within 12 months after the date the services were rendered, the supplies were received, or the prescriptions were initially filled.  The Claims Administrators may extend the time period for filing claims beyond the 12-month claims filing period if the Member becomes legally incapacitated prior to the end of the filing period.

**12.5    Information Regarding Network Providers.**  A listing of current network physicians, pharmacies and dentists is available to each Eligible Employee and Employee Member on the website of the applicable Claims Administrator.

**12.6    Events Outside the Control of the Medical Program or Dental Program.**

a.      For purposes of this Subsection 12.6, an event "outside the control of the Medical Program or Dental Program" refers to a natural disaster, epidemic, complete or partial destruction of facilities, disability of a significant part of the staff of a network provider, war, riot, civil insurrection, or any similar event over which the Medical Program, the Dental Program, the Plan, the Plan Administrator, the Plan Sponsor, the Group, or the Claims Administrator cannot exercise influence or control.

b.      When an event outside the control of the Medical Program or the Dental Program affects the operations of the Medical Program or the Dental Program (as determined by the applicable Claims Administrator), the Claims Administrator will use its best efforts to continue to provide and arrange Benefits and services to Members, taking into account the impact of the event on facilities and personnel, and the extent to which the services required by the Members are medically necessary and urgently needed.

c.      If a Claims Administrator is unable to provide or arrange Benefits under Subsection 12.6.b above from network providers, then the Medical Program or the Dental Program (as the case may be) will cover services obtained from **any** physician, dentist, hospital or provider of the Member's choice as if it had been provided by a network provider, as the case may be, but only if and to the extent that the Claims Administrator determines that:

(i)      the services would have been covered under the Medical Program or the Dental Program if provided or arranged by a network provider;

(ii)     obtaining these services from a network provider was impossible, impractical or would have entailed a medically unacceptable delay; and

(iii)    the services were medically necessary and urgently needed.

d.     Except as provided in Subsections 12.6.b and 12.6.c above, neither the Medical Program, the Dental Program, the Plan, the Plan Administrator, the Plan Sponsor, the Group, nor the Claims Administrator will have any liability or obligation for delay or failure to provide or arrange any services or Benefits when the delay or failure is caused by an event outside the Medical Program's or Dental Program's control.

**12.7    Legal Actions.**  If a Member has exhausted all available internal appeal rights described in Section 6 above, the Member may file a lawsuit in state or federal court to recover Benefits.  Any lawsuit by a Member against a Claims Administrator, the Medical Program, the Dental Program, the Plan Administrator, the Plan, the Plan Sponsor, or the Group must be commenced within one (1) year from the date the Member received a final Appeal Decision from a Claims Administrator or, if applicable, a final External Review decision from an Independent Review Organization.

**12.8    Identification Card.**  Any cards that a Claims Administrator issues to a Member under the Medical Program or Dental Program are for identification only.  Possession of an identification card confers no right to Benefits under the Medical Program or Dental Program.  To be entitled to such Benefits, the holder of the card must, in fact, be a Member on whose behalf all Employee contributions required under the Medical Program or Dental Program for such coverage have actually been paid.  Any person receiving Benefits to which he is not then entitled under the provisions of the Medical Program or Dental Program will be liable for the actual cost of such Benefits.

**12.9    Relationship to Network Providers, Pharmacies and Dentists.**  Network providers, pharmacies and dentists are independent individuals or organizations and are related to a Claims Administrator by contract only.  Network providers, pharmacies and dentists are neither employees nor agents of a Claims Administrator, the Medical Program, the Dental Program, the Plan, the Plan Sponsor, the Plan Administrator, or the Group and are not authorized to act on behalf of, or obligate a Claims Administrator, the Medical Program, the Dental Program, the Plan, the Plan Sponsor, the Plan Administrator, or the Group with regard to, interpretation of the terms of the Medical Program or Dental Program, including eligibility of Members for coverage or entitlement to Benefits.  Each provider or dentist maintains a physician-patient relationship with the Member for whom the provider is providing or performing medical or dental services, and each such provider (and not the Claims Administrators, the Medical Program, the Dental Program, the Plan, the Group, the Plan Sponsor and the Plan Administrator), shall be solely responsible for the medical or dental services it provides. Neither the Claims Administrators, the Medical Program, the Dental Program, the Plan Administrator, the Plan, the Group nor the Plan Sponsor is responsible for any acts or omissions, including those involving malpractice or wrongful death, of any provider, pharmacy or dentist, or any other individual, facility or institution that provides services to any Member or any employee, agent or representative of any such provider, pharmacy or dentist.  The ultimate decision whether to obtain care from a provider, pharmacy or dentist is made by the Member, and is not made by the Claims Administrators, the Medical Program, the Dental Program, the Plan, the Group, the Plan Sponsor or the Plan Administrator.

**12.10    Medical Program and Dental Program Binding on Members.**  By electing coverage under the Medical Program, or accepting Benefits under the Medical Program, Members are subject to all terms, conditions and provisions of the Medical Program.  By electing coverage under the Dental Program, or accepting Benefits under the Dental Program, Members are subject to all terms, conditions and provisions of the Dental Program.

**12.11    Medical Program and Dental Program Not Modified by Oral Statements.**  Oral statements cannot be relied upon to modify or otherwise affect the Benefits, limitations and/or exclusions of the Medical Program and Dental Program, or increase or void any coverage or reduce any Benefits under the Medical Program and Dental Program.  Such oral statements cannot be used in the prosecution or defense of a claim under the Medical Program and Dental Program.

**12.12    Rules for Determining Dates and Times.**  The following rules will be used when determining dates and times under the Medical Program and Dental Program:

a.      All dates and times of day will be based on the dates and times applicable to the Washington, D.C. area, *i.e.*, Eastern Standard Time or Eastern Daylight Saving Time, as applicable.

b.      When reference is made to coverage being effective on a particular date, this means 12:01 a.m. on that date.

c.      When reference is made to coverage terminating on a particular date, this means 12:00 midnight on that date.

d.      "Day" means a calendar day, including weekends, holidays, etc., unless a different basis is specifically stated.

e.      "Year" refers to calendar year, unless a different basis is specifically stated.

# SECTION 13
## ASSOCIATE ASSISTANCE SERVICES

**13.1    Eligibility for Associate Assistance Services.**  In addition to the Medical Program, Dental Program, Vision Program and HMO Program, the Plan shall provide the associate assistant services described in Subsection 13.2 below to any individual who is:

a.    classified by the Group as an employee of the Group;

b.    a Spouse or significant other of the individual described in Subsection 13.1.a above;

c.    any Child Dependent as described in Subsection 3.4 above of the individual described in Subsection 13.1.a above; and

d.    any other person who permanently resides with the individual described in Subsection 13.1.a above.

The individuals described in this Subsection 13.1 are referred to in this Section 13 as "eligible individuals."

**13.2    Associate Assistance Services.**  Subject to Subsection 13.3 below, the following associate assistance services shall be provided to each eligible individual by an employee assistance provider selected by the Plan Sponsor:

a.    24-hour, toll-free telephone access to the employee assistance provider's clinical services;

b.    unlimited 24-hour telephone access to problem assessment and counseling and a maximum of three (3) hours of scheduled face-to-face problem assessment and/or crisis intervention counseling per case;

c.    referral to an appropriate counseling facility, treatment facility or helping agency, as necessary;

d.    quality assurance follow-up for each eligible individual referred by the employee assistance provider to outside services to determine the success of the referral and any need for further assistance;

e.    liaison with those treatment facilities and community agencies that provide services to any eligible individual who utilizes the associate assistance services described in this Subsection 13.2;

f.    24-hour telephonic or electronic access to mental health self-assessment program;

g.    child and elder care resources and referrals, including access to online and counselor-assisted search capabilities for child and elder care providers;

h.    specialized consultations for legal concerns regarding the eligible individual except for employment and business law matters and where the interests of the eligible individual or the Group would be adversely affected;

i.    specialized consultations for financial concerns regarding the eligible individual, including counseling on budget and debt management issues; and

j.    wellness information and resources for the eligible individual, including a five (5) session telephonic counseling model to assist with smoking cessation.

**13.3    Claims Regarding Associate Assistance Services.**  Notwithstanding anything herein to the contrary, any claim for associate assistance services shall be administered under claims administration rules that are identical to the claims administration rules set forth in Subsections 6.3, 6.4, 6.5, and 6.6 of this Master Document; provided, however, any reference to a Claims Administrator in such Subsections shall be replaced with "employee assistance provider selected by the Plan Sponsor" when applying such claims administration rules to this Section 13.

**13.4     Termination of Associate Assistant Services.**  The associate assistance services described in Subsection 13.2 shall be available to any eligible individual who is described in Subsection 13.1.a (and any other individual who is described in Subsection 13.1.b, 13.1.c, or 13.1.d and who is eligible for associate assistance services solely because of the employment status of the eligible individual described in Subsection 13.1.a) until the earlier of:

a.     the date the eligible individual described in Subsection 13.1.a terminates employment with the Group; or

b.     the date the Plan Sponsor terminates the agreement with the employee assistance provider to provide the associate assistance services.

In addition, and subject to the preceding sentence, the associate assistance services described in Subsection 13.2 shall be available to any eligible individual who is described in Subsection 13.1.b, 13.1.c, or 13.1.d so long as such individual maintains the relationship with the eligible individual described in Subsection 13.1.a that enabled the eligible individual described in Subsection 13.1.b, 13.1.c or 13.1.d to be eligible for the associate assistance services initially.  For example, a Spouse of an employee of the Group shall remain eligible for the associate assistance services so long as the employee remains employed and the employee and the Spouse remain married.  Notwithstanding the preceding provisions of this Subsection 13.4, the continuation of coverage rules set forth in Subsection 4.7 above shall apply with respect to any eligible individual whose eligibility for associate assistance services terminates as a result of a "Qualifying Event" as such term is defined in Subsection 4.7.b.

**ATTACHMENT A**
**DESCRIPTION OF COVERED SERVICES**
**UNDER THE MEDICAL PROGRAM**

This Attachment A describes the medical services covered under the Medical Program by incorporating specific UnitedHealthcare documents by reference.  Among other things, the incorporated documents describe covered services and list cost-sharing amounts payable by Members in the form of deductibles, co-payments and coinsurance.  This Attachment A also describes the prescription drug services covered under the Medical Program.

SECTION A-1    GENERAL PROVISIONS .................................................................................. 54

SECTION A-2    CHOICE PLUS PLAN ..................................................................................... 55

SECTION A-3    CHOICE PLAN ................................................................................................ 56

SECTION A-4    PRESCRIPTION DRUG SERVICES .............................................................. 57

## SECTION A-1
## GENERAL PROVISIONS

**A-1.1    Coverage under the Medical Program.** The Medical Program offers Members a choice between two options: the Choice Plus Plan or the Choice Plan. Both options are administered by UnitedHealthcare, the Claims Administrator for the Medical Program (other than prescription drug Benefits).

    a.    **Choice Plus Plan.** When a Member enrolls in the Choice Plus Plan, the Member may elect to receive Benefits for a particular service from either in-network or out-of-network providers. For both in-network and out-of-network services, the Member is required to pay applicable deductibles, co-insurance or copayments. When services are provided by in-network providers, the provider submits the claim directly to UnitedHealthcare, and generally accepts UnitedHealthcare's reimbursement as payment in full. For out-of-network services, the Member is required to submit a claim to UnitedHealthcare, and UnitedHealthcare's reimbursement may not cover 100% of the cost of the out-of-network provider's services.

    b.    **Choice Plan.** When a Member enrolls in the Choice Plan, the Member may elect to receive Benefits for a particular service only from in-network providers (exceptions apply for emergency services). For in-network services, the Member is required to pay applicable deductibles, co-insurance or copayments. When services are provided by in-network providers, the provider submits the claim directly to UnitedHealthcare, and generally accepts UnitedHealthcare's reimbursement as payment in full. If a Member decides to use an out-of-network provider, then the Member is fully responsible for the cost of the provider's services (exceptions apply for emergency services).

**A-1.2    Incorporation by Reference.** This Attachment A incorporates by reference various documents prepared by UnitedHealthcare that more fully describe the terms and conditions of the Choice Plus Plan and the Choice Plan. The incorporated documents for the Choice Plus Plan are described in Subsection A-2 and the incorporated documents for the Choice Plan are described in Subsection A-3.

**A-1.3    Prescription Drug Benefits.** Members who enroll in either the Choice Plus Plan or the Choice Plan automatically receive prescription drug coverage. The prescription drug coverage is administered by CVS Caremark, the Claims Administrator for prescription drug Benefits under the Medical Program. This Attachment A describes the Prescription Drug Benefits in Subsection A-4.

## SECTION A-2
## CHOICE PLUS PLAN

**A-2.1    Overview.**  This Section A-2 describes the features of the Choice Plus Plan including, without limitation, general information, covered services, excluded services, cost-sharing requirements (such as deductibles, co-insurance and copayments), limitations (such as pre-authorization requirements), claims administration, coordination of benefits, subrogation/right of recovery and a glossary with definitions of various terms.  These features are described in the UnitedHealthcare documents listed in Subsection A-2.2, which are incorporated by reference in this Attachment A.

**A-2.2    Incorporated Documents.**  The UnitedHealthcare documents incorporated by reference herein include the following sections of the UnitedHealthcare booklet describing the Choice Plus Plan offered to Group Number 755393:

    a.      Section 1 – How the Plan Works
    b.      Section 2 – Personal Health Support
    c.      Section 3 – Plan Highlights
    d.      Section 4 – Additional Coverage Details
    e.      Section 5 – Resources to Help You Stay Healthy
    f.      Section 6 – Exclusions: What the Medical Plan Will Not Cover
    g.      Section 7 – Claims Procedures
    h.      Section 8 – Coordination of Benefits
    i.      Section 9 – Subrogation and Reimbursement
    j.      Section 10 – Glossary

**A-2.3    Resolution of Conflicts.**  In the event of a conflict between the UnitedHealthcare documents incorporated by reference herein, and the Master Plan Document, the terms of the Master Plan Document shall govern.

## SECTION A-3
## CHOICE PLAN

**A-3.1   Overview.** This Section A-3 describes the features of the Choice Plan including, without limitation, general information, covered services, excluded services, cost-sharing requirements (such as deductibles, co-insurance and copayments), limitations (such as pre-authorization requirements), claims administration, coordination of benefits, subrogation/right of recovery and a glossary with definitions of various terms.  These features are described in the UnitedHealthcare documents listed in Subsection A-3.2, which are incorporated by reference in this Attachment A.

**A-3.2   Incorporated Documents.**  The UnitedHealthcare documents incorporated by reference herein include the following sections of the UnitedHealthcare booklet describing the Choice Plan offered to Group Number 755393:

| | |
|---|---|
| a. | Section 1 – How the Plan Works |
| b. | Section 2 – Personal Health Support |
| c. | Section 3 – Plan Highlights |
| d. | Section 4 – Additional Coverage Details |
| e. | Section 5 – Resources to Help You Stay Healthy |
| f. | Section 6 – Exclusions: What the Medical Plan Will Not Cover |
| g. | Section 7 – Claims Procedures |
| h. | Section 8 – Coordination of Benefits |
| i. | Section 9 – Subrogation and Reimbursement |
| j. | Section 10 – Glossary |

**A-3.3   Resolution of Conflicts.**  In the event of a conflict between the UnitedHealthcare documents incorporated by reference herein, and the Master Plan Document, the terms of the Master Plan Document shall govern.

## SECTION A-4
## PRESCRIPTION DRUG SERVICES

**A-4.1    Definitions.**  In addition to those definitions found elsewhere, this Section A-4 uses the following terms.

a.    **Brand Name** means a pharmaceutical product for which there is a single innovator, manufacturer, or distributor source that has patent protection for the product.

b.    **Generic** means a pharmaceutical product for which patent protection has expired and that is available from multiple manufacturer or distributor sources in addition to the innovator source.

c.    **Discretionary Drugs** means the following classes of Prescription Drugs:  weight loss/obesity and hair growth and removal products.

d.    **Mail Service Pharmacy** means a Pharmacy that has an agreement in effect with CVS Caremark to provide mail service Prescription Drugs.

e.    **Maintenance Drug** means a Prescription Drug which is intended to be used for a long period of time or indefinitely, but excluding drugs obtained from the Specialty Pharmacy.

f.    **Maintenance Choice Pharmacy** means a Pharmacy, other than a Mail Service Pharmacy, that has an agreement in effect with CVS Caremark to allow a member to obtain Maintenance Drugs for the same Copayment and in the same supply amounts as the Mail Service Pharmacy.

g.    **Non-Participating Pharmacy** means a Pharmacy, other than a Participating Pharmacy or Mail Service Pharmacy that regularly dispenses Prescription Drugs.

h.    **Non-Preferred Drug** is any brand drug that has a preferred alternative (within the same therapeutic category) listed on the CVS Caremark standard drug list.

i.    **Participating Pharmacy** means a Pharmacy, other than a Mail Service Pharmacy, that has an agreement in effect with CVS Caremark to provide Prescription Drugs.

j.    **Pharmacy** means a licensed establishment where Prescription Drugs are dispensed by a pharmacist, including any pharmacy that operates under the licensure of a facility or institution of which it is an integral part, even though the pharmacy itself is not a separately licensed establishment.

k.    **Preferred Drug List** means the comprehensive, preferred drug list established by CVS Caremark, in effect as of January 1, 2014, and as periodically reviewed and modified by CVS Caremark.

l.    **Preferred Drug** means any drug that has been approved and/or recommended on the basis of a clinical review by the CVS Caremark National Pharmacy and Therapeutics Committee, and reflects CVS Caremark's recommendations regarding which pharmaceutical products should be given favorable consideration by plans and their members.

m.    **Prescriber** means a doctor of medicine, a doctor of osteopathy, a doctor of dental surgery, a doctor of dental medicine, a doctor of surgical chiropody, a doctor of podiatry, or a nurse practitioner, licensed as such by the duly constituted authority in the area in which the Prescription Order is issued when acting within the scope of such licensure.

n.    **Prescription Drug** means a Federal legend drug, a state-restricted drug, or a compounded medication containing at least one Federal legend drug, dispensed pursuant to a Prescription Order for the outpatient or out-of-Hospital use of a Member covered under this Section.

o.    **Prescription Order** means the written or oral request for a Prescription Drug issued by a Prescriber duly licensed to make such a request in the ordinary course of his professional practice.

p.    **Program Allowance** means the reimbursement amount for Prescription Drugs as determined by CVS Caremark.  Program Allowance is accepted as payment in full by Participating Pharmacies and Mail Service Pharmacies, except for the Deductible and Copayment amounts that may apply, which are the Member's responsibility.

q.    **Specialty Pharmacy** means a Pharmacy, other than a Participating Pharmacy or a Mail Service Pharmacy, that has an agreement in effect with CVS Caremark to provide Specialty Prescription Drugs and other specialty services such as Member-specific dosing, self-injection training, personalized counseling about drug administration, adherence management to assure compliance with the prescribed drug therapy program, and supplemental educational materials.

r.    **Specialty Prescription Drug** means a Prescription Drug, as identified by CVS Caremark, that is used to target chronic, complex disease states and rare diseases, and that may be produced through biological processes.

**A-4.2    Covered Prescription Drug Services.**

a.    Coverage will be available for Prescription Drugs dispensed by a Pharmacy for outpatient or out-of-Hospital use by a Member.

b.    The payment of Benefits under this Section A-4, Prescription Drug Services, will never be more than the amount that was actually charged for a Prescription Drug, and such payment will fulfill the Medical Program's obligation.

c.    For prescriptions filled at Participating Pharmacies, Mail Service Pharmacies and Maintenance Choice Pharmacies, benefit payments will be based on Program Allowances for Prescription Drugs as determined by CVS Caremark. Deductible and Copayment or Coinsurance amounts may apply and, if so, they are the Member's responsibility, and subject to the Incentivized Mail Program. If the Program Allowance for Prescription Drugs is less than the applicable Copayment or Coinsurance amount, the Member will pay the lower Program Allowance. Detailed information about the Deductible, Copayment and Coinsurance (as such terms are defined below), including specific terms and amounts, can be found in Subsection A-4.6, Benefits Schedule.

  (i)    **Deductible.** If a Member's prescription drug coverage includes a Deductible (see the Benefits Schedule in Subsection A-4.6 below), he does not begin to receive Benefits until he meets his Deductible for that year. Each Member must satisfy the Deductible each calendar year. The amounts that accrue toward the Deductible will be based on Program Allowances for the Prescription Drugs, rather than on the actual charges.

  (ii)    **Copayment.** Once a Member's Deductible is met (if applicable), Benefits are based on a sharing of the Program Allowance between the Member and the Medical Program designee. These costs are shared based on the Program Allowance that the Medical Program pays and the fixed dollar amount that the Member pays. This fixed dollar amount is referred to as the Copayment.

  (iii)    **Coinsurance.** Coinsurance is similar to a Copayment, except that Coinsurance is based on a percentage of the drug cost, rather than a fixed dollar amount.

d.    For prescriptions filled at Non-Participating Pharmacies, the Member is responsible for paying the total charge and submitting a claim to CVS Caremark for reimbursement in accordance with Section 6 of the Master Document. The Member will be entitled to reimbursement from the Medical Program in the amount of the Program Allowance, minus the Deductible and Copayment when applicable. The Member will be responsible for balances above the Program Allowance.

e.    **Diabetic Supplies.** Coverage is available for Diabetes Supplies, which consist of needles, syringes, glucose testing strips, lancets, and alcohol swabs, and which are subject to state dispensing laws and dispensed pursuant to a Prescription Order. NOTE: There is no Copayment required for Diabetic Supplies.

f.    **Generic Substitution Program.** Pharmacies will dispense Generic Drug substitutes whenever available and legally permitted. If a Member's Prescription Order specifically indicates a Brand Name where a Generic Drug substitute is available and the Member requests the Brand Name or does not agree to the Pharmacy dispensing a Generic Drug substitute, the Member will be subject to the "Dispense as Written" penalty set forth in Subsection A-4.6, Benefits Schedule, regardless of the manner in which the Prescriber completes the Prescription Order.

g.    **Specialty Therapy Program.** Any Member who receives a Prescription Order for a Specialty Prescription Drug is required to participate in the Specialty Therapy Program. The

Prescription Order for the Specialty Prescription Drug shall be dispensed only by a Specialty Pharmacy, which also shall provide specialty services to the Member, including those outlined in Subsection A-4.1.q.

**A-4.3    Limitations.**

a.    A Pharmacy may not dispense a Prescription Drug that in the pharmacist's professional judgment should not be dispensed.

b.    Prescription Drugs will be dispensed according to the amount indicated in the Prescription Order, not to exceed the supply amount indicated in Subsection A-4.6 below, Benefits Schedule, or the unit limitations, if applicable, as per Subsection A-4.3.f and g.

c.    Refills will be dispensed only pursuant to a Prescription Order and will be subject to the same limitations as contained in Subsections A-4.3.a and A-4.3.b above, and under no circumstances will Benefits for refills be provided beyond one year from the original Prescription Order date. In addition, refills will be limited to the refill amount indicated in Subsection A-4.6, Benefits Schedule.

d.    The Medical Program reserves the right to limit coverage of Prescription Drugs to those drugs on the "Preferred Drug List," which is a comprehensive, preferred medication list periodically reviewed and modified by CVS Caremark.

e.    A drug for a particular indication will not be excluded from coverage on the grounds that the drug has not been approved by the federal Food and Drug Administration for that indication if the drug is recognized for treatment of the indication in one of the standard reference compendia or in the medical literature. "Standard reference compendia" means The United States Pharmacopoeia Drug Information or The American Hospital Formulary Service Drug Information.

f.    Drugs included in the following non-specialty drug classes require prior authorization by CVS Caremark: ADHD/Narcolepsy Agents (Prior authorization required after age 18), Anabolic Steroids, Antidiabetics, GI Motility, Acne (Oral), Pain (Oral Fentanyl), Pain (Topical), Testosterone (Injected), Testosterone (Oral), Testosterone (Topical and Buccal), Topical Acne (not including Topical Retinoids), and Topical Retinoids (prior authorization required after age 35). Prior authorization by CVS Caremark must always be obtained by the Prescriber. If prior authorization by CVS Caremark is required but not obtained with respect to a drug, the drug is not a covered Benefit under the Medical Program.

g.    Notwithstanding the supply amount specified in Subsection A-4.6, the  following drug classes and drugs in those classes are subject to special unit limits as specified by CVS Caremark: Beta-2 Agonists and Combinations, Erectile Dysfunction, Intra-Nasal Corticosteroids, Mast Cell Stabilizers and Anticholinergics, and Oral Inhaled Corticosteroids. These limitations apply every 25 days for Prescription Orders filled through a Participating Pharmacy and every 75 days for Prescription Orders filled through a Mail Service Pharmacy.  Prescription Orders filled in excess of these limitations are not covered Benefits under the Medical Program.

h.    Notwithstanding the supply amount specified in Subsection A-4.6, the following drug classes and drugs in those classes are subject to special unit limits as specified by CVS Caremark: Anti-emetics, Anti-migraine, Influenza Treatment and Prevention, Pain, Proton Pump Inhibitors, Sedative/Hypnotics, Platelet Inhibitors, Effient (cardiovascular), and Platelet-Aggregation Inhibitors. Except for certain drugs identified by CVS Caremark, generally the limitations apply every 25 days for Prescription Orders filled through a Participating Pharmacy and every 75 days for Prescription Orders filled through a Mail Service Pharmacy.  Prescription Orders in excess of the limitations require prior authorization by CVS Caremark, which must be obtained by the Prescriber.  If prior authorization by CVS Caremark is required but not obtained with respect to a drug subject to the following limitations, any Prescription Order for the drug that is filled in excess of the limitation is not a covered Benefit under the Medical Program.

**A-4.4    Exclusions.**  Benefits under this Section A-4, Prescription Drug Services, will not be provided for:

a.    Any drug that is not a Prescription Drug as defined in Subsection A-4.1 above, including, but not limited to, any drug that legally can be obtained without a Prescription Order, even if such drug is requested by a Prescription Order.

b.      Therapeutic devices or appliances, or other non-medical substances, regardless of their intended use.

c.      Administration or injection of any drug, including insulin (Benefits for the administration of allergy injections or any other injectable prescription drugs are limited to covered procedures under the Choice Plus Plan or the Choice Plan, as applicable).

d.      Contraceptive jellies, creams, foams or devices, unless shown as covered in Subsection A-4.6, Benefits Schedule.

e.      Drugs used to treat obesity, assist with weight reduction, or anorexiants.

f.      Anti-smoking aids or smoking deterrents.

g.      Immunization agents, allergy sera, biological sera, blood or blood plasma (provided, however, coverage may be provided under the Choice Plus Plan or the Choice Plan, as applicable).

h.      Diabetic testing or monitoring devices (Benefits for diabetic testing or monitoring devices are limited to covered supplies and devices under the Choice Plus Plan or the Choice Plan, as applicable).

i.      Any drug provided for cosmetic purposes, including hair loss and removal (such as Rogaine and hair removal creams), anti-wrinkle agents, depigmenting agents, cosmetic botox, and eyelash growth product.

j.      Any quantity of drugs dispensed that exceeds the supply and refill amounts shown in Subsection A-4.6, Benefits Schedule.

k.      Any prescription refilled in excess of the number of refills specified in the Prescription Order; or any prescription or refill dispensed more than one year after the date of the original Prescription Order.

l.      Any drug that is dispensed to, administered to, or consumed by a Member in whole or in part, while he is a patient in a licensed hospital (as defined under the Choice Plus Plan or the Choice Plan, as applicable), rest home, sanitarium, extended care facility, Skilled Nursing Facility, convalescent hospital, nursing home, or other institution that operates on its premises, or allows to be operated on its premises, a facility for dispensing pharmaceuticals.

m.      Any drug that is consumed or administered at the place where it is dispensed (provided, however, coverage may be provided under the Choice Plus Plan or the Choice Plan, as applicable).

n.      Prescription Orders filled prior to the effective date or after the termination date of the Member's coverage under the Medical Program.

o.      Drugs labeled "Caution -- Limited by Federal law to investigational use"; drugs that are experimental or investigational in nature, or that are provided in connection with experimental or investigative services or supplies, except as described in Subsection A-4.3.f above, including drugs not provided in accordance with generally accepted standards of medical practice, and drugs requiring federal or other governmental agency approval not granted at the time they are prescribed.

p.      Non-self-administered injectable drugs.

q.      Fluoride, such as topical fluoride dental products.

r.      Blood glucose testing monitors, except as limited to one glucose testing monitor per calendar year, pursuant to a Prescription Order.

s.      Fertility agents (oral or injectable).

t.      Multiple vitamins (other than prenatal or pediatric pursuant to a Prescription Order).

u.      Any over the counter medication, unless otherwise specified.

v.      Therapeutic devices or appliances, including hypodermic needles, syringes, support garments, ostomy supplies, durable medical equipment, and non-medical substances regardless of intended use, except to extent Diabetic Supplies are covered under Subsection A-4.2.e.

**A-4.5   Miscellaneous Provisions.**

a.     As a condition precedent to the approval of claims for Prescription Drugs under this Section A-4, each Member authorizes and directs any Pharmacy that furnishes Prescription Drugs hereunder to make available to CVS Caremark information relating to such Benefits, copies of records thereof, and such other information and records as may be needed by CVS Caremark.  CVS Caremark will in every case hold such information and records as confidential.

b.     Neither the Plan, the Plan Sponsor, the Plan Administrator, the Group nor CVS Caremark (or the designee of any of the Plan, the Plan Sponsor, the Plan Administrator, the Group or CVS Caremark) will be liable for any claim or demand for injury or damage arising out of or in connection with the manufacturing, compounding, dispensing, or use of any Prescription Drug or any other item whether or not covered under the Medical Program.

c.     The Employee Member's current and applicable CVS Caremark prescription drug card must be presented when a Member purchases Prescription Drugs at a Participating Pharmacy to receive the maximum amount of Benefits under the Medical Program.  If the Member fails to present such prescription drug card, the Member may be responsible for charges above the Program Allowance.

**A-4.6   Benefits Schedule.**

| | |
|---|---|
| Participating Pharmacy | A Member may use his prescription drug card to purchase a covered Prescription Drug from a Participating Pharmacy without submitting a claim. The Member is responsible for the Deductible, Coinsurance, Copayment Dispense as Written Penalty and Incentivized Mail Program limitations, when applicable. |
| Non-Participating Pharmacy | If a Member purchases a covered Prescription Drug from a Non-Participating Pharmacy, the Member is responsible for paying the total charge and submitting a claim to CVS Caremark for reimbursement.  A Member will be entitled to reimbursement from the Medical Program in the amount of the Program Allowance, minus the Deductible, Coinsurance, Copayment and Dispense as Written Penalty and Incentivized Mail Program limitations, when applicable.  NOTE:  A Member may be responsible for the amount above the Program Allowance. |
| Mail Service Pharmacy | A Member may submit a Prescription Order to a Mail Service Pharmacy and receive Maintenance and Non-Maintenance Prescription Drugs (including Contraceptives) by mail. The Member is responsible for the Deductible, Coinsurance, Copayment and Dispense as Written Penalty, when applicable. |
| Maintenance Choice Pharmacy | A Member may submit a Prescription Order to a Maintenance Choice Pharmacy and receive Maintenance Drugs dispensed by the Maintenance Choice Pharmacy, for the same amount limitations and the same Copayment as when a Prescription Order is submitted to a Mail Service Pharmacy.  The member is responsible for the Deductible, Coinsurance, Copayment and Dispense as Written Penalty, when applicable. |
| Specialty Pharmacy | A Member who receives a Specialty Drug Prescription Order must submit such Prescription Order to a Specialty Pharmacy to receive the Specialty Drug.  The Member is responsible for the Deductible, Coinsurance, Copayment and Dispense as Written Penalty, when applicable. |
| Medical Program Payment | 100% of Program Allowance, minus the Deductible, Coinsurance, Copayment Dispense as Written Penalty and Incentivized Mail Program limitations, when applicable |

| | |
|---|---|
| Deductible (per Member, per calendar year) | $0 |
| Copayment for Mail Service Pharmacy and Maintenance Choice Pharmacy | Tier 1:  $16 Copayment per Generic Prescription Drug<br><br>Tier 2:  $60 Copayment per Brand Name Prescription Drug in the Preferred Drug List.<br><br>Tier 3:  $100 Copayment per Brand Name Prescription Drug NOT in the Preferred Drug List.<br><br>NOTE:  A Copayment is assessed for diabetic medications, but there is no Copayment or Coinsurance required for Diabetic supplies, such as syringes, test strips and alcohol swabs. |
| Copayment for Participating Pharmacy, Non-Participating Pharmacy and Specialty Pharmacy | Tier 1:  $8 Copayment per Generic Prescription Drug.<br><br>Tier 2:  25% Coinsurance, with a minimum $25 Copayment and a maximum $50 Copayment, per Brand Name Prescription Drug in the Preferred Drug List.  Tier 3:  40% Coinsurance, with a minimum $40 Copayment and a maximum $100 Copayment, per Brand Name Prescription Drug NOT in the Preferred Drug List.  NOTE:  Copayments are subject to the limitations of the Incentivized Mail Program.  Coinsurance is subject to the minimum and maximum Copayments, is assessed for diabetic medications, but there is no Coinsurance required for Diabetic supplies, such as syringes, test strips and alcohol swabs. |
| Dispense as Written Penalty | If a Brand Name Prescription Drug is dispensed to a Member when a Generic Prescription Drug is available (regardless of the manner in which the Prescriber completes the Prescription Order), the Member is responsible for paying a penalty equal to the applicable Tier 1 Copayment plus the difference between the cost of the Brand Name Prescription Drug and the cost of the Generic Prescription Drug. |
| Supply Amount<br><br>Other unit limits may apply; see limitations in Subsections A-4.3.f and A-4.3.g, respectively | A consecutive 34-day supply of a Covered Prescription Drug, unless limited by a lesser quantity designated by the Prescriber in the Prescription Order when purchased at a Participating or Non-Participating Pharmacy or filled through a Specialty Pharmacy, up to one year of refills.<br><br>A consecutive 100-day supply of a Covered Prescription Drug (maintenance and non-maintenance), unless limited by a lesser quantity designated by the Prescriber in the Prescription Order when purchased through a Mail Service Pharmacy, up to one year of refills. |
| Prescription Contraceptives | Oral contraceptives, topical contraceptives (i.e., Ortho-Evra), contraceptive vaginal ring (i.e., Nuvaring) and prescription devices (Diaphragm, Depo-Provera, Norplant, Intra-Uterine Device and Lunelle) are covered. |
| Incentivized Mail Program | If a Maintenance Drug is filled at a pharmacy other than a Mail Service Pharmacy or a Maintenance Choice Pharmacy, the Maintenance Drug can be refilled three times for a 34- day supply, for the initial prescription, plus two refills, for the Copayment stated under Copayment for Participating Pharmacy, Non-Participating Pharmacy and Specialty Pharmacy.  On the third and sequential refills at a pharmacy other than a Mail Service Pharmacy or a Maintenance Choice Pharmacy, the Member will be charged for the 34-day supply, the same Copayment as for a 100-day supply under the Mail Service Pharmacy. |

**ATTACHMENT B**
**DESCRIPTION OF COVERED SERVICES**
**UNDER THE DENTAL PROGRAM**

This Attachment B describes the dental services eligible for coverage under the Dental Program by incorporating specific Delta Dental documents by reference. Among other things, the incorporated documents describe covered services and list cost-sharing amounts payable by Members in the form of deductibles, co-payments and coinsurance.

**SECTION B-1      GENERAL PROVISIONS**.................................................................. **65**

## SECTION B-1
## GENERAL PROVISIONS

**B-1.1    Coverage under the Dental Program.** The Dental Program offers Members coverage for specified dental services including, without limitation, diagnostic, preventive, basic restorative and major restorative services. The Dental Program is administered by Delta Dental, the Claims Administrator for the Dental Program.

**B-1.2    Incorporation by Reference.** This Attachment B incorporates by reference documents prepared by Delta Dental that more fully describe the terms and conditions of the Dental Program. The incorporated documents describe, among other things, covered services, excluded services, cost-sharing requirements (such as deductibles, co-insurance and copayments), limitations (including limitations on certain services and annual and lifetime dollar limits), claims administration, coordination of benefits and subrogation/right of recovery.

**B-1.3    Incorporated Documents.** The Delta Dental documents incorporated by reference herein include Schedule II of the "Delta Dental PPO Dental Service Contract for Experienced Rated Groups" and the following sections of the Delta Dental Evidence of Coverage document prepared for Group Number 16466:

a.    Selecting Your Dentist
    (i)    Free Choice of Dentist
    (ii)    Referrals to Specialists
    (iii)    Locating a Delta Dental Participating Dentist
b.    Plan Information
    (i)    Benefit Summary Charts
    (ii)    Copayments
    (iii)    Deductible
    (iv)    Maximum Benefit
    (v)    Limitations and Exclusions
c.    How Claims are Paid
    (i)    Payment for Services — Delta Dental PPO Dentist
    (ii)    Payment for Services — Delta Dental Premier Dentist
    (iv)    Payment for Services — Non-Participating Dentist
    (v)    Orthodontic Payments
    (vi)    How to Submit a Claim
    (vii)    Payment Guidelines
    (viii)    Optional Treatment and Non-Covered Services
    (ix)    Pre-Treatment Estimates
    (x)    Other Health Insurance
d.    Complaints, Grievances and Appeals
    (i)    Appeals
e.    Limitations and Exclusions
    (i)    Excluded Benefits
    (ii)    Limitations
f.    Definitions of Terms

**B-1.4    Resolution of Conflicts.** In the event of a conflict between the Delta Dental documents incorporated by reference herein, and the Master Plan Document, the terms of the Master Plan Document shall govern.