Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
        julianne@civilrightsca.com
        kira@civilrightsca.com

| | |
|---|---|
| Matthew C. Helland, (SBN 250451) | Anna P. Prakash, MN Bar No. 0351362* |
| helland@nka.com | aprakash@nka.com |
| Jasjit Kaur Mundh (SBN 341455) | NICHOLS KASTER, PLLP |
| jmundh@nka.com | 4700 IDS Center, 80 South 8th Street |
| NICHOLS KASTER, LLP | Minneapolis, MN 55402 |
| 235 Montgomery St., Suite 810 | Telephone: (612) 256-3200 |
| San Francisco, CA 94104 | Fax: (612) 215-6870 |
| Telephone: (415) 277-7235 | *Admitted Pro Hac Vice* |
| Facsimile: (415) 277-7238 | |

Attorneys for Plaintiff and the Putative Class

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>Government Employees Insurance Company, United Healthcare Services, Inc., and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.** 5:24-cv-00425-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4—5th Floor |

1   Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Reyna Dempsey, individually, on
2   behalf of others similarly situated, and on behalf of the general public ("Plaintiff"), and
3   Defendants Government Employees Insurance Company ("GEICO") and United Healthcare
4   Services, Inc. ("United", and all together the "Parties"), by and through their respective counsel,
5   hereby agree and stipulate that:
6   WHEREAS, Plaintiff filed her initial complaint on January 24, 2024, against Defendant
7   GEICO and Defendants United Healthcare Services, Inc. and UnitedHealth Group, Incorporated
8   (Dkt. 1);
9   WHEREAS, on February 22, 2024, pursuant to Local Rule 6-1(a), Plaintiff and
10  Defendants United Healthcare Services, Inc. and UnitedHealth Group, Incorporated stipulated
11  and agreed to extend the defendants' deadline to respond to the initial complaint to March 25,
12  2024 (Dkt. 20);
13  WHEREAS, on February 27, 2024, pursuant to Local Rule 6-1(a), Plaintiff and Defendant
14  GEICO stipulated and agreed to extend Defendant GEICO's deadline to respond to the initial
15  complaint to March 15, 2024 (Dkt. 23);
16  WHEREAS, on March 14, 2024, pursuant to Local Rule 6-1(a), Plaintiff and Defendant
17  GEICO and Defendants United Healthcare Services, Inc. and UnitedHealth Group, Incorporated
18  stipulated and agreed that all defendants would have until April 25, 2024, to respond to the
19  Complaint (Dkt. 24);
20  WHEREAS, the defendants filed motions to dismiss the initial complaint on April 25,
21  2024 (Dkts. 26, 30);
22  WHEREAS, the parties filed a joint stipulation to enlarge the briefing schedule on May 3,
23  2024 (Dkt. 35), which this Court granted (as modified) on May 6, 2024 (Dkt. 38). Plaintiff's
24  response(s) to the pending motions to dismiss the initial complaint became due on June 6, 2024,
25  and all defendants had until June 20, 2024, to file their replies in support of the motions to
26  dismiss. (Dkt 38.)
27  WHEREAS, on June 6, 2024, Plaintiff filed a First Amended Complaint ("FAC") against
28  Defendant GEICO and Defendant United Healthcare Services, Inc. (hereinafter, "Defendants").

1  (Dkt. 42.) On the same day, the Court terminated as moot the motions to dismiss the initial
2  complaint, and Defendants' responses to the FAC became due June 27, 2024. (Dkts. 44, 45.)
3        WHEREAS, Defendants filed separate motions to dismiss on June 27, 2024, along with
4  supporting declarations and requests for judicial notice. (Dkts. 46, 47, 48.)
5        WHEREAS, Plaintiff's response(s) to the pending motions to dismiss are now due July
6  11, 2024, and the replies to the motions to dismiss are now due July 18, 2024. (Dkts. 46, 47.)
7        WHEREAS, the motion to dismiss hearing is set for October 10, 2024. (Dkts. 46, 47.)
8        WHEREAS, after meeting and conferring, Defendants have agreed that the time for
9  Plaintiff to respond to the two pending motions to dismiss and requests for judicial notice,
10 currently set for July 11, 2024, should be extended to August 15, 2024; and
11       WHEREAS, after meeting and conferring, Plaintiff has agreed that the time for
12 Defendants to reply to their respective motions to dismiss and requests for judicial notice,
13 currently set for July 18, 2024, should be extended to September 12, 2024;
14       WHEREAS, due to the July holiday and an upcoming trial of Plaintiffs' counsel, the
15 Parties agree there is good cause to extend the briefing schedule as requested herein;
16       WHEREAS, this extension will not impact the October 10, 2024, hearing date fixed by the
17 Court (or another hearing date that is convenient for the Court) and Alternative Dispute
18 Resolution deadlines;
19       WHEREAS, this extension still allows for 28 days between the final filing on September
20 12, 2024, and the hearing date set for October 10, 2024 (or another hearing date that is convenient
21 for the Court);
22       WHEREAS, other than joint stipulations to extend the deadline to respond to Plaintiff's
23 initial complaint (Dkts. 20, 23, 24) and to set a briefing schedule (Dkts. 24 [not entered by the
24 Court], 35 [granted by the Court in Dkt. 38]), there have been no other requests to modify
25 deadlines in this case;
26       WHEREAS, Civil Local Rule 6-1(b) provides that "[a] Court order is required for any
27 enlargement or shortening of time that alters an event or deadline already fixed by Court order or
28 that involves papers required to be filed or lodged with the Court (other than an initial response to

the complaint)", and a "request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2";

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the Court's Civil Standing Order, and based on the accompanying Declaration of Jasjit K. Mundh, the Parties hereby stipulate and request the Court approve the following deadlines:

1. Plaintiff shall have until August 15, 2024, to file her responses to Defendants' respective motions to dismiss and supporting requests;

2. Defendants shall have until September 12, 2024, to file their replies in support of their respective motions to dismiss and supporting requests.

Dated: July 8, 2024                              Respectfully submitted,

                                                 **NICHOLS KASTER, LLP**

                                                 By: */s/ Matthew Helland*
                                                      Matthew Helland

                                                 Attorneys for Plaintiff Reyna Dempsey

Dated: July 8, 2024                              Respectfully submitted,

                                                 **GIBSON DUNN**

                                                 By: */s/ Jennafer M. Tryck*
                                                      Jennafer M. Tryck

                                                 Attorneys for United Healthcare Services, Inc. and United Health Group Incorporated

Dated: July 8, 2024                              Respectfully submitted,

                                                 **MORGAN, LEWIS, & BOCKIUS, LLP**

                                                 By: */s/ Chloe Keating Leigh*
                                                      Chloe Keating Leigh

                                                 Attorneys for Defendant
                                                 Government Employees Insurance Company

-4-
JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: (1) Plaintiff shall have until August 15, 2024, to file her responses to Defendants' respective motions to dismiss the First Amended Complaint and supporting requests; and (2) Defendants shall have until September 12, 2024, to file replies in support of their respective motions to dismiss the First Amended Complaint and supporting requests.

**IT IS SO ORDERED.**

Dated: __July 9, 2024__

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE