Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
julianne@civilrightsca.com
kira@civilrightsca.com

Matthew C. Helland, (SBN 250451)
helland@nka.com
Jasjit Kaur Mundh (SBN 341455)
jmundh@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
**Admitted Pro Hac Vice*

Attorneys for Plaintiff and the Putative Class

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Government Employees Insurance Company, United Healthcare Services, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.** 5:24-cv-00425-EJD-VKD<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 11-5(a), Plaintiff's counsel moves the Court for an order authorizing Jasjit K. Mundh to withdraw as Plaintiff's counsel because she will no longer be working at Nichols Kaster, LLP. Plaintiff will continue to be represented by Matthew C. Helland and Anna P. Prakash of Nichols Kaster as well as Kira Brekke, Julianne K. Stanford, and Lawrence A. Organ of California Civil Rights Law Group. Prior to the filing of this motion, Plaintiff and defense counsel were provided reasonable notice.

Dated: 08/13/2024

Respectfully submitted,

**NICHOLS KASTER, LLP**

By: *<u>/s/ Jasjit Kaur Mundh</u>*
Jasjit Kaur Mundh

Attorneys for Plaintiff Reyna Dempsey

**PURSUANT TO MOTION, IT IS SO ORDERED.**

(1) Plaintiff's motion for the withdrawal of Jasjit K. Mundh of Nichols Kaster, LLP is granted.

(2) Plaintiff will continue to be represented by attorneys at Nichols Kaster, LLP and California Civil Rights Law Group.

Date: _______________

______________________________
Edward J. Davila
United States District Judge