Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
          julianne@civilrightsca.com
          kira@civilrightsca.com

Matthew C. Helland, (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiff and the Putative Class

*Additional Counsel on the Following Page*

Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Ricardo Perez, MN Bar No. 0505964*
rperez@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>United Healthcare Services, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00425-EKL (VKD)<br><br>**JOINT STATUS UPDATE RE MEDIATION** |

1

2 GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517

3 HRichardson@gibsondunn.com
LAUREN M. BLAS, SBN 296823

4 LBlas@gibsondunn.com
JENNAFER M. TRYCK, SBN 291088

5 Jtryck@gibsondunn.com
333 South Grand Avenue

6 Los Angeles, California 90071
Telephone: (213) 229-7000

7 Fax: (213) 229-7520

*Attorneys for Defendants United HealthCare Services, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS UPDATE

1

**JOINT STATUS UPDATE**

2

Plaintiff Reyna Dempsey ("Plaintiff) and Defendant United HealthCare Services, Inc.

3

("United") (collectively, the "Parties") provide this status update in accordance with the Court's

4

Order (ECF No. 76), directing the parties to notify the Court regarding the outcome of the initial

5

ADR session within seven days of the session.

6

The Parties hereby confirm that the initial ADR session was completed on August 26, 2025

7

with Hon. Diane Welsh (Ret.).  Although the Parties did not reach a settlement at the mediation,

8

the Parties are continuing to discuss in good faith whether a satisfactory resolution can be reached

9

and may revisit those discussions as discovery proceeds.

10

11

12

Dated: September 2, 2025                    Respectfully submitted,

13

                                           **NICHOLS KASTER, LLP**

14

                                           By:  */s/ Matthew Helland*

15

                                               Matthew Helland

16

                                           Attorneys for Plaintiff Reyna Dempsey
Dated: September 2, 2025                    Respectfully submitted,

17

                                           **GIBSON, DUNN & CRUTCHER LLP**

18

19

                                           By: */s/ Lauren Blas*

                                               Lauren Blas

20

                                           Attorneys for Defendants United Healthcare

21

                                           Services, Inc.

22

23

24

25

26

27

28

1

## **ATTORNEY ATTESTATION**

2          Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Blas, hereby attest that concurrence in the

3 filing of this document has been obtained from counsels for Plaintiff Reyna Dempsey.

4

5 Dated: September 2, 2025                    GIBSON DUNN & CRUTCHER LLP

6

7                                    By: */s/      Lauren Blas*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28