Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415) 785-7352
Email: larry@civilrightsca.com
        julianne@civilrightsca.com
        kira@civilrightsca.com

Matthew C. Helland, (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiff and the Putative Class

Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Ricardo Perez, MN Bar No. 0505964*
rperez@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
*Admitted Pro Hac Vice

*Additional Counsel on the Following Page*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>United Healthcare Services, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.** 5:24-cv-00425-EKL-VKD<br><br>**SECOND STIPULATED REQUEST TO EXTEND CLASS CERTIFICATION AND SUBSEQUENT DEADLINES** |

GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517
HRichardson@gibsondunn.com
LAUREN M. BLAS, SBN 296823
LBlas@gibsondunn.com
JENNAFER M. TRYCK, SBN 291088
Jtryck@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants United HealthCare Services, Inc.*

SECOND STIPULATED REQUEST TO EXTEND CLASS CERTIFICATION AND RELATED DEADLINES

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff Reyna Dempsey, individually and on behalf of others similarly situated, and on the behalf of the general public ("Plaintiff"), and Defendant United Healthcare Services, Inc. ("Defendant" or "United") (collectively, "the Parties") jointly move to enlarge the deadline for Plaintiff to file her motion for class certification and subsequent deadlines flowing therefrom. Specifically, the parties propose the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file motion for class certification | December 12, 2025 | March 31, 2026 |
| Deadline to file opposition to class certification | January 23, 2026 | May 4, 2026 |
| Deadline to file reply in support of class certification | February 24, 2026 | May 26, 2026 |
| Class certification hearing and case management conference | April 8, 2026 | *To be set by the Court* |
| Close of fact discovery | August 28, 2026 | November 2, 2026 |
| Close of expert discovery | September 30, 2026 | December 1, 2026 |
| Deadline to file dispositive and Daubert motions | November 20, 2026 | January 15, 2027 |
| Deadline to file oppositions to dispositive and Daubert motions | December 30, 2026 | February 15, 2027 |
| Deadline to file replies in support of dispositive and Daubert motions | January 21, 2027 | March 1, 2027 |
| Last day to hear dispositive and Daubert motions | February 17, 2027 | April 16, 2027 |

Accordingly, considering all of the currently set deadlines, the parties' proposal will result in a two-month extension of the current case schedule. There is good cause for this extension, as discussed herein.

First, the parties devoted substantial time, energy, and resources toward preparing for and participating in mediation on August 26, 2025. Although the mediation did not result in settlement, it was productive and early discovery conducted ahead of the mediation informed and advanced discussions significantly in the parties' ongoing meet and confer discussions.

Second, the parties met and conferred on October 1 after Defendant's latest supplemental production and written responses, which responses were served on September 30. The parties' efforts to reach agreement are ongoing.

Third, the meet and confer process has raised numerous questions by Plaintiff that require Defendant's counsel to consult with their client to provide responses to those questions, including issues related to the scope of the potential class and the location and maintenance of claims and demographic data. Defense counsel is in the process of completing their inquiry into Plaintiff's questions.

Fourth, the parties are in the process of negotiating an ESI protocol. It is clear from the parties' discussions to date that they will need to make substantial efforts to ensure a diligent and effective protocol aimed at the data necessary for class certification briefing. Even if agreement is reached in short order, additional time will be needed to implement the protocol and complete related productions.

Fifth, this is only the second request to enlarge the class certification briefing deadlines. The parties have complied with all other Court deadlines, including expert disclosures and the initial ADR session, demonstrating diligence and good faith. Indeed, the parties have been working cooperatively to provide each other the necessary information to build their case and defenses; however, the process has taken longer than expected due to some disagreements on the scope of discovery, the complexity of the questions at issue, vendor issues, and the data-intensive nature of discovery.

Finally, the requested extension results in a modest overall adjustment of approximately two months and will not otherwise disrupt the Court's schedule or prejudice any party.

Accordingly, the parties respectfully request that the Court enter an order enlarging the deadline for Plaintiff's Motion for Class Certification to March 31, 2026, and adjusting subsequent deadlines as proposed above.

Dated: October 15, 2025

Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: */s/Ricardo G. Perez*

Attorneys for Plaintiff Reyna Dempsey

Dated: October 15, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/Lauren Blas*

Attorneys for Defendants United Healthcare Services, Inc.

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Ricardo Perez, hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant United Healthcare Services, Inc.

Dated: October 15, 2025                              NICHOLS KASTER, PLLP

                                                  By: */s/Ricardo G. Perez*
                                                        Ricardo G. Perez

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the following case deadlines shall apply:

| Event | Deadline |
|---|---|
| Deadline to file motion for class certification | March 31, 2026 |
| Deadline to file opposition to class certification | May 4, 2026 |
| Deadline to file reply in support of class certification | May 26, 2026 |
| Class certification hearing and case management conference | June 24, 2026 |
| Close of fact discovery | November 2, 2026 |
| Close of expert discovery | December 1, 2026 |
| Deadline to file dispositive and Daubert motions | January 15, 2027 |
| Deadline to file oppositions to dispositive and Daubert motions | February 15, 2027 |
| Deadline to file replies in support of dispositive and Daubert motions | March 1, 2027 |
| Last day to hear dispositive and Daubert motions | ~~April 16, 2027~~  April 14, 2027 |

**IT IS SO ORDERED.**

Dated: October 15, 2025

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE