Lawrence A. Organ (SBN 175503)
Julianne K. Stanford (SBN 290001)
Kira Brekke (SBN 339757)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel. (415) 453-4740
Fax (415 785-7352
larry@civilrightsca.com
julianne@civilrightsca.com
kira@civilrightsca.com

Matthew C. Helland (SBN 250451)
NICHOLS KASTER, LLP
235 Montgomery St. Suite 810
San Francisco, CA 94104
Tel. (415) 277-7235
Fax (415) 277-7238
helland@nka.com

Anna P. Prakash (MN Bar No. 0351362)*
Ricardo G. Perez (MN Bar No. 0505964)*
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel. (612) 256-3200
Fax (612) 215-6870
aprakash@nka.com
rperez@nka.com
*Admitted *Pro Hac Vice*

Attorneys for Plaintiff and the Putative Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Reyna Dempsey, individually, on behalf of others similarly situated, and on behalf of the general public

Plaintiff,

v.

United Healthcare Services, Inc., and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:24-cv-00425-EKL (VKD)

**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW AS COUNSEL**

Pursuant to Civil Local Rule 11-5(a), Plaintiff's counsel moves the Court for an order authorizing Ricardo G. Perez to withdraw as Plaintiff's counsel because he will no longer be working at Nichols Kaster, PLLP as of August 21, 2026. Matthew C. Helland and Anna P. Prakash of Nichols Kaster as well as Kira Brekke, Julianne K. Stanford, and Lawrence A. Organ of California Civil Rights Law Group will continue to represent Plaintiff. Prior to the filing of this motion, Plaintiff and counsel for United Healthcare Services, Inc. were provided reasonable notice.

Dated: August 18, 2026

Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: ______________________
Ricardo G Perez

Attorney for Plaintiff Reyna Dempsey

**~~[PROPOSED]~~ ORDER**

PURSUANT TO MOTION, IT IS SO ORDERED:

(1) Plaintiff's motion for the withdrawal of Ricardo G. Perez of Nichols Kaster, PLLP is **GRANTED**.

(2) Attorneys at Nichols Kaster, LLP, Nichols Kaster, PLLP, and California Civil Rights Law Group will continue to represent Plaintiff.

Date: August 18, 2026

The Honorable Eumi K. Lee
United States District Judge